EXHIBIT LIST

| | |
|---|---|
| 1 | VETERINARY TECHNICIAN EMPLOYMENT OFFER (2 views) |
| 2 | VISUAL VOICE MAILS REQUESTING INTERVIEWS |
| 3 | TEXT OFFERING POSITION TO PLAINTIFF |
| 4 | WEEKLY WORK SCHEDULES |
| 5 | PAYCHECK STUB Received 8/31/2018 |
| 6 | COMPLAINT/TERMINATION TEXT CONVERSATION |
| 7 | SCHEDULE FOR WEEK FOLLOWING TERMINATION |
| 8 | DEMAND LETTER TO DEFENDANT FROM CELLER LEGAL |
| 9 | DEFENDANT'S RESPONSE TO DEMAND LETTER |
| 10 | SCREENSHOT KENNEL TECHNICIAN  EMPLOYMENT OFFER  SUBMITTED BY DEFENDANT |
| 11 | VETERINARY TECHNICIAN EMPLOYMENT OFFER |
| 12 | COPIES OF PAYSTUBS FROM DEFENDANT |
| 13 | EMAIL VIRGINIA RISK |
| 14 | CASE STATUS UPDATE REQUEST AND RESPONSE FROM CELLER LEGAL |
| 15 | CASE STATUS UPDATE REQUESTS TO CELLER LEGAL |
| 16 | EMAIL FROM CELLER |
| 17 | EMAIL FROM CELLER |
| 18 | CELLER WITHDRAWAL EMAIL |
| 19 | CELLER EMAIL TO DEFENDANT ATTORNEY SARELSON |
| 20 | EMAIL FROM CELLER |
| 21 | EMAIL FROM CELLER WITHDRAWAL |
| 22 | CELLER/SARELSON EMAIL COMMUNICATIONS |
| 23 | CEASE AND DESIST LETTER FACEBOOK PETLAND PAGE |
| 24 | THEPETITIONSITE.COM/THEODYSSEY.COM PHOTOGRAPHS |
| 25 | PLAINTIFF EMAIL TO SARELSON |
| 26 | SARELSON EMAIL NOTIFYING OF DEFAMATION COMPLAINT |
| 27 | DEFAMATION COMPLAINT AGAINST PLAINTIFF 1ST TWO PAGES OF COMPLAINT |
| 28 | GOOGLE SEARCH RESULTS POOCHES OF LARGO |
| 29 | UNLAWFUL DETAINER SERVED ON PLAINTIFF |
| 30 | PUBLIC STORAGE EVICTION NOTICE |
| 31 | EMAIL NOTIFICATION OF STORAGE UNIT AUCTIONED AND INVOICE BARNEYS MINI STORAGE |
| 32 | ATTEMPTS TO MITIGATE/OBTAIN EMPLOYMENT EXAMPLES |
| 33 | LUIS MARQUEZ LINKEDIN PROFILE |
| 34 | EMPLOYEE REVIEWS OF DEFENDANT PETLAND STORES |
| 35 | PETLAND CONSUMER REVIEWS OF DEFENDANTS PETLAND STORES |
| 36 | PUPPY DELIVERY INVOICES TO DEFENDANT PETLAND STORES |

**indeed**  ♥ 15  🔔 ☰

⚠ **This job has expired on Indeed**
Reasons could include: the employer is not accepting applications, is not actively hiring, or is reviewing applications

# Certified Veterinary Technician

Petland Pembroke Pines

Largo, FL

 **Application submitted**
You updated the status of this job on August 4, 2018
View All Applied Jobs

✓ **Consider applying to this job**                                                                ∧

Based on your answers to previous application questions, you may have experience this employer is looking for:

✓ Education: High school or equivalent (Required)
✓ Veterinary Technician: 1 year (Required)

Did we get this suggestion right?    **Yes**    **No**

## Job details

**Job Type**
Full-time

## Qualifications
*Selected by the employer*

**Experience:**
- Veterinary Technician, 1 year (Required)

**Education:**
- High school or equivalent (Required)

## Full Job Description

This position entails a lot of responsibility in our kennels. Our Vet Techs will be in charge of overseeing the daily cleaning and disinfecting as well as in charge of socializing the pups and will be the main caretaker of the puppies in our store. Its essential that knowledge of all medicines and a close relationship with our Veterinary is established.We work on hands with the vet who is at the store 4-5 times a week. Taking weights, administering

vaccines, kennel cleanup, feeding, etc will be some of the tasks expected of you. The presentation of the puppies and their kennels is the duty of the Kennel Techs. Looking for a bright individual with a matching personality to take on this positive role in our store. Experience required.

Responsibilities include:

- Record keeping

- bathing/ feeding the animals in our care

- working independently

-communicate effectively and properly with clients regarding their pets

- have good people/customer service skills

-work well / manage team members

Do not contact the store. Please submit resume

Job Type: Full-time

Salary: $35,000.00 /year

Experience:

- Veterinary Technician: 1 year (Required)

Education:

- High school or equivalent (Required)

- 30+ days ago - report job



**Responsive employer**
Responded to 51-74% of applications in the past 30 days, typically within 3 days.

## Overall, how relevant is this job?

| **1** | **2** | **3** | **4** | **5** |
|---|---|---|---|---|
| Not at all | | Somewhat | | Extremely |

📋 **Copy link**

Get email updates for the latest jobs in **Largo, FL**



## Certified Veterinary Technician

Petland Pembroke Pines · Largo, FL

$35,000 a year

✓ Your resume matches this job

This position entails a lot of responsibility in our kennels. Our Vet Techs will be in charge of overseeing the daily cleaning and disinfecting as well as in charge of socializing the pups and will be the main caretaker of the puppies in our store. Its essential that knowledge of all medicines and a close relationship with our Veterinary is established.We work on hands with the vet who is at the store 4-5 times a week. Taking weights, administering vaccines, kennel cleanup, feeding, etc will be some of the tasks expected of you. The presentation of the puppies and their kennels is the duty of

**Apply Now ✓**



- have good people/customer service skills

-work well / manage team members

Do not contact the store. Please submit resume

Job Type: Full-time

Salary: $35,000.00 /year

Experience:

- Veterinary Technician: 1 year (Required)

Education:

- High school or equivalent (Required)



**Petland**    Aug 8, 2018
**Hi Melanie, my name is Lynet...    0:22**

Petland

Aug 6, 2018, 2:03 PM

◁  ●                                    ▷
   0:00                          -0:18

Hi Melanie, my name is Leanne and I'm calling from Petland in regards to the resume you submitted through indeed for the veterinary technician position at Petland. If you can please give me a call back. My number is +954-440-200-31



Call Petland

Voicemail



## Petland
Aug 8, 2018, 3:29 PM

0:00                          -0:22

Hi Melanie, my name is Lynette. I'm
calling from Petland in Largo. If you
can please give me a call back, this is
regarding the resume you submitted
for the certified veterinary technician
position. Please give me a call back
so we can go ahead and schedule
you an interview. Okay? My number is
+954-442-300-1060. And again, my name
is Lynette. Thank you, bye-bye.

 Call Petland

 Text Petland



Yessi



Good Afternoon!
This is yessi the kennel
manager for petland largo
I would like to start
your training tomorrow
7:00am-2:00pm

Sunday, Aug 12 · 8:14 PM

# ork Schedule

**Total Sale** — 9:00

| Employee Name | MONDAY 8/20/2018 | | TUESDAY 8/21/2018 | | WEDNESDAY 8/22/2018 | | THURSDAY 8/23/2018 | | FRIDAY 8/24/2018 | | SATURDAY 8/25/2018 | | SUNDAY 8/26/2018 | | WEEKLY TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | |
| **anagement:** | | | | | | | | | | | | | | | |
| | | | --------- | --------- | --------- | --------- | LARGO | --------- | | | | | | | |
| | | | | | | | | | | | | | | | |
| **py Care Technicians:** | | | | | | | | | | | | | | | |
| | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | OFF | | OFF | | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | |
| dy | 7:00 PM | 2:00 PM | 7:00 AM | 3:00 PM | OFF | | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | OFF | | 7:00 AM | 3:30 PM | |
| on | 6:00 AM | 3:00 PM | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | 2:00 PM | 9:00 PM | 7:00 AM | 2:00 PM | OFF | | |
| any | 2:00 PM | 9:00 PM | OFF | | OFF | | OFF | | 2:00 PM | 9:00 PM | 7:00 AM | 12:00 PM | 7:00 AM | 12:00 PM | |
| islaus | 6:00 AM | 2:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 2:00 PM | 2:00 PM | 9:00 PM | 7:00 AM | 2:00 PM | OFF | | OFF | | |
| us Hernandez | 4:00 PM | 9:00 PM | 4:00 PM | 9:00 PM | OFF | | 2:00 PM | 9:00 PM | OFF | | 7:00 AM | 2:00 PM | 7:00 AM | 12:00 AM | |
| ah Garner | 7:00 AM | 2:oo PM | OFF | | 7:00 AM | 4:00 PM | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | OFF | | 7:00 AM | 2:00 PM | |
| e | OFF | | 4:00 PM | 9:00 PM | 4:00 PM | 9:00 PM | OFF | | 4:00 PM | 9:00 PM | 12:00 PM | 9:00 PM | 4:00 PM | 9:oo PM | |
| cos negron | 2:00 PM | 9:00 PM | OFF | | 2:00 PM | 9:00 PM | 2:oo PM | 9:00 PM | OFF | | 2:00 PM | 9:00 PM | OFF | | |
| anie moore | OFF | | 7:00 AM | 3:00 PM | 11:00 AM | 7:00 PM | 7:00 AM | 2:00 PM | OFF | | 7:00 AM | 3:00 PM | 2:00 PM | 9:00 PM | |

k Schedule

Total Safe | 0.00

| Employee Name | MONDAY 8/27/2018 | | TUESDAY 8/28/2018 | | WEDNESDAY 8/29/2018 | | THURSDAY 8/30/2018 | | FRIDAY 8/31/2018 | | SATURDAY 9/1/2018 | | SUNDAY 9/2/2018 | | WE TO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | |
| agement: | | | | | | | | | | | | | | | |
| | | | ----------- | ----------- | ----------- | ----------- | LARGO | ----------- | | | | | | | |
| y Care Technicians: | | | | | | | | | | | | | | | |
| | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | OFF | | OFF | | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | |
| y | 7:00 PM | 2:00 PM | 7:00 AM | 3:00 PM | OFF | | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | OFF | | 7:00 AM | 3:30 PM | |
| n | OFF | | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | 11:00 PM | 8:00 PM | 7:00 A | 2:00 PM | OFF | | |
| laus | | | 7:00 AM | 3:00 PM | 7:00 AM | 2:00 PM | 2:00 PM | 9:00 PM | 7:00 AM | 2:00 PM | OFF | | OFF | | |
| s Hernandez | 4:00 PM | 9:00 PM | 4:00 PM | 9:00 PM | OFF | | 2:00 PM | 9:00 PM | OFF | | 7:00 AM | 2:00 PM | 7:00 AM | 12:00 AM | |
| h Garner | 7:00 AM | 2:oo PM | OFF | | 7:00 AM | 4:00 PM | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | OFF | | 7:00 AM | 2:00 PM | |
| e | OFF | | 4:00 PM | 9:00 PM | 4:00 PM | 9:00 PM | OFF | | 4:00 PM | 9:00 PM | 4:00 PM | 3:00 PM | 4:00 PM | 9:oo PM | |
| cos negron | 1:00 PM | 3:00 PM | OFF | | 2:00 PM | 9:00 PM | 2:oo PM | 9:00 PM | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | OFF | | |
| nie moore | OFF | | 7:00 AM | 3:00 PM | 11:00 AM | 7:00 PM | 7:00 AM | 2:00 PM | OFF | | 7:00 AM | 3:00 PM | 2:00 PM | 9:00 PM | |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| K1 / 2WC 24341229 | 01/4 | 50002 | 1 of 1 |

Pooches Of Largo Inc
10289 Ulmerton Rd
Largo, FL 33771

## Earnings Statement

**ADP**

Period Starting: 08/17/2018
Period Ending: 08/30/2018
Pay Date: 08/31/2018

Taxable Marital Status:     Single
Exemptions/Allowances:     Tax Override:
   Federal:  0          Federal:
   State:    0          State:
   Local:    0          Local:
Social Security Number:     XXX-XX-XXXX

**MELANIE N MOORE**
**11421 124TH TERR**
**Largo, FL 33778**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 8.4500 | 24.27 | 205.08 | 205.08 |
| Gross Pay | | | $205.08 | $205.08 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 24.27 | 24.27 |



**Allison Petland**
today at 7:49 PM

TODAY

Your check is here  3:41 PM

So much for not getting paid today unless we had direct deposit...I will come get it when it stops raining. Thank you 😊  4:18 PM

My check is not right either...who would I talk to about that?  5:42 PM

How is it wrong  5:45 PM

The pay rate  6:23 PM

What is it  6:23 PM

8.45  6:24 PM

That is right  6:25 PM

Type a message



**Allison Petland**
today at 7:49 PM

That is right   6:25 PM

Certified Veterinary Technician - Largo, FL
- Indeed.com
www.indeed.com

http://www.indeed.com/viewjob
?from=appsharedroid&jk=
bc4f38c3a9b0e8fd          6:45 PM ✓✓

It says no longer available  but
the 8.45 is right          6:47 PM

- have good people/customer service
skills

-work well / manage team members

Do not contact the store. Please submit
resume

Job Type: Full-time

Salary: $35,000.00 /year

Experience:

- Veterinary Technician: 1 year
  (Required)



**Allison Petland**
online

That is the position I applied for and that is the position I was hired for. Why would I leave my last job making almost $16 an hour for a job that pays less than half of what I was making? Bait and switch is illegal as hell. They can't offer a job at one pay rate and then change the rate after someone has already put in the hours. 6:54 PM ✓✓

I know it's not your fault. I'm not blaming you. But that is a total scam. 6:55 PM ✓✓

I would call corporate to figure it out 6:56 PM

I will see about getting a layer and have them call. I think that would be the best way to handl it. 7:04 PM ✓✓

 Type a message    



| Employee Name | MONDAY 9/3/2018 | | TUESDAY 9/4/2018 | | WEDNESDAY 9/5/2018 | | THURSDAY 9/6/2018 | | FRIDAY 9/7/2018 | | SATURDAY 9/8/2018 | | SUNDAY 9/9/2018 | | WEEKLY TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | |
| **Management:** | | | | | | | | | | | | | | | |
| | | | ---------- | | | | LARGO | ---------- | | | | | | | |
| **Puppy Care Technicians:** | | | | | | | | | | | | | | | |
| Jodi | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | OFF | | OFF | | 12:00 PM | 8:00 PM | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | |
| wendy | 7:00 PM | 2:00 PM | 7:00 AM | 3:00 PM | OFF | | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | OFF | | 7:00 AM | 3:30 PM | |
| Alison | | 7:00 | 2:00 PM | 7:00 AM | 2:00 PM | 11:00 AM | 6:30 PM | off | | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | OFF | |
| Guy | 4:00 PM | 9:00 PM | 7:00 AM | 2:00 PM | 1:00 PM | 8:00 PM | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | OFF | | OFF | | |
| Jesus | 4:00 PM | 9:00 PM | 4:00 PM | 9:00 PM | OFF | | 2:00 PM | 9:00 PM | OFF | | 7:00 AM | 2:00 PM | 7:00 AM | 12:00 AM | |
| Ladislaus | 7:00 AM | 2:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 2:00 PM | 2:00 PM | 9:00 PM | 7:00 AM | 2:00 PM | OFF | | OFF | | |
| Sarah Garner | 7:00 AM | 2:00 PM | OFF | | 7:00 AM | 4:00 PM | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | OFF | | 7:00 AM | 2:00 PM | |
| blake | OFF | | OFF | | OFF | | 4:00 PM | 9:00 PM | 4:00 PM | 9:00 PM | 4:00 PM | 9:00 PM | 4:00 PM | 9:00 PM | |
| marcos negron | 2:00 PM | 9:00 PM | OFF | | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | OFF | | |
| melanie moore | 1:00 PM | 7:00 PM | 4:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | 7:00 AM | 2:00 PM | 4:00 PM | 9:00 PM | OFF | | OFF | | |
| Nicole | 7:00 AM | 12:00 P | | | | | | | | | | | | | |

Toll Free
866-344-WAGE (9243)

Toll Free
877-435-WAGE (9243)

Tampa
813-371-0799

Orlando
407-261-1920

Space Coast
321-206-4030

Broward
954-903-7475

Dade
305-351-2393

Ft Myers
239-567-5765

Jacksonville
904-435-3310

Gainesville
352-224-4200

**Celler Legal, P.A.**

Protecting Employee Rights
Since 2003

Representing Employees
Against Employers
Across the United States
IN CLAIMS FOR:

• Discrimination
• Harassment
• Overtime
• Retaliation
• Wrongful Termination
• Whistleblower Rights
• Unpaid Commissions
• Severance Negotiations
• Breach of Contract

December 6, 2018

**VIA UNITED STATES MAIL**
**AND FACSIMILE TO 786-294-0452**

Pooches of Largo, Inc. d/b/a Petland Largo
Attn: Human Resources/Legal Department
8181 NW 154th St, Suite 270
Miami Lakes, FL 33016

10289 Ulmerton Rd
Largo, FL 33771

Re: *Moore, Melanie v. Pooches of Largo, Inc. d/b/a Petland Largo*

Dear Sir or Madam:

This firm represents Ms. Melanie Moore ("Ms. Moore") in her claims against Pooches of Largo, Inc. d/b/a Petland Largo ("Petland"), for breach of contract for unpaid wages in violation of the Pinellas County Wage Theft Ordinance at Section 70-306, and for retaliation and wrongful termination in violation of Florida's Private Whistleblower Act ("PWA"). If we are unable to resolve this matter **by December 20, 2018**, we intend to proceed with litigation immediately. Please notify your insurance carrier and legal counsel of these allegations. Additionally, please advise if any binding arbitration agreement is alleged to be in place.

The facts of this case are straightforward, yet deeply troubling. Ms. Moore worked as a Certified Veterinary Technician from August 13, 2018, until her unlawful termination on August 31, 2018. During her short tenure, Ms. Moore was an excellent employee with no history of disciplinary, performance, or attendance issues. In fact, Ms. Moore worked without issue until she objected to the unlawful pay practices by Petland, in violation of the foregoing laws.

Per Ms. Moore's compensation agreement with Petland ("Agreement"), Petland was obligated to pay Ms. Moore a salary of $35,000 per year. However, immediately upon receipt of her first pay check, Ms. Moore discovered a **significant** discrepancy.[1] Accordingly, Ms. Moore immediately text her Supervisor, Allison, and objected to Petland's unlawful wage theft. *See* Pinellas County Wage Theft Ordinance, Section 70-306.[2] Unfortunately, Ms. Moore was unlawfully terminated, via text message, **less than one hour later**.

---

[1] Specifically, Petland failed to pay Ms. Moore the agreed upon salary, i.e. $35,000, and also improperly reported the number of hours Ms. Moore worked. Our firm is in possession of the Agreement in which Petland offered Ms. Moore a full-time position with a $35,000 annual salary.

[2] In this text message, Ms. Moore provided a link to Petland's initial job post through which Ms. Moore applied, which clearly evidenced the pay discrepancy and provides direct evidence of Petland's willful and material breach of its compensation Agreement with Ms. Moore. Rather than investigate and/or take corrective action however, Allison merely directed her to contact Petland's corporate office.

7450 Griffin Road | Suite 230 | Davie, FL 33314

Telephone 866-344-WAGE (9243) | Fax 954-337-2771 | richard@floridaovertimelawyer.com

Petland's retaliatory conduct above undoubtedly supports a violation under the PWA, as her termination immediately following her wage theft objections, constitutes unlawful retaliation/adverse action under the law. As I am sure you are aware, terminating an employee for objecting to a violation of law, rule, or regulation, is contrary to the protections of Florida's PWA. *See Aery v. Wallace Lincoln–Mercury, LLC*, 118 So.3d 904, 916 (Fla. 4th DCA 2013) (To establish a violation of the Florida Whistleblower law, an employee must establish that: (1) she objected to, or refused to participate in, an illegal activity, policy, or practice; (2) she suffered an adverse employment action; and (3) the adverse employment action was causally linked to her objection or refusal). The text messages in this case are direct evidence of the adverse action taken against Ms. Moore, and the temporal proximity between her objections and termination, further support her claim.

In light of the foregoing, we are confident that the reviewing judge or jury will find Petland's conduct unlawful and intolerable, and we intend to pursue these claims vigorously. Accordingly, if we do not hear back from you **by December 20, 2018**, with an appropriate offer to resolve this matter, we will assume you have no interest in resolution, and we will move forward with litigation, immediately.

Pursuant to Florida Statutes §627.4137, our client hereby requests that the Employer provide our office, within thirty (30) days of this request, with: (a) a copy of any insurance policies which cover or may cover the Company for any liability, attorneys' fees, or costs arising from or related to our client's claims as set forth herein; and disclose (b) (i) the name and address of each insurer; (ii) the number of each insurance policy; (iii) the effective date of any policies; (iv) the limits of liability; and (v) any deductible amount(s). Additionally, Petland should immediately preserve all [paper copies or electronically created/stored] documents, emails, reports, memos, logs, timecards, payroll journals, and any other documents/information mentioning or related to Ms. Moore's employment.

Respectfully,

Angie Pereyra, Esq.
*Associate Attorney*
Richard Celler, Esq.
*Managing Partner*



MATTHEW S. SARELSON
PARTNER
DIR: 305.330.6090
EMAIL: MSARELSON@KYMPLAW.COM

**CONFIDENTIAL SETTLEMENT COMMUNICATION**

*Via Email to angie@floridaovertimelawyer.com & U.S. Mail*

December 11, 2018

Angie Pereyra, Esq.
Celler Legal, P.A.
7450 Griffin Road, Suite 230
Davie, Florida 33314

Re:    <u>**Melanie Moore adv. Pooches of Largo, Inc.**</u>

Dear Ms. Pereyra:

I am counsel to Pooches of Largo, Inc. I have reviewed your letter of December 6, 2018 regarding Ms. Melanie Moore. Some background information is necessary concerning her claims.

Ms. Moore was hired with a start date of August 17, 2018. Her last date was approximately September 13, 2018. She worked for the company for about three week. She got the job by applying for a position via Indeed.com. The job posting – for a Kennel Technician – identifies the salary range as between $8.25 and $11.00 per hour. *See* Exhibit A. The agreed upon rate was $8.45. Furthermore she worked part-time, approximately 22 hours per week, during each of the three weeks of her employment. *See* Exhibit B (Pay stubs). She was not a full-time employee compensated at $35,000 annually; in fact she never worked full-time at all, regardless of her compensation. (No kennel technician is paid a full-time salary; all are paid hourly).

We are in receipt of the "Petland Wages Agreement for Kennel" you sent over that indicates a compensation package of $35,000 per year. You'll note that the word "hour" is struck out and that the word "year" is handwritten in. Also note that the form, including replacing the word "hour" with "year" was all done by your client Melanie Moore. The form was not completed or edited by anyone at Petland. The signature above the line for manager in undecipherable chicken scratch and it does not match the signature of either of the two managers (Allison or Mike) who would

**KAPLAN YOUNG & MOLL PARRÓN**
ATTORNEYS AT LAW
Brickell World Plaza | 600 Brickell Avenue, Suite 1715 | Miami, FL 33131 | ☎ 305.531.2424 | 🖷 305.531.2405 | www.kymplaw.com

have potentially signed this form. It would be helpful if your client could explain who signed the alleged contract and the circumstances of it being signed. Frankly, we do not believe that this is a valid, authentic contract executed by anyone at Petland, and certainly no one at Petland who had any authority to change the compensation amount and structure for a kennel technician.

Assuming, *arguendo*, that the Petland Wages Agreement for Kennel was authentic, valid and binding, your client would at most have a claim for breach of contract with the measure of damages being the difference due pursuant to the contract and the amount actually paid to her. Her hypothetical damages for breach of contract are $1,441.53 (the contract amount minus the amount paid). This is a small claims matter that does not even meet the threshold for county court. But again, we do not believe there is any merit to this claim.

We do not believe your client has any potential legal remedies, except perhaps a claim for breach of contract for $1,400.00. Even that claim is dubious because it does not appear that there is a valid contract and, assuming nothing nefarious, merely a mutual mistake.

Should you wish to discuss this matter, please feel free to call or email.

Very truly yours,

**KAPLAN YOUNG & MOLL-PARRÓN**

/s/ Matthew Sarelson

Matthew Seth Sarelson, Esq.

Cc:       Client, via email only



## Kennel Technician
Petland Florida – Largo, FL

edit job

### Clicks

— Your job    — Top performing sponsored jobs*

close job
view cost & performance
find candidates for this job

Views: 77
Candidates: 14
Job Budget: $5.00 daily
Status: Open – pause
Created: Nov 23

View public job page

**Clicks this week**

2

99% fewer clicks than similar jobs that are sponsored

Increase Budget for More Clicks

Improve Job Description

* Showing historical data of the top 20% of similar sponsored jobs. This is not a guarantee of future performance.

### Candidates

Awaiting Review    Total (including rejected)

16    16

### Job Description

This position entails a lot of responsibility in our kennels. Our Kennel techs will be in charge of overseeing the daily cleaning and disinfecting as well as in charge of socializing the pups and will be the main caretaker of the puppies in our store. Its essential that knowledge of all medicines and a close relationship with our Veterinary is established. Taking weights, administering vaccines, kennel cleanup, feeding, etc will be some of the tasks expected of you. The presentation of the puppies and their kennels is the duty of the Kennel Techs. Looking for a bright individual with a matching personality to take on this positive role in our store.

Job Types: Full-time, Part-time

Salary: $8.25 to $11.00 /hour

Job Type: Full-time

Salary: $8.25 to $11.00 /year

### Application Questions



    ≡

⚠ **This job has expired on Indeed**
Reasons could include: the employer is not accepting applications, is not actively hiring, or is reviewing applications

# Veterinary Technician

Petland Florida
Kendall, FL

## Job details

**Job Type**
Full-time

## Full Job Description

PURPOSE & SCOPE OF POSITION

Under the supervision of the Medical Director, staff veterinarians, supervisor, and veterinary technicians, the veterinary assistant helps the team to perform basic administrative duties, acts as another set of hands where needed and any task that helps in the goal of providing a gold standard of care for animals at Petland Florida .

General responsibilities include but are not limited to:

Assists with the following tasks:

Data entry in animal software program

Maintaining appropriate inventory of all necessary supplies

Ensuring supplies are reordered on a timely basis

Stock shelves when supplies are delivered

Keep all supplies neat and orderly

Assist with inventory monthly (or quarterly) * Prepare medications (pills in soft food, syringes, etc.) as instructed

Help clean cages in-between processing of animals when needed

Assists with scheduling of animals to local hospitals as needed (scheduling transportation and appointment at private hospital when possible)

Assist in any other related task when asked

Other:

Work cooperatively and professionally with all staff, including the clinic, kennel and customer service.

Represents Petland Florida to the highest degree by providing good customer service.

Reports any safety hazards or unsafe usage of Petland Florida equipment and supplies.

Treats all animals humanely, properly, and with compassion at all times

QUALIFICATION REQUIREMENTS

Minimum completion of one year of veterinary assistant or veterinary technician school or minimum of one year work experience in shelter medicine or a private clinic.

Experience in caring for and handling animals in a safe, effective and humane manner, cats as well as large and possibly untrained dogs is essential to this position

Must be able to work independently and within a team environment

Must possess good written and oral communication skills

Able to work quickly and efficiently

Excellent attention to detail

Must be able to work at least one weekend day

Cannot be allergic to cats or dogs

PHYSICAL DEMANDS

The physical demands and work environment described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Must be able to hold and restrain animals.

While performing the duties of this job, the employee is frequently required to stand, walk, sit; to speak and hear clearly; and to use hands to finger, handle, or feel; and to reach with hands and arms.

The employee must regularly lift, move, and restrain animals weighing up to 50 pounds and must occasionally lift, move and restrain animals weighing up to 100 pounds (with assistance).

The employee is occasionally required to stoop, kneel, crouch, or crawl. Specific vision abilities required by this job include close vision, depth perception, and ability to adjust focus.

Other possible job hazards include exposure to corrosive chemicals and cleaning agents, exposure to feral and vicious animals, to animals with an unknown health history and therefore, exposure to zoophytic diseases through the use of hypodermic needles, animal bites and scratches, airborne transmission, and physical contact.

Job Type: Full-time

Salary: $11 to $13.00 /hour

Experience:

Veterinary Technician or Veterinary Assistant: 1 year (Required)

Education:

High school or equivalent (Required)

Work authorization:

United States (Required)

Shifts:

Morning (Required)

Mid-Day (Required)

Evening (Required)

Position available in different locations:

PEMBROKE PINES

356 N University Drive

Pembroke Pines, FL 33024

PLANTATION

801 S University Drive Suite C-106

Plantation, FL 33324

DAVIE

11482 W State Road 84

Davie, FL 33325

KENDALL

8236 Mills Drive

Miami, FL 33183

Job Type: Full-time

Salary: $11.00 to $13.00 /hour

- 30+ days ago - report job

**⧉ Copy link**

| Company Code | | Loc/Dept | Number | Page | | **Earnings Statement** | |
|---|---|---|---|---|---|---|---|
| K172WC 24341229 | | 01/4 | 50002 | 1 of 1 | | | |

Pooches Of Largo Inc
10289 Ulmerton Rd
Largo, FL 33771

Period Starting:   08/17/2018
Period Ending:   08/30/2018
Pay Date:   08/31/2018

| Taxable Marital Status: | Single |
|---|---|
| Exemptions/Allowances: | Tax Override: |
| Federal:   0 | Federal: |
| State:   0 | State: |
| Local:   0 | Local: |
| Social Security Number:   XXX-XX-XXXX | |

MELANIE N MOORE
11421 124TH TERR
Largo, FL 33778

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 8.4500 | 24.27 | 205.08 | 205.08 |
| Gross Pay | | | $205.08 | $205.08 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 24.27 | 24.27 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -6.28 | 6.28 |
| Social Security | -12.71 | 12.71 |
| Medicare | -2.97 | 2.97 |
| Net Pay | $183.12 | |

Your federal taxable wages this period are  $205.08

Pooches Of Largo Inc
10289 Ulmerton Rd
Largo, FL 33771

63-466/631

Payroll Check Number:   50002
Pay Date:   08/31/2018

Pay to the order of:
This amount:

MELANIE N MOORE

ONE HUNDRED EIGHTY THREE AND 12/100

**THIS IS NOT A CHECK**

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$183.12

REGIONS BANK

MELANIE N MOORE
11421 124TH TERR
Largo, FL 33778

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| K1 / 2WC 24341229 | 01/4 | 5261614 | 1 of 1 |

Pooches Of Largo Inc
10289 Ulmerton Rd
Largo, FL 33771

## Earnings Statement

ADP®

| | |
|---|---|
| Period Starting: | 08/31/2018 |
| Period Ending: | 09/13/2018 |
| Pay Date: | 09/14/2018 |

Taxable Marital Status:     Single
Exemptions/Allowances:          Tax Override:
  Federal:     0          Federal:
  State:       0          State:
  Local:       0          Local:
Social Security Number:     XXX-XX-XXXX

MELANIE N MOORE
11421 124TH TERR
Largo, FL 33778

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 8.4500 | 44.07 | 372.39 | 577.47 |
| Gross Pay | | | $372.39 | $577.47 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -23.01 | 29.29 |
| Social Security | -23.09 | 35.80 |
| Medicare | -5.40 | 8.37 |
| Net Pay | $320.89 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 44.07 | 68.34 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4752 | XXXXXXXXX | 320.89 |

Your federal taxable wages this period are  $372.39

Pooches Of Largo Inc
10289 Ulmerton Rd
Largo, FL 33771

Pay Date:          09/14/2018

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4752 | XXXXXXXXX | 320.89 |

THIS IS NOT A CHECK

MELANIE N MOORE
11421 124TH TERR
Largo, FL 33778

 Gmail

Melanie Moore <vettechmnm@gmail.com>

## RE: Moore, Melanie v. Petland Largo : Petland
1 message

**Virginia Risk** <virginia@floridaovertimelawyer.com>
To: Melanie Moore <vettechmnm@gmail.com>

Tue, Jan 29, 2019 at 9:04 AM

Morning Ms. Moore-

Hope all is well. Yes, we did receive your response and the attorneys are overlooking and reviewing. From what I make out in their notes, they seem pleased with your rebuttal. Nothing new in the case as of yet , but as soon as an update can be provided, rest assured we will reach out. I wish you a calm and for filling day!

Thank you,

VIRGINIA ESTHER RISK, LEGAL ASSISTANT

RICHARD CELLER LEGAL, P.A.

10368 W. State Rd 84, SUITE 103

Davie, Florida 33324

TELEPHONE: (866) 344-9243 X115

FACSIMILE: (954) 337-2771

Email: Virginia@floridaovertimelawyer.com

Website: www.floridaovertimelawyer.com

**From:** Melanie Moore <vettechmnm@gmail.com>
**Sent:** Monday, January 28, 2019 6:55 PM
**To:** Virginia Risk <virginia@floridaovertimelawyer.com>
**Subject:** Petland

Good Evening,

I just wanted to confirm that you received the email I sent a week ago with the background information you requested regarding my employment at Petland. I haven't heard anything back from you in response and would like to know what the next step is going to be in persuing this case. Please reply to this email address to let me know you are in receipt of my previous email mail message and what's next.

Thank you for your time. I look forward to hearing from you soon.

Regards,

5/28/2020                                    Gmail - Melanie Moore/Petland Case



 Gmail                                          **MnM <mylink2u@gmail.com>**

---

## Melanie Moore/Petland Case

---

**MnM <mylink2u@gmail.com>**                                     Fri, Feb 15, 2019 at 4:38 PM
To: Richard Celler <richard@floridaovertimelawyer.com>

Good Afternoon,
I am writing you today to inquire as to the status of my case. It was over 5 months ago that I signed the contract
with your firm and thus far, the only action taken on my behalf was the letter to Petland expressing my intent to take
legal action for the unpaid wages and wrongful termination of employment. I was told I would have an opportunity to
review the letter before it was sent, however, that did not happen, and the letter contained some inaccuracies that
could have been corrected prior to sending the letter. The attorney for Petland responded to your letter three months
ago, but there has been no further communication since then to indicate any intention of moving forward with my
case. I emailed your associate in response to Petland's correspondence, and after almost two weeks of no response, I
had to follow up with another message just to ask for confirmation that my previous message had been received
because no one bothered to respond or even to acknowledge that my message had been received.

While I realize you have other, more lucrative, cases that are probably more worthy of your time, I wish that I could
have been kept informed of what was happening, or not happening, with my case, rather than to have spent the last
5 months in the dark in the hope that my case was progressing in some way. Nonetheless, I still intend to pursue this
case so I wanted to ask what progress has been made or with my case or if you even have any intention of taking
further action against Petland. If not, will begin to explore other avenues for assistance.

Thank you for your time.

Regards,

Melanie Moore

[Quoted text hidden]
[Quoted text hidden]

5/28/2020                          Gmail - FW: Moore, Melanie v. Petland Largo : Fwd: Melanie Moore/Petland Case

 Gmail

Melanie Moore <vettechmnm@gmail.com>

---

## FW: Moore, Melanie v. Petland Largo : Fwd: Melanie Moore/Petland Case

**Angie Y. Pereyra** <Angie@floridaovertimelawyer.com>                    Fri, Feb 15, 2019 at 5:40 PM
To: "vettechmnm@gmail.com" <vettechmnm@gmail.com>
Cc: Noah Storch <Noah@floridaovertimelawyer.com>

Hi Melanie,

Tried calling you three (3) times and left you a voicemail. Candidly, I'm not sure what the upset is about. We addressed your case within two (2) months of you retaining us, which is within our typical 6-8 week turn around process. We emailed you Petland's response to the demand letter immediately (the day after we received it), and we received your rebuttal a month and a half later, on January 23, 2019, just three (3) weeks ago. Then today, we receive an aggressive email insinuating that your case has not been handled properly.

Respectfully, we have been attentive to your claims, and have handled your case with diligence. Currently, we are in the negotiations process of your case, and this time frame is more than normal. There are discussions we have with the attorney and behind the scenes investigations that are done which do not require client contact. Also, you provided us numerous documents, photos and other evidence to review, and we are doing just that. This isn't an overnight process. It has only been three (3) weeks since you sent these things to us.

Regarding updates, we do not unilaterally reach out to clients for updates, but are happy to provide you one any time you reach out to us. That being said, your case is being handled, but you'll need to be patient. You indicated that you would like us to move forward in your case. However, I do not believe we have exhausted pre-litigation settlement discussions at this point. However, if what you're asking, is that we forego the pre-litigation negotiation process and file a lawsuit immediately, I am happy to discuss your request with Mr. Celler or Mr. Storch (copied on this email). Please advise.

Regards,

*Angie Pereyra, Esq.*

Associate Attorney

Richard Celler Legal, P.A.

10368 West State Road 84

Suite 103

Davie, Florida 33324

Telephone: (866) 344-9243 X 112

Fax: (954) 337-2771

Website: www.floridaovertimelawyer.com

E-Mail: angie@floridaovertimelawyer.com

Begin forwarded message:



## Moore, Melanie v. Petland Largo ::
1 message

**MnM** <mylink2u@gmail.com>                                                    Fri, Apr 5, 2019 at 5:44 PM
To: Virginia Risk <virginia@floridaovertimelawyer.com>

Good Afternoon,

I wanted to give you my new cell phone number and also find out how negotiations are going with Petland. The number is 727 252-9247.

Additionally, I am interested in filling a complaint against Petland with the Department of Labor but before doing so, I wanted to check with you and make sure you don't foresee it having any negative impact on the handling of my case. I believe there is a statute of limitations for filing a complaint so I don't want to wait too much longer as it has already been 8 months since the offense occurred. Please advise.

Thank you for your time.

Regards,

Melanie Moore

5/24/2020                     Gmail - RE: Moore, Melanie v. Petland Largo : Fwd: Melanie Moore/Petland Case

> Richard Celler
>
> Richard@floridaovertimelawyer.com
>
> www.floridaovertimelawyer.com
>
> **866-344-WAGE (9243)**
>
>
> On Oct 8, 2018, at 10:55 AM, MnM <mylink2u@gmail.com> wrote:
>
>> Good Morning Mr. Celler,
>>
>>
>> I will try to call you at 11 30 this morning to see if you are available to discuss my case. I just have a few questions before I sign the contract.
>>
>>
>> Thank you for your time.
>>
>>
>> Melanie Moore

---

**MnM** <mylink2u@gmail.com>                                                                    Wed, Apr 10, 2019 at 4:51 PM
To: "Angie Y. Pereyra" <Angie@floridaovertimelawyer.com>

Good Afternoon,

I apologized if my previous email came across as being aggressive, as that was not my intention at all. Until I received your reply, I had no idea that the case was being negotiated because I had not heard anything back as to what was going to happen after sending my version of the case following Petland's response to the demand letter. I didn't know what, if any, additional steps would follow since Petland denied all of my claims and I just wanted to know what the next step was in the process. Once again, I do apologize if my message came across in a way that it was not intended.

So I am writing you today to inquire as to the status of my case. Is Petland willing to negotiate at all or does it look like we will have we to go to trial? It's been a little over 4 months since you said it was in the negotiation stage and I haven't heard anything more so am just wondering if Petland is not being cooperative and that's why no settlement had been reached as of yet. How long do the negotiations continue before scheduling a trial if a mutual agreement can can not be reached?

Also, I am requesting that I please be consulted before any final settlement amount is agreed upon so that I have an opportunity to consider the terms before agreeing to them.

In addition, I am writing to give you my new cell phone number which is 727 252 9247. I can be reached by phone or text anytime at that number, as well as at this email address.

Lastly, I am interested in filling a complaint against Petland with the Department of Labor to help ensure that that will not continue to do what they did to me to other employees. After seeing Petland's response to the demand letter in which they denied everything, submitted documents that were falsified, and tried to accuse me of things I never did, I can see how scandalous they are and that everything they did was planned and intentional from the start. It was infuriating to see how to they were trying to lie and weasel their way out of being accountable for what they did to me but and now that it's become so clear how unscrupulous their business practices are, I would like to do whatever I can to prevent them from continuing to do business in this way. However, I wanted to check with you first before filing the complaint to make sure that you don't foresee my doing so as having any detrimental effects on the handling of my case. I know there is a statute of limitations for filing a complaint and since it's been 8 months since the offense took place I don't want to wait too much longer to file the complaint unless there is a reason to.

I look forward to hearing from you soon. Thank you for your time.

Regards,

Melanie Moore
[Quoted text hidden]

---

**MnM** <mylink2u@gmail.com>                                                                    Thu, Apr 18, 2019 at 12:17 PM
To: "Angie Y. Pereyra" <Angie@floridaovertimelawyer.com>

 Gmail

**MnM <mylink2u@gmail.com>**

---

## RE: Moore, Melanie v. Petland Largo : Fwd: Melanie Moore/Petland Case

**MnM** <mylink2u@gmail.com>
To: "Angie Y. Pereyra" <Angie@floridaovertimelawyer.com>

Thu, Apr 18, 2019 at 12:17 PM

Good Afternoon,

I am writing again  to inquire as to the status of my case. I messaged weekend before last and again one more time since then to inquire as to the status of my case and to provide you with my new phone number but I never received a response so I am writing again to make sure you have my new number and to find out what happened as far as settlement negotiations. Please advise. Thank you.

Regards,
Melanie Moore
727 252 9247

On Fri, Feb 15, 2019, 5:39 PM Angie Y. Pereyra <Angie@floridaovertimelawyer.com> wrote:
[Quoted text hidden]



## Petland Case
1 message

**MnM** <mylink2u@gmail.com>                                    Thu, Apr 25, 2019 at 3:46 PM
To: Richard Celler <richard@floridaovertimelawyer.com>

Good Afternoon Mr. Celler,

I am writing you today to inquire as to the status of my case. I have messaged your associates several times over the past month but have not received any reply. Last I heard a few months ago, the settlement was being negotiated and I would just like to know what ever became of that. We're they not willing to negotiate or agree to a settlement amount? I had had some info to pass along and also a few questions pertaining to my case, but rather than rewrite everything, I will just forward you my previous emails sent over the last few weeks. I am hoping that by contacting you directly, I will receive a response and find out what is going on with my case, if anything.

Thank you for your time. I hope to hear from you soon.

Regards,

Melanie Moore

[Quoted text hidden]

---

**Richard Celler** <richard@floridaovertimelawyer.com>
To: MnM <mylink2u@gmail.com>

Fri, Apr 26, 2019 at 9:04 AM

Hi Melanie:

I tried calling you this am. Went to voicemail. Call the office at X 107 when you are available. Angie is no longer with us so I am handling. The other side has no real interest in resolution. Do I have your permission to send over your rebuttal to the other lawyer to see if I can move the pile here?

**Regards,**

Richard Celler, Esq.

Richard Celler Legal, P.A.

10368 W. SR. 84 #103

Davie, Florida 33324

Toll Free: 866-344-9243 X 107

Fax: 954-337-2771

Email: Richard@floridaovertimelawyer.com

Website: www.floridaovertimelawyer.com

[Quoted text hidden]

---

**MnM** <mylink2u@gmail.com>
To: Richard Celler <richard@floridaovertimelawyer.com>

Fri, Apr 26, 2019 at 5:07 PM

Hi there,

I tried calling you but could not get through. The phone system just kept trying to send me to other people rather than you. I have my phone on me now and am available when you have time to call, if not today then could we possibly speak this weekend if it's not too much trouble? I would really appreciate it. I will try calling you again now and for the next 30 minutes or so ....

Please do proceed with whatever course of action you feel is necessary to further the progress of the case. In addition, I am fully prepared to take the case to court if that is what it comes down to. The fact that Petland is so disinterested in resolving the case does not deter me from wanting to further pursue the case so I hope that you are in agreement. Let them bring their falsified documents to court so they can explain how I received a paycheck for hours I supposedly worked for a pay period two weeks after the date I was fired. I would be interested to hear how that could be possible.

I look forward to hearing from you soon. Thank you for your time.

Regards,

Melanie Moore
[Quoted text hidden]

---

**Richard Celler** <richard@floridaovertimelawyer.com>

Mon, Apr 29, 2019 at 7:27 AM

Case 8:20-cv-02184-MSS-SPF    Document 1-1    Filed 09/16/20    Page 34 of 112 PageID
119
5/24/2020                                    Gmail - RE: Moore, Melanie v. Petland Largo : Moore vs. Petland

 Gmail

MnM <mylink2u@gmail.com>

## RE: Moore, Melanie v. Petland Largo : Moore vs. Petland
7 messages

**Richard Celler** <richard@floridaovertimelawyer.com>
To: MnM <mylink2u@gmail.com>

Tue, May 14, 2019 at 3:47 PM

Hi Melanie:

I have reached out to their lawyer repeatedly without success. As we discussed on the phone, I don't view your case as strongly as you do. Your text message questioning what your rate of pay was, is contrary to the assertion that you were aware of the rate and they lied about it. It is my position that we should see if opposing counsel responds pre-suit and allow me to continue trying to reach him. I do not believe filing suit immediately is the correct course of action; I know you disagree.

If you believe that you no longer want to wait, I would encourage you to explore other options for counsel. I'm not saying I will not ultimately agree to file your case. I'm just saying that right now, I want to continue exploring the possibility of resolution. Your statement that you don't care if you lose is troubling to me. I care. Because, when I file a case, I invest thousands of dollars of my family's money in to a case. So, if I have concerns about whether we can win the case, I tread a little more carefully rather than filing suit in a rush or on an impulse. And, when you suggest I don't know what it's like to walk in your shoes, remember that for the last 20 years, I have represented people just like you who had their jobs taken.

The deadline to file your claim is 8/31/2020. I want to wait until the end of the month before making a decision on whether to file or not. I also need you to be realistic about what this case is worth. Even if we win Melanie, your damages are at best, a few thousand dollars based on the timing of your employment. Again, I know you disagree, which is why I fear that you and I may not be the best match to proceed forward Melanie.

Look, at the end of the day, I want you to feel that you have your justice. But, my expertise over the last 20 years has allowed me to evaluate whether claims are viable, and also, whether my client is being reasonable. If you understand that your damages, on your best day, are a few thousand dollars in this case (based on the law), I think we can proceed. If you believe you are owed more, I am going to suggest we part ways amicably and respectfully (at no charge to you of course), to let you either file suit on your own, or find a firm that shares your expectations. I have every reason to want to ask for more money. I get paid more if I get you more. But, based on your three (3) week employment, the truth is that your damages are limited.

If you don't want to listen to me, that's totally your choice. Let's just decide whether you want to do what I suggest, or you think it's best we part ways. I don't want you to feel I am not fighting for you, but I also want to do things the way I think are best in terms of timing and strategy, and managing your expectations.

Let me know what you want to do.

**Regards,**

**Richard Celler, Esq.**

**Richard Celler** <richard@floridaovertimelawyer.com>
To: MnM <mylink2u@gmail.com>, Richard Celler <richard@floridaovertimelawyer.com>

Mon, May 20, 2019 at 8:17 AM

Melanie;

The more I look at this, the more I think this is not a good fit for my law firm to file. I am going to suggest you find another law firm to pursue it and file it. I think you and I just have different visions of the value of the case and the liability.  They offered 1,500.

I'm not going to charge you anything for my time, but I think it's best you find someone who shares the passion for this case that you have. I think the case has some good and some bad- the damages are minimal under the law. I'm not diminishing how this impacted you personally and I feel terrible for all that has happened to you.

But, legally, I don't think the case is strong enough at this point where I would file it. Let's discuss next steps and a transition for you to find another lawyer. Does that work for you?

Richard Celler
Richard@floridaovertimelawyer.com
www.floridaovertimelawyer.com
866-344-WAGE (9243)

[Quoted text hidden]

---

**Richard Celler** <richard@floridaovertimelawyer.com>

Mon, May 20, 2019 at 8:34 AM

**Regards,**

Richard Celler, Esq.

Richard Celler Legal, P.A.

10368 W. SR. 84 #103

Davie, Florida 33324

Toll Free: 866-344-9243 X 107

Fax: 954-337-2771

Email: Richard@floridaovertimelawyer.com

Website: www.floridaovertimelawyer.com

**From:** Richard Celler
**Sent:** Monday, April 29, 2019 7:38 AM
**To:** 'msarelson@kymplaw.com' <msarelson@kymplaw.com>
**Cc:** Ahava Livingstone <ahava@floridaovertimelawyer.com>
**Subject:** Moore, Melanie v. Petland Largo :

Matthew:

I hope all is well and sorry for the delay. Angie is no longer with us so this one got slipped in the transition. I am attaching, for settlement purposes only (it is not admissible and edited by counsel) a rebuttal to your response letter in this case. We are filing suit if the case isn't settling. Our demand is $70,000.00. The case is not going to settle for nuisance value.

If we don't hear back by Friday, May 3, 2019, my instructions are to file the case. Let me know what your folks want to do. AL, please calendar for me to file suit on Friday if not settled. Thanks.

To: MnM <mylink2u@gmail.com>

Melanie:

Here is the information you requested as well. Just to confirm, we are going to terminate representation and allow you to find a new lawyer or to file yourself. There is no charge for our services and the deadline to file your complaint is August 31, 2020. Do you need anything further from us at this point?

[Quoted text hidden]

**3 attachments**

📎 **Pet Land Rebuttal.pdf**
   2022K

📎 **Demand Letter.pdf**
   118K

📎 **Ltr to Angie Pereyra re Melanie Moore.pdf**
   1572K

**MnM** <mylink2u@gmail.com>                                            Tue, May 21, 2019 at 1:35 PM
To: Richard Celler <richard@floridaovertimelawyer.com>

Good Afternoon Mr. Celler,

I did ask you to back out if you did not share the same value in the case as I, so I appreciate your candor in choosing to do so, as well as for the time u have invested in this case without charge.

Thank you also for sending me the requested documents. I just have a couple of questions... In reading Petland's response to the demand letter, they speak as if they have not seen the work schedules I submitted showing my full-time schedule of 40 hours per week, or the time slips I have from clocking in and out, and they claim I only worked 22 hours a week. Athough it would have been easy enough to simply check their own time clock records to verify what days and hours I worked, apparently they did not do it. So I just wanted to know if they have already been presented with all of my documentation in support of my claims, or is that something that would have been held back until it became necessary to present it in court?

They also didn't seem to know that I have the voicemail messages and the job posting clearly staying that the position was for a veterinary technician because they are trying to say I was a kennel worker, so am I correct to assume they have not seen either of those pieces of evidence as of yet?

And my last question is about the document they referred to in the response letter...

"We are in receipt of the "Petland Wages Agreement for Kennel" you sent over that indicates a compensation package of $35,000 per year. You'll note that the word "hour" is struck out and that the word "year" is handwritten in. Also note that the form, including replacing the word "hour" with "year" was all done by your client Melanie Moore. The form was not completed or edited by anyone at Petland. The signature above the line for manager in undecipherable chicken scratch and it does not match the signature of either of the two managers (Allison or Mike) who would have done this form."

To what document are they referring? I don't recall having submitted anything like they described and was not even aware that such a document exists. If you have any additional documentation in my case file can you please forward that to me, as well so I can see what they are referring to? I am going to file a complaint and I'm sure they will be asking what that is all about. Please advise...

I realize you can't speak for everyone, can you tell me what, typically, the process would be for a new attorney to step in at this point in the case? Start over, or pick up where you left off?

Thanks in advance for your help once again.

Regards,
Melanie Moore
[Quoted text hidden]

**Richard Celler** <richard@floridaovertimelawyer.com>                                        Tue, May 21, 2019 at 1:42 PM
To: MnM <mylink2u@gmail.com>

Hi Melanie:

A new attorney, if interested, should take my letter and your rebuttal and file suit if they believe in the case. I am attaching the
response I sent them from you (that I edited so it presented the facts well). This is all of the correspondence between their lawyer and
I on the merits.

I'm glad that we are both handling this amicably. I want the best for you, but we don't share your same expectations on the case. You
deserve to have a lawyer that does.

If your new lawyer needs any information, have him or her email me. Same page? At this time, I am closing the file and standing
down. Be mindful of your statute of limitations on this case to file suit as I explained in my earlier emails.

[Quoted text hidden]

---------- Forwarded message ----------
From: Richard Celler <richard@floridaovertimelawyer.com>
To: "msarelson@kymplaw.com" <msarelson@kymplaw.com>
Cc: Ahava Livingstone <ahava@floridaovertimelawyer.com>
Bcc:
Date: Mon, 29 Apr 2019 11:37:43 +0000
Subject: Moore, Melanie v. Petland Largo :

Matthew:

I hope all is well and sorry for the delay. Angie is no longer with us so this one got slipped in the transition. I am attaching, for
settlement purposes only (it is not admissible and edited by counsel) a rebuttal to your response letter in this case. We are filing suit if
the case isn't settling. Our demand is $70,000.00. The case is not going to settle for nuisance value.

If we don't hear back by Friday, May 3, 2019, my instructions are to file the case. Let me know what your folks want to do. AL, please
calendar for me to file suit on Friday if not settled. Thanks.

Regards,

Richard Celler, Esq.

Richard Celler Legal, P.A.

10368 W. SR. 84 #103

Davie, Florida 33324

Toll Free: 866-344-9243 X 107

Fax: 954-337-2771

Email: Richard@floridaovertimelawyer.com

Website: www.floridaovertimelawyer.com

**From:** Richard Celler
**Sent:** Monday, May 06, 2019 7:50 AM
**To:** 'msarelson@kymplaw.com' <msarelson@kymplaw.com>
**Cc:** Ahava Livingstone <ahava@floridaovertimelawyer.com>
**Subject:** RE: Moore, Melanie v. Petland Largo :

Hi Matthew:

Hope all is well. Just following up here. I didn't hear back in response to my email and rebuttal. Is there an interest in settlement, or should we just file suit?

**AL, bump for me to file suit for next Monday** so Matthew has a chance to catch up on this. Matthew, if we don't hear back, my instructions are to file. I'm trying to resolve this pre-suit, so my hope is we can connect and chat to get it resolved. If not, that's ok too.

5/13/19

**Regards,**

**Richard Celler, Esq.**

**Richard Celler Legal, P.A.**

**10368 W. SR. 84 #103**

**Davie, Florida 33324**

**Toll Free:  866-344-9243 X 107**

**Fax: 954-337-2771**

**Email:  Richard@floridaovertimelawyer.com**

**Website: www.floridaovertimelawyer.com**

**From:** Richard Celler
**Sent:** Monday, April 29, 2019 7:38 AM
**To:** 'msarelson@kymplaw.com' <msarelson@kymplaw.com>
**Cc:** Ahava Livingstone <ahava@floridaovertimelawyer.com>
**Subject:** Moore, Melanie v. Petland Largo :

Matthew:

I hope all is well and sorry for the delay. Angie is no longer with us so this one got slipped in the transition. I am attaching, for settlement purposes only (it is not admissible and edited by counsel) a rebuttal to your response letter in this case. We are filing suit if the case isn't settling. Our demand is $70,000.00. The case is not going to settle for nuisance value.

If we don't hear back by Friday, May 3, 2019, my instructions are to file the case. Let me know what your folks want to do. AL, please calendar for me to file suit on Friday if not settled. Thanks.

5/3/19

'Richard Celler

Richard@floridaovertimelawyer.com

www.floridaovertimelawyer.com

866-344-WAGE (9243)

On May 14, 2019, at 6:04 PM, Matthew Sarelson <msarelson@kymplaw.com> wrote:

Richard – we view this lawsuit as complete nonsense.  My client has authorized me to make a one time offer of $1,500 to resolve the "dispute."


Thank you, Matthew


**From:** Richard Celler [mailto:richard@floridaovertimelawyer.com]
**Sent:** Tuesday, May 14, 2019 3:57 PM
**To:** msarelson@kymplaw.com
**Cc:** Ahava Livingstone <ahava@floridaovertimelawyer.com>
**Subject:** RE: Moore, Melanie v. Petland Largo :


Matt:


Sooooooo, are you just not responding at all?  Is that thing now?



**Regards,**


**Richard Celler, Esq.**

**Richard Celler Legal, P.A.**

10368 W. SR. 84 #103

Davie, Florida 33324

**Toll Free:  866-344-9243 X 107**

Fax: 954-337-2771

**Regards,**

Richard Celler, Esq.

Richard Celler Legal, P.A.

10368 W. SR. 84 #103

Davie, Florida 33324

Toll Free:  866-344-9243 X 107

Fax: 954-337-2771

Email:  Richard@floridaovertimelawyer.com

Website: www.floridaovertimelawyer.com

---------- Forwarded message ----------
From: Matthew Sarelson <msarelson@kymplaw.com>
To: Richard Celler <richard@floridaovertimelawyer.com>
Cc: Ahava Livingstone <ahava@floridaovertimelawyer.com>
Bcc:
Date: Tue, 14 May 2019 22:13:25 +0000
Subject: RE: Moore, Melanie v. Petland Largo :

See you in court.

**From:** Richard Celler [mailto:richard@floridaovertimelawyer.com]
**Sent:** Tuesday, May 14, 2019 6:12 PM
**To:** Matthew Sarelson <msarelson@kymplaw.com>
**Cc:** Ahava Livingstone <ahava@floridaovertimelawyer.com>
**Subject:** Re: Moore, Melanie v. Petland Largo :

Hi Matthew;

Your opinion is meaningless to me. I sent you a detailed rebuttal. Do you have a factual response, or do you expect my client and I to just take your word for it? I rebutted every fact on your letter. What else you got?

Richard Celler

Richard@floridaovertimelawyer.com

www.floridaovertimelawyer.com

866-344-WAGE (9243)

On May 14, 2019, at 6:04 PM, Matthew Sarelson <msarelson@kymplaw.com> wrote:



**MATTHEW S. SARELSON**
PARTNER

DIR: 305.330.6090
EMAIL: MSARELSON@KYMPLAW.COM

## CEASE AND DESIST

*Via Email mylink2u@gmail.com and U.S. Mail, Return Receipt Requested*

June 13, 2019

Melania N. Moore
11421 124th Terr
Largo, Florida 33778

**Re:** **Pooches of Largo, Inc. adv. Melanie Moore**

Dear Ms. Moore:

As you know, I represent your former employer, Pooches of Largo, Inc. I have been advised that Attorney Richard Celler no longer represents you. Please forward this letter to your attorney, if you have one.

You are ordered to IMMEDIATELY remove and delete the Facebook page entitled "Why You Shouldn't Buy Pets from Petland." It is readily apparent that you are the page's author and administrator. The page already has 131 "likes" and 135 "followers." The allegations contained on this page are totally false and defamatory.

We have already been in touch with Facebook to confirm the computer used to create the page, etc. Print outs of the relevant pages are attached to this letter. We are contemplating suing you for defamation. In the meantime, you can and must minimize the damage by removing and deleting the Facebook page.

Very truly yours,

**KAPLAN YOUNG & MOLL-PARRÓN**

/s/ Matthew Sarelson

Matthew Seth Sarelson, Esq.

---

**KAPLAN YOUNG & MOLL PARRÓN**
ATTORNEYS AT LAW

*Brickell World Plaza | 600 Brickell Avenue, Suite 1715 | Miami, FL 33131 | t: 305.531.2424 | f: 305.531.2405 | www.kymplaw.com*



Puppy Mills

## Stop petland from buying from puppy mills!


🔒 www.google.com

# odyssey



No body wants to see any dog have the life these dogs do. By purchasing even the smallest item from Petland you are helping to keep these puppy mills open. However, you shouldn't just simply sit around and wait for the abuse to stop. By reporting animal abuse and bad living conditions to the police when you see it, it will help to take down the chain of stores and mills one by one. Although we have a long way to go by attacking one store at a time, each store

    

 **Gmail**

MnM <mylink2u@gmail.com>

## Petland Document Request

**Matthew Sarelson** <msarelson@kymplaw.com>
To: MnM <mylink2u@gmail.com>

Fri, Jul 19, 2019 at 3:24 PM

Ms. Moore —

We have attempted to reach you through counsel. Your original attorney, Mr. Cellar made it clear he no longer represents you. You have not given us the name of any current counsel (if any).

Attached is a lawsuit filed against you in the Miami-Dade Circuit Court. We are also attached summons issued to you as well.

You or your attorney should contact us and otherwise response to the lawsuit.

Thank you, Matthew



**MATTHEW SETH SARELSON, Esq**
PARTNER

*c: 305.773.1952 | d: 305.330.6090*
*www.kymplaw.com | msarelson@kymplaw.com | vCard*
 *LinkedIn ⓢ Skype 🐦 Twitter*

[Quoted text hidden]

**2 attachments**

📄 **Complaint.pdf**
6532K

📄 **Summons re Melanie Moore Executed.pdf**
202K

 Gmail

**MnM <mylink2u@gmail.com>**

---

## Petland Document Request

---

**MnM <mylink2u@gmail.com>**
To: msarelson@kymplaw.com

Fri, Jul 19, 2019 at 6:07 AM

Good Morning Mr. Sarelson,

In your correspondence to Ms. Pereya of Celler Legal on December 11, 2018, you stated that you received a "Petland Wages
Agreement for Kennel" from Ms. Pereyra. However, this alleged
document was not submitted with your response, nor was it sent to you by Ms. Pereyra or Mr. Celler. Furthermore, I have no prior
knowledge of the existence of the alleged document. Please email me a copy of the document to which you referred for my review and
records.

Thank you for your time.

Melanie Moore

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA**
Case No.: 2019-_____

**POOCHES OF LARGO, INC.**

       Plaintiff,

v.

**MELANIE MOORE**

       Defendant.

_____/

<u>**COMPLAINT FOR DAMAGES & INJUNCTIVE RELIEF**</u>

       Plaintiff Pooches of Largo, Inc. hereby sues Defendant Melanie Moore for defamation and for injunctive relief.

### Parties, Jurisdiction & Venue

       1.     Plaintiff Pooches of Largo, Inc. is a Florida corporation with its corporate headquarters in Miami-Dade County, Florida.  It owns and operates a franchised Petland retail store in Largo, Florida

       2.     Defendant Melanie Moore is a citizen of Florida with a residence in Largo (Pinellas County), Florida.

       3.     Jurisdiction is proper because this is an action at law seeking damages in excess of $15,000.

       4.     Venue is proper because the Defendant committed an intentional tort directed at a Miami-Dade County based entity.

       5.     All conditions precedent, if any, have been satisfied and/or waived.

### Facts

6.      Plaintiff is a franchisee of Petland, Inc.  It operates a Petland retail store in Largo, Florida.  Its business relies upon its reputation for selling dogs of the highest pedigree.  It is not a "puppy mill."

7.      Defendant was employed by the Plaintiff for a few weeks in the summer of 2018. Defendant was a veterinary technician for the store.  Her separation from the Plaintiff occurred when she realized that she had misunderstood her compensation.  She believed, wrongly, that her compensation was significantly higher than it actually was.

8.      During her entire short employment with the Plaintiff, the Defendant's total compensation was only approximately $1,500.

9.      In December 2018, and in response to her separation from the Plaintiff, the Defendant, through an attorney, served a meritless demand letter seeking nearly $100,000 in compensation for some mysterious unidentified and unsupported cause of action.

10.      The Plaintiff viewed the demand letters from her attorney as an attempt to extort a large sum of money from the Plaintiff stemming from her own misunderstanding about her rate of compensation.

11.      During late April and early May 2019, the Plaintiff made it clear it would not comply with Defendant's demands and instead suggested she would need to sue and prevail in court.

12.      Shortly thereafter, the Defendant's retention of her counsel ended.  The precise circumstances of the separation with her counsel are unknown.

13.      Plaintiff believes, given the circumstantial evidence, that Defendant was unable to find another attorney to prosecute a meritless lawsuit.

2

2:13 ⚡️◎🅿️▦ •                                    👓 🕪 📶 ◢ 67 ▪

~~~~~~~~~~~~~~~~~~~~ ~~~~ ~~~~ ~~~~
Company. FAQ · Employment Opportunities ...

    Available Puppies    Breeds    Contact    Financ

---

㏇  **OpenCorporates** › companies › us_fl

## POOCHES OF LARGO, INC. :: OpenCorporates

Feb 21, 2020 · **Free and open company data on Florida (US) company POOCHES OF LARGO, INC. (company number ...**

---

🆄🅲  **UniCourt** › case › fl-mda3-pooches-...

## POOCHES OF LARGO, INC VS MELANIE MOORE | Court Records - UniCourt

Oct 18, 2019 · **On 06/18/2019 POOCHES OF LARGO, INC filed a Personal Injury - Assault/Battery/Defamation court case against**
...

You visited this page on 4/29/20.

---

🛎  **Better Business Bureau** › pet-shop

## Petland of Largo | Better Business Bureau® Profile

BBB received a pattern of complaints filed against Petland of Largo concerning the health of animals sol... ... Pooches Of Largo, Inc ...

◁        ○        ▢

## RETURN OF SERVICE

RECEIPT No:    18-027447

**PERSON TO BE SERVED:** MELANIE NICOLE MOORE

CORP / DBA:

ADDRESS: 11421 124 TER

(2nd ADDRESS):

CITY: LARGO

PLAINTIFF: DENNIS E CHAMBERS

- vs -

DEFENDANT: MELANIE NICOLE MOORE

CASE No: 18006065CO42                    CSE CASE No:

COURT NAME:  COUNTY PINELLAS            COURT DATE:

TYPE WRIT:  WRIT OF POSSESSION

DENNIS E  CHAMBERS

11421 124 TER

LARGO      FL 33778

Received the above-named writ on    September 26, 2018  at   06:42AM    and served the same

on  September 28, 2018   at   07:50AM    in PINELLAS County, Florida, as follows:

— Eviction Finalized

BY PLACING PLAINTIFF IN POSSESSION OF ABOVE DESCRIBED PROPERTY.

MELANIE MOORE WAS PRESENT.  PLAINTIFF DENNIS CHAMBERS IS GIVING HER A FEW MORE
MINUTES TO GATHER BELONGINGS.  DENNIS CHAMBERS WAS LEFT IN POSSESSION.

**BOB GUALTIERI, SHERIFF**

**PINELLAS COUNTY,  FLORIDA**

BY:    JEFFREY NAIMAN

DEPUTY SHERIFF

Clerk:  53559            CIVIL COSTS:  FEE: $  90.00      TOTAL DEPOSIT: $       90.00



**Public Storage**

701 Western Ave., Glendale, CA 91201
818.244.8080 ■ www.publicstorage.com

11/12/2018

By Hand Delivery & First Class Mail

Melanie Moore
General Delivery
Tarpon Springs, FL 34689-9999

Re: Termination of Unit C101
       8305 Ulmerton Road
       Largo FL 33771

Dear Melanie Moore,

      It has come to our attention that you have been loitering in your storage unit. As we have reminded you, on multiple occasions, this directly violates your Rental Agreement, which clearly states that storage units are to be used for storage purposes only and specifically prohibits animal or human habitation. Because you have breached your Rental Agreement, I am writing to advise you that, pursuant to the terms of your Rental Agreement, your use of the storage unit C101 will terminate at close of business on November 16th 2018.

      Please arrange to remove all of your personal property from the storage space no later than close of business on November 16th . If your property is not removed by this time, Public Storage will be forced to dispose of your property and you will be billed for the disposal costs.

      We thank you in advance for your cooperation. Feel free to contact me if you have any questions regarding the termination of your use of the storage space.

Regards,
Silvi Nicholas
District Manager
707 595 8472 Ext 3647

Gmail - A013

 **Gmail**

MnM <mylink2u@gmail.com>

---

## A013

---

**Barneys Mini Storage** <ministorage@barneys.net>                          Fri, Jul 5, 2019 at 12:40 PM
To: MnM <mylink2u@gmail.com>

Dear Melanie Moore,

We regret to inform you on 5/29/19 unit A013 was sold at auction due to your account not being paid in a timely manner. The payment we received before 5/29/19 was on 3/4/19 for $186.73. The balance you paid on 6/25/19 was for the balance remaining from the auction. The $115.67 shows the remaining balance unpaid. This may be why it seems incorrect, however, it is correct.

Our office sent late letter and lien letter emails and attempted to contact you by phone and left a message, but were unable to reach you.

The $115.67 is still an amount you are contractually responsible for owing and would need to be paid in order to rent from us in the future.

If you have any questions, please contact our office and we will gladly assist you.


Respectfully,

Bonnie Bennett
Office Manager
Barney's Mini Storage
10395 Gandy Blvd. N.
St. Petersburg, FL 33702
Phone: (727) 578-9543
Fax: (866) 205-7882
ministorage@barneys.net
[Quoted text hidden]

*This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.*

Oct 14 19, 08:22a                                                                                           p.1

# Tenant History

Barney's Mini Storage, 10395 GANDY BLVD N, ST PETERSBURG, FL 33702-2305, (727) 578-9543

Created: 10/14/2019, 9:23:37AM

**MELANIE N. MOORE**
15519 Darien Way
Clearwater, FL 33764
(727) 692-0143
(727) 482-6042
(727) 288-3501
(727) 288-3501

| Trans. ID | Entry Date | Eff Date | From Date | To Date | Unit # | Charged | Paid | Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 813811 | 11/19/18 | 11/19/18 | 11/19/18 | 12/1/18 | A103 | $10.00 | | $10.00 | Setup Fee / Setup Fee |
| 813812 | 11/19/18 | 11/19/18 | 11/19/18 | 12/1/18 | A103 | $70.00 | | $80.00 | Rent - Mini / Prorated Rent |
| 813813 | 11/19/18 | 11/19/18 | 11/19/18 | 12/1/18 | A103 | $4.76 | | $84.76 | Sales Tax |
| 813814 | 11/19/18 | 11/19/18 | 11/19/18 | 12/1/18 | A103 | ($35.00) | | $49.76 | Discount - Mini -50% FIRST 3 MONTHS! MINI -50% FIRST 3 MONTHS] PRORATE INCL (UNTIL 2/1/201 9) |
| 813815 | 11/19/18 | 11/19/18 | 11/19/18 | 12/1/18 | A103 | ($2.38) | | $47.38 | Sales Tax |
| 813816 | 11/19/18 | 11/19/18 | 11/19/18 | | | | $47.38 | $0.00 | Cash # / DUE AGAIN ON 12/1/ 18. BB |
| 815713 | 12/1/18 | 12/1/18 | 12/1/18 | 1/1/19 | A103 | $175.00 | | $175.00 | Rent - Mini / Rent |
| 815714 | 12/1/18 | 12/1/18 | 12/1/18 | 1/1/19 | A103 | $11.90 | | $186.90 | Sales Tax / Sales Tax |
| 815715 | 12/1/18 | 12/1/18 | 12/1/18 | 1/1/19 | A103 | ($87.50) | | $99.40 | Discount - Mini / MINI I -50% FIRST 3 MONTHS[PRORATE INCL (UNTIL 2/1/2019) |
| 815716 | 12/1/18 | 12/1/18 | 12/1/18 | 1/1 | A103 | ($5.95) | | $93.45 | Sales Tax / Sales Tax |
| 816376 | 12/13/18 | 12/13/18 | 12/13/18 | 12/13/18 | A103 | $10.00 | | $103.45 | Late Charges / ID#1 |
| 818382 | 1/1/19 | 1/1/19 | 1/1/19 | 2/1/19 | A103 | $175.00 | | $278.45 | Rent - Mini / Rent |
| 818383 | 1/1/19 | 1/1/19 | 1/1/19 | 2/1/19 | A103 | $11.73 | | $290.18 | Sales Tax / Sales Tax |
| 818384 | 1/1/19 | 1/1/19 | 1/1/19 | 2/1/19 | A103 | ($87.50) | | $202.68 | Discount - Mini / MINI I -50% FIRST 3 MONTHS[PRORATE INCL (UNTIL 2/1/2019) |
| 818385 | 1/1/19 | 1/1/19 | 1/1/19 | | A103 | ($5.85) | | $196.82 | Sales Tax / Sales Tax |
| 819146 | 1/10/19 | 1/10/19 | 1/10/19 | 1/10/19 | A103 | $15.00 | | $211.82 | Late Charges / ID#1 1st late Event |
| 819363 | 1/17/19 | 1/17/19 | 1/17/19 | 1/17/19 | A103 | $25.00 | | $236.82 | Lien / ID#2 Lien Late Event |
| 819405 | 1/18/19 | 1/18/19 | 1/18/19 | 1/18/19 | A103 | $25.00 | | $261.82 | Auction Lock Cut / ID#3 Lock Cut Late Event |
| 821242 | 2/1/19 | 2/1/19 | 2/1/19 | 3/1/19 | A103 | $175.00 | | $436.82 | Rent - Mini / Rent |
| 821243 | 2/1/19 | 2/1/19 | 2/1/19 | 3/1/19 | A103 | $11.73 | | $448.55 | Sales Tax / Sales Tax |
| 822880 | 2/5/19 | 2/5/19 | 2/5/19 | 2/5/19 | A103 | $25.00 | | $473.55 | Auction Advertising Fee |
| 822181 | 2/5/19 | 2/5/19 | 2/5/19 | 2/5/19 | A103 | $20.00 | | $493.55 | Auction Cancellation Fee |
| 822062 | 2/9/19 | 2/9/19 | 2/9/19 | 2/9/19 | A103 | $15.00 | | $508.55 | Late Charges / ID#1 1st Late Event |
| 822418 | 2/21/19 | 2/21/19 | 2/21/19 | 2/21/19 | | | $284.00 | $224.55 | Visa / SPLIT PAYMENT W/ Event |
| 822419 | 2/21/19 | 2/21/19 | 2/21/19 | 2/21/19 | | | $224.55 | $0.00 | Cash # / DUE AGAIN ON 3/1/ 19. BB |
| 822975 | 3/1/19 | 3/1/19 | 3/1/19 | 4/1/19 | A103 | $175.00 | | $175.00 | Rent - Mini / Rent |
| 822976 | 3/1/19 | 3/1/19 | 3/1/19 | 4/1/19 | A103 | $11.73 | | $186.73 | Sales Tax / Sales Tax |

# Tenant History

**Barney's Mini Storage, 10395 GANDY BLVD N., ST PETERSBURG, FL 33702-2305, (727) 578-9543**

**MELANIE N. MOORE**

15519 Darien Way

Clearwater, FL 33764

(727) 692-0143
(727) 482-6042
(727) 288-3501
(727)
(727) 288-3501

| Trans. ID | Entry Date | Eff Date | From Date | To Date | Unit # | Charged | Paid | Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 824400 | 3/4/19 | 3/4/19 | 3/4/19 | 3/4/19 | | | $186.73 | $0.00 | Visa / SIM Payment |
| 826728 | 4/1/19 | 4/1/19 | 4/1/19 | 5/1/19 | A013 | $175.00 | | $175.00 | Rent - Mini I / Rent |
| 826729 | 4/1/19 | 4/1/19 | 4/1/19 | 5/1/19 | A013 | $11.73 | | $186.73 | Sales Tax / Sales Tax |
| 827726 | 4/10/19 | 4/10/19 | 4/10/19 | 4/10/19 | A013 | $15.00 | | $201.73 | Late Charges / ID#1 1st Late Event |
| 827857 | 4/17/19 | 4/17/19 | 4/17/19 | 4/17/19 | A013 | $25.00 | | $226.73 | Lien / ID#2 Lien Late Event |
| 827936 | 4/24/19 | 4/24/19 | 4/24/19 | 4/24/19 | A013 | $25.00 | | $251.73 | Auction Lock Cut |
| 829404 | 5/1/19 | 5/1/19 | 5/1/19 | 6/1/19 | A013 | $175.00 | | $426.73 | Rent - Mini I / Rent |
| 829405 | 5/1/19 | 5/1/19 | 5/1/19 | 6/1/19 | A013 | $11.73 | | $438.46 | Sales Tax / Sales Tax |
| 829849 | 5/3/19 | 5/3/19 | 5/3/19 | 5/3/19 | A013 | $25.00 | | $463.46 | Auction Advertising Fee / Auction Advertising Fee |
| 830361 | 5/10/19 | 5/10/19 | 5/10/19 | 5/10/19 | A013 | $15.00 | | $478.46 | Late Charges / ID#1 1st Late Event |
| 830579 | 5/29/19 | 5/29/19 | 5/29/19 | 5/29/19 | | | $357.79 | $120.67 | Cash # / SOLD @ AUCTION 5/28/19. MUST PAY $185.67 AND GET PERMISSION FROM RH BEFORE RENTING AGAIN. BB |
| 833136 | 6/25/19 | 6/25/19 | 6/25/19 | 6/25/19 | | | $70.00 | $50.67 | Visa / SIM Payment |

| | | | | | | $1,221.12 | $1,170.45 | $50.67 | |
| | | | | | | Total Billed | Total Paid | Final Balance | |



# Indeed Job Search

## Inbox  ⌄

| | | |
|---|---|---|
| **P** | **Partridge Animal Hospital** <br> Partridge Animal Hospital <br> Reminder · Veterinary Technician … | Sep 21 2018 |
| **S** | **Sunshine Animal Hospital** <br> Sunshine Animal Hospital <br> Phone Interview- Sunshine Anima… | Sep 20 2018 |
| **A** | **All Pet Care Hospital** <br> All Pet Care Hospital <br> Reminder · Vet Tech Position - Re… | Sep 17 2018 |
| **L** | **Lesem Ramos** <br> General Dynamics IT <br> Action required: Lesem Ramos is … | Aug 26 2018 |
| **L** | **Lesem Ramos** <br> General Dynamics IT <br> Action required: Lesem Ramos is … | Aug 24 2018 |
| **D** | **David H** <br> Gandy Animal Hospital, Inc. <br> Action required: David H is waitin… | Aug 22 2018 |

FEB 12 2019

**St Pete Beach Veterinary Clinic** · 8:11 AM

Hi Melanie Moore,

Thanks for your interest in the Veterinary Technician position at St Pete Beach Veterinary Clinic. We have reviewed your application. Unfortunately, you are not the right fit for the position at this time.

I am sorry for the disappointing news. Best of luck in your job search.

Sincerely,
Dr. Rose

Write your response...

FEB 28 2019

 **Animal Health Care Clinic** · 4:22 PM

Hi Melanie

I received your resume through Indeed and I am very interested in being able to speak with you. Please give me a call at your convenience and we can hopefully set up a time to meet.

Thanks!

Heather Fripp

Practice Manager

Animal Health Care Clinic

Write your response...

 **Pinellas Animal Hospital** · 10:41 AM

Dear Melanie

Thank you for taking the time to interview for
the position of Veterinary Technician at Pinellas
Animal Hospital. This letter is to inform you
that unfortunately, we will not be moving on to
a working interview with you as planned. After
interviewing a number of potential candidates,
you have not been selected for the position at
this time.

I am sorry for the disappointing news. I would
like to wish you the best of luck in your future
job search.

Write your response...

From  Animal Hospital of Treasure Island •
       noreply@indeed.com

To    Melanie Moore • mylink2u@gmail.com

Date  Jan 16, 2020, 9:14 AM

🔒     Standard encryption (TLS).
       View security details



Thank you for applying to the Veterinary Technician position at Animal Hospital of Treasure Island.

Unfortunately, Animal Hospital



**Technician Position**
1 message

**Kalen Faber** <faberdvm@gmail.com>                                      Thu, Feb 27, 2020 at 3:12 PM
To: vettechmnm@gmail.com

Hello Melanie,

Thank you so much for your response!

I left a message on your voicemail, you can call me before 5pm today or any time between 9-5 tomorrow.

I look forward to talking with you!
:)
Vicki Lance
Practice Manager
All Cats Hospital

--



**Kalen Faber, DVM** All Cats Hospital
phone: 727-581-7556
address: 2069 Indian Rocks Rd S, Largo FL 33774
web: www.allcatshospital.com





**Application for Experienced CVT/Veterinary Technician/Veterinary Assistant at Pinellas
Animal Hospital**
1 message

---

**Pinellas Animal Hospital** <noreply@indeed.com>                                    Sat, Mar 7, 2020 at 1:26 PM
To: Melanie Moore <mylink2u@gmail.com>

# indeed

Thank you for applying to the Experienced CVT/Veterinary
Technician/Veterinary Assistant position at Pinellas Animal
Hospital.

Unfortunately, Pinellas Animal Hospital has moved to the
next step in their hiring process, and your application was
not selected at this time.

© 2020 Indeed, Inc.

6433 Champion Grandview Way, Building 1, Austin, TX 78750

PRIVACY POLICY | TERMS | HELP | UNSUBSCRIBE

**All activity**   Articles   Posts   Documen

Like   Comment   Share   Send



**Luis Marquez** · 3rd+
Owner & President at Petland FL & TX
2mo · 🌐

There is no grey area when it comes to being a good breeder or a puppy mill.

The difference is that good breeders prioritize the health and wellness of both adult dogs and puppies. Puppy mills prioritize profits and treat adult dogs like breeding machines with no regard to the health of the animals.

There is no place for unethical breeding practices in this industry and that's why we're constantly working with legislators to help end puppy mills for good! With the help of our amazing breeders, we're raising the bar of standards in our industry and we couldn't be more proud.







**Luis Marquez** · 3rd+
Owner & President at Petland FL & TX
2mo · 🌐

I love these dogs. They're the reason why I'm so passionate about this industry and ending puppy mills for good. We need to continue to expose not only the bad breeders, but also those acquiring their puppies from them.

It doesn't just end there. We need to continue to push for higher regulation industry wide. I strongly believe that increased regulation at the state level for breeders and pet stores as well as pet rescue and adoption organizations is imperative to ending puppy mills for good.



# Indeed Job Search

777  1,4K  3  158  43
s **Reviews**  Salaries  Photos  Jobs  Q&A  Interviews

**1.0** ☆☆☆☆☆

*handwritten: Tyler Tx Owned by Luis Marquez of FL.*

## Crazy owner with no morals

Kennel Manager (Former Employee) - Tyler, TX - September 19, 2018

The owner has no morals and because they sell live pets that means there are many animal deaths. Examples being refusing to buy supplies to properly feed or medicate the animals. They live in overcrowded housing and the small rodents are constantly killing each other because he crowds them when he gets new ones. The employees don't have anywhere to eat, take a break, or store materials except where they store rats, mice, crickets, and such. Coincidentally this is also the room with the non functional bathroom employees are required to use, mouse and rat traps with dead animals left on them, and supplies blocking the fire exit. The owner runs off any competent employees, and does illegal acts all the time.

✔ **Pros**

Some of the employees genuinely care for
the animals



| s | 819<br>**Reviews** | 1.5K<br>Salaries | 3<br>Photos | 220<br>Jobs | 47<br>Q&A | Interviews |
|---|---|---|---|---|---|---|

## Related reviews

**9** reviews close to Clearwater, FL

**1.0** ⭐☆☆☆☆

### In it for profit

Cashier (Former Employee) - Largo, FL - February 7, 2020

The puppies are not from the greatest places, they are overpriced and usually sick, the owner is a young man who's only in it for the money, doesn't care about the rest

 **Pros**
Cute animals

 **Cons**
Horrible place

Was this review helpful?





| 706 | 1.2K | 3 | 178 |
|---|---|---|---|
| **Reviews** | Salaries | Photos | Job |

Pet Counselor (Former Employee) – Largo, FL – July 30, 2019

The job starts off well and good but if you expect to make any sales then you have to be faster than all the other employees. Expect to sell a dog that can be bought for a few hundred dollars for thousands of dollars with no training at all. Management can be rather unprofessional and tends to talk about the employees behind their backs or even to them. Be prepared to keep any problems you have to yourself. I was told, for sharing a concern of mine, that I would be fired for "lowering company moral". Most of the dogs are sick and tend to have diarrhea when in with the customers which makes for an even harder sell. Also your commission privileges can be taken away at any time

**1.0** ★ ☆ ☆ ☆ ☆

# Poo management

Pet Care Technician (Former Employee) - Miami, FL - February 23, 2020

Owner once said that the techs in the kennel are the backbone of his company MEANWHILE Your checks will come in SHORT and they will tell you it's your fault. There's so many dogs that die and get sick here and they still try to sell them. Terrible company that should be shut down by the way they treat these animals

✔ **Pros**
Great coworkers to be around

✳ **Cons**
Terrible management, owner doesn't care about workers, sick dogs and bad pet care



### Indeed Job Search

| 819 **Reviews** | 1.5K Salaries | 3 Photos | 220 Jobs | 47 Q&A | Interviews |

 **Indeed Featured review**
The most useful review selected by Indeed

## 1.0 ★☆☆☆☆
## Terrible

<u>Cashier</u> (Former Employee) - <u>Clearwater, FL</u> - July 6, 2020

I used to work here and witnessed how poorly they treated their Animals and Worked their Employees like Dogs.Do Not Work here ever.You will regret it.

✔ **Pros**
None

✖ **Cons**
Many

Was this review helpful?

**Yes**    **No**

 **r/ClearwaterFl**
Posted by u/HunteressXXX • 4mo



## Did you buy a sick puppy at Petland Largo?

I am a previous employee of the Indian rocks Beach animal Hospital and left my job over recent health outbreaks in the puppies as they are the contracted vet with Petland. I am speaking with the media and the health department after spring break and I am looking to find anyone else who would like to contribute and help get Petland shut down for good!

 21           9          Share

 NEW COMMENTS



← **Petland Largo**

 **Miranda P.**
8   41   2

1    7/13/2018

This facility sells sick dogs who come from puppy mills. This is an evil practice. These dogs are treated terribly. Buy from this store and you are supporting puppy mills. Shut this place down and throw the employees in jail



My puppy Bagels died three days after buying him from this place

Useful 11    Funny 1    Cool 0

Search    Me    Delivery    Collections    More

Oct 16, 2017  PissedConsumer111609...

# DO NOT BUY FROM PETLAND

⭐  - - - - - -    1.0  Details

Puppy Dead! After 3 days...we paid thousands of dollars to keep him alive!!!! They are crooks...puppy mills and unsympathetic. DO NOT BUY FROM THERE!!!! THEY ARE FROM AMISH MILLS!!!!! Please dont be a victim!!!!

Comment

👍 0  👎 0

ID                          #1116097 ⓘ

LOCATION                    Pembroke Pines, Florida

REASON OF REVIEW            Bad quality

 Share



Joyce S.



12/17/2018

My puppy passed away a week after purchased from petland pembroke pines with parvovirus. My baby started showing symptoms the third day he was at home and hospitalized him the fourth day to start treatment to try to save him. He did not make it. This is a very serious situation because not only this store is selling sick puppies but they are not taking the sanitary precautions to clean the premises to prevent for new dogs to get contaminated with the virus
I am trying to get a refund but not even that is going to heal the emotional pain of me and all my family right now

PLEASE DONT FALL FOR EVERYTHING THEY SAY AND ADOPT OR BUY FROM A DIRECT HEALTHY BREEDER!
REST IN PEACE BABY



←    Petland Largo         🔍   ⦂

OVERVIEW      UPDATES      REVIEWS      PHOTOS      ABOUT

**Sara Williamson**                     ⋮
1 review

⭐      a year ago

Worst store around!!! DO NOT SHOP HERE!!! The store recently was
bought by a new owner named Luis Marquez, he owns 4 other stores
who all sell puppy mill puppies. Their stores all say the same script when
you talk to them, they have their EMPLOYEES leave fake reviews because
you'll see a review for every store by the same person many times. Who
buys a dog in largo and then drives 5 hours to Miami to buy another
one?! They charge crazy amounts for their puppies 4K on average. Not
even puppies from champion parents cost that much. They claim it's
because of the breeders they use but it's because Luis is greedy!! People
have problems and no one address them. Just look him and the other
store up and you'll see the complaints. This store is an absolute joke!!!!
Buy from a breeder, wait the extra time for their wait list rather than
approving and contributing to them buying these sweet babes from
puppy mills!!!!

👍 5    ＜

**Ashley Miller**                     ⋮
1 review

⭐      a year ago

My mom purchased a dog from here about 3 weeks ago. From the
second day we had the dog it was sick. You call and they tell you you
have to see their vet or it won't be covered. We don't want to see your vet
because your vet is the one that signed and said the dog was healthy but
it wasn't. The piper (our puppy) has had a horrid upper respiratory
infection (aka kennel cough) since she's come home. Dr Matt was very
rude and brushed off our questions and hurried us out the door, so never
go there if your wanting any actual good service. We took the puppy to
our own vet and they told us the antibiotic the puppy was placed on
wouldn't do almost anything for the type of infection she had. Our vet
asked us if the parents had a specific type of condition that's hereditary,
we couldn't get any information for the store so we tried to contact the
Breeder that was listed in the puppy folder they sent us home with.
Surprise surprise this Breeder was known for being a puppy mill Breeder,
had tons of infractions (negative marks on his inspections) and the
contact we got was a BROKER!? What good Breeder uses a broker to sell
their puppies to the highest bidder. You Petland DISCUST me! Be careful
because there is a lot that will be coming your way!



☐ Open in App          yelp

**Pet Supplies Plus - Pinellas Park**
★★★★☆   22 reviews

**Diane A.** said: I went to this location for only one reason, they have the only self...

**Woof Gang Bakery & Grooming Clearwater**
★★★★☆   94 reviews

**Chandler M.** said: Very positive experience! Took my dog in for grooming and she looks...

RECOMMENDED REVIEWS

Remember, businesses can't pay to alter or remove their reviews.          ✕

**Kimberly C.**
✦ 0   ☐ 3

I guess you have to give them a 1 star ;( We purchased a $10,000 french bulldog from this company. Not even a year later, it had a stomach aneurysm and died within an hour. We bought a lifetime warranty which they (Petland Largo) agreed to replace if our puppy passed. Brookie was the love of our life and our children's life. They are not honoring the warranty because we didn't purchase vitamins from them. They look at these beautiful things like contracts in-stead of family members. They didn't have to clean up the blood, pick this beautiful baby up or wipe our childrens tears. This little girl was our world. If I could send you a picture I would. I am sure they will try to block this like all my other post. But know I will spend EVERY free moment taking this organization down because Brookie was worth it and worth every minute.

Oh - our rabbit, hampster and bird also passed away from here. Pathetic.

 Start your review

**Jaime G.**
✦ 1   ☐ 45

I called in looking for availability and pricing on a specific dog breed. I was told that I was not able to get pricing until I arrived to... read more



**Kimberly C.**
✦ 0   ☐ 3

I guess you have to give them a 1 star ;( We purchased a $10,000 french bulldog from this company. Not even a year later, it had a stomach... read more





**Petland Largo**
10289 Ulmerton Rd, Largo, FL 33771
Pet store



**Christine Gaurkee**
21 points

 ★    11 months ago

The experience that we had at the store itself was fine. They were kind and accommodating. However, once our puppy was home and decided to research the breeder since Petland has AKC certified and there are signs and stickers posted everywhere in the store, I figured that their breeders would be reputable. BUT that is NOT the case. I looked up our breeder and it turns out tons of allegations of mistreatments of dogs, their breeding licenses have been revoked, they have had many citations against them and even upon inspection a dead dog. This is unacceptable. I feel like they have cheated me because now I know that my money has gone to a place that supports this type of treatment of animals. It is ethically revolting and reprehensible. I am not sure how they sleep at night. The only silver lining is that my puppy made it out. But Petland is deceitful.

👍 4

**Response from the owner** 10 months ago
Hello Christine, thank you for taking the time to provide us feedback. Our puppies' health and well-being is our number one priority. Our pets come from the top 2% of USDA licensed breeders as well as selected hobby breeders with years of experience in raising quality family pets. Our Veterinarians also check our puppies on a daily basis to ensure they are all happy and healthy. We sincerely apologize for a sub-par experience and we'll make sure to pass your feedback along to our management team.



← **Petland Pembroke...** 

Horrible experience. Read entire review. This is the worst puppy store in South Florida. I was sold a Mini Australian Shepard over a month ago and she passed away 4 days after being released to me. I purchased the puppy and they made me come back 3 times to pick her up because the puppy was "recovering from a cold". After three times of being sent home and being given free merchandise from the store as a bribe to not get upset I forced the manager to let me see my puppy. The staff nervously tried to clean her up but she was completely covered in feces and nutrical paste. It was the most disturbing thing I have ever seem. They have a bunch of children running the store and they neglect the puppies. They quickly showered her and released her without consent from the Vet. The next day I took her to Dr. Pou who is also another crook. He followed to tell me that "he wanted to run a test for Giardia" bc he believed that the puppy had a parasite attacking her nasal cavity. I spent over $4200 to purchase the puppy and over $300 at the crooked vet. All in 4 days. My puppy had a seizure 4 days after I took her home and died in my arms as I rushed her to the emergency room near my house. The ER Vet told me she believed the puppy had pre existing conditions and was having seizures at Petland which is why they didn't release her to me right away. These people are disgusting and I need to make sure that you all read this before choosing Petland or Dr. Pou. It is all a scheme. They sell you sick puppies so they can rack up your tab. Please stay far away from these people. I reached out to their "solutions" department and I haven't heard back in over a month. So I'm $5000 in the hole and I had my puppy die in my arms. I will be taking legal action but

 Search     Me     Delivery     Collections     More



**S. K.**
👤 0    ★ 12    📷 0

6 months ago

DO NOT BUY FROM ANY PETLAND!
These places get sick puppies and kittens from
corrupt breeders and puppy mills, some breeders
ARE puppy mills. Even if the pet is not sick these
places prolong pet overpopulation when thousands of
animal shelters are over run with too many unwanted
dogs and cats then they get killed--like Miami Dade
Animal Shelter or at Broward shelter.
Owner Luis Marquez who owns several Petlands
needs to be outawed, due to his business dealings
with breeders, he only cares about making money and
has made ALOT of money off of selling puppies and
kittens. Marquez must be investigated. His greedy
breeders also.
**** This is why people should adopt puppies from
shelters and rescues NOT shop for one.



**E G.**
♥ 0   💬 2   📷 0

8/22/2017

If I could give this place negative stars, I would.
Horrendous experience. I posted about my experience
previously. THESE DOGS ARE FROM PUPPY MILLS
AND THEY ARE SICK!!! PLEASE, PLEASE AVOID AT
ALL COSTS. The employees make customers write
a review IN STORE at the time of purchase and even
tell them to give them 5 stars. Go to yelp and you will
see all of the REAL negative reviews. THE VET THEY
WORK FOR WILL TELL YOU YOUR PET IS HEALTHY
EVEN THOUGH IT IS NOT. This happened to us with
our pup. They told us she was fine and later found out
she was extremely sick after a trip to the ER followed
by a trip to my usual, trusted vet.
AVOID AT ALL COSTS.



💡 Useful 6        😄 Funny 0        😎 Cool 0

Caramellhoney H. and 5 others voted for this review


🏅 Send Compliment





**Petland Largo**

Anthony W.

5  2  1

4/8/2019

Petland has been nothing but a bunch of Lies I bought a dog there little Hemi he's a great dane puppy and cost $5,000 for the dog he came home with multiple different diseases which they said he was disease-free which was a lie they said if there was any problems they would fix these problems or included medical bills which was a lie they gave us back 1700 out of $10,000 in medical bills absolutely outrageous you're nothing but a bunch of puppy mill runners and dog murderers and they don't care all they care about is the dollars it's embarrassing to know that a pet company was supposed to bring happiness to people and 2 pets to save lives and coding dogs is nothing more than Mass murderers I think the whole bunch of them should be removed I think the store should be shut down I think there should be nobody ever should have to go through what we went through almost had to take a second out on my house to pay for the dog bills now the dogs doing okay but he has multiple issues one of which after we got his blood line would realize he's nothing but an inbred multiple times they are a horrible company to work with again nothing but lies I wish nobody to have to deal with this please if you do see them and you go to their place do not buy a dog it's not the dogs fault it's humans fault I hate writing this I hate saying these things because I love animals but these people are horrible they deserve nothing more than the store to be removed and them to be sued for

## How to fix
## Ripoff Report

If your business is
willing to make a
commitment to
customer satisfaction

Click here now.. (/corporate-advocacy-program/change-report-from-negative-to-positive)

bought our puppy from Pet Land Largo in October 2019 and within the first day of taking him home we noticed he was shivering and sick. We took him in right away to the doctors PetLand tells you that you must take the puppies to, and they told us he had a "cold" NOPE.

He had Guardia that was killing him quickly, and we took him back again a week later of giving him medicine and he was practically dead in our arms. We had a 500 dollar bill to save his life and PetLand Largo denies any responsibility and will not pay for our vet bill at their vet. Here is the SHOCKER, they have an F RATING ON BBB as well as numerous people that have had the exact same issue with them having extremely high priced dogs that were sold to them sick, and quite a few of these victims were not as lucky as I and their puppies DIED.

Guess what, PetLand Largo did not reimburse them, nor did they take any responsibility. I have written a complaint to the Attorney General, the news, BBB, YELP and now here. I am absolutely mortified that there are businesses out there that have such gross inhumane animal and business practices. They are high dollar scam artists and I want the world to know DO NOT GO THERE.

I believe they should be shut down and I intend to get many people together to file a Class Action Law Suit against their business, and hopefully many of these people including myself will get our money back from this terrible experience. Their own employee just wrote a very disturbing review confirming all of these claims that she knows first hand because she saw it, and worked in their location, knowing what was going on she decided to quit because it as so upsetting to her.

I hope this makes it into the hands of anyone thinking of going here to purchase your new puppy and the owner of PETLAND LARGO. Check out these reviews https://www.yelp.com/biz/petland-largo-largo (https://www.yelp.com/biz/petland-largo-largo)

This report was posted on Ripoff Report (/) on 03/06/2020 10:13 AM and is a permanent record located here: https://www.ripoffreport.com/report/petland-largo/fl-sold-dying-dog-grand-take-1492617 (/report/petland-largo/fl-sold-dying-dog-grand-take-1492617). The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year. Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report. READ: Foreign websites steal our content (http://www.edmagedson.com/did-you-know/).

Click Here to read other Ripoff Reports on PetLand Largo (/reports/specific_search/PetLand+Largo)

### Search for additional reports
If you would like to see more Rip-off Reports on this company/individual, search here:

PetLand Largo



← **Petland Kendall**    ⋮

## Rebecca M.



👤 0   ➕ 16   📷 0



12/29/2018

DO NOT BE FOOLED BY THE GOOD REVIEWS ON GOOGLE! Right after you buy your puppy, while you are still in the store, they make you leave a positive review and of course you will leave it because at that time you are not aware of the horrors that await you! The owner clearly knows this and makes the staff tell you to leave a good review in an attempt that people will overlook the bad reviews!!

We were scammed by this people!

1.We purchased our fury friend with assistance from one of their promoted credit lenders and at NO point they advised that said lending company had an ADDITIONAL processing fee on top of the processing fee Petland has. The employees are not transparent when it comes to this so if you dont want to find out about these charges by surprise in your first statement bill, READ READ READ every single word on the contract even if it takes you an hour.

2. Our puppy came from Blue Ribbon Puppies, the infamous Levi H. Graber's company. This man has been known for running puppy mills! Please see news report below on him.

https://www.wthr.com/article/indianas-puppy -pipeline

    

 **Petland Kendall** 

**Juan V.**

0  3  1

3 months ago

I'm happy with my puppy even given the fact that it is sourced from a puppy mill (they sugarcoat things to seem like that isn't the case), but was really dissatisfied me is that after spending nearly $7k on a puppy and home coming kit they forgot to include the crate cover that comes in the kit. I asked if they could deliver the crate cover to me since I live nearly 2 hours away, however, their customer service response was that they don't deliver. Spend $7k and they can't drop a pitiful $20 to deliver the crate cover that I purchased from them and they forgot to include in my bundle.

To all future puppy buyers, research the "breeders". If the breed of record certificate says that the distributor is Blue Ribbon Puppies, google then google Blue Ribbon Puppies and you will realize they are notorious for puppy mill sourcing.



Useful 0          Funny 0          Cool 0

Send Compliment

Search        Me        Delivery        Collections        More



google.com/search?cli    :D    ⋮

←    Petland Largo       🔍   ⤶   ⋮

**VIEW**    **UPDATES**    **REVIEWS**    **PHOTOS**    **ABOU**

---

**Michael McCoy**               ⋮
5 reviews

⭐ ☆ ☆ ☆ ☆   a year ago

This store supports puppy mills where
hundreds of dogs are bred over and over and
where unsold puppies are returned to suffer
the same fate as their parents. If you care
about animals, don't support petland. Adopt,
or at the very least buy ... More

👍 6    ⤶

**Response from the owner**
a year ago

This is a lie. We hate puppy mills and work
diligently get them closed down. Our pups
come from the top 1% of all Usda breeders in
the nation. Please stop posting fake news. We
would be more than happy to show you exactly
where our pups come from. We even have a
Virtual reality experience where anyone can
visit our breeder facilities. We welcome anyone
come check it out!



**Jennifer S.**
⁑ 0   💬 4   📷 9

12/10/2017

PUPPY MILL DOGS SICK! BEWARE DONT PURCHASE FROM THEM.

We purchased my mixed breed shih tux and Maltese mix dog from pet land in 2005. We paid over a grand for him. We were not aware that these dogs come from PUPPY MILLS.

Puppy mills are large-scale commercial dog breeding operations where profit is placed above the well-being of animals. Bred without consideration of genetic quality, this produces generations of dogs with unchecked hereditary defects.

MEANING YOU WILL BUY A SICK DOG. Wether they get sick in the beginning or towards the end.

My dog didn't live past 7 years old.

When he turned two he had white dog syndrome which was a "hereditary" sickness that happens in white breeds in which Brian inflammation happens. we had to hospitalize him and he was given prednisone for the rest of his life. At age 7 he started to get boils/wounds on his skin. 10K later we tried ever single treatment in the book to get him well again. He had open wounds and underwent surgery and he passed away.

It was the most sad and traumatizing experience. You're better off adopting a dog from a private insured breeder or the humane society.

I signed the petition for a lawsuit after my dog died. SIGN THE PETITION TO SUE THESE LIARS.



← 



**Petland Largo**
10289 Ulmerton Rd, Largo, FL 33771
Pet store



**Brandi M**
2471 points

 ⭐                    a year ago

STAY AWAY! New owners push customers for reviews. Way over priced! Cheapest dog is $5k. They will not tell you a price until you've sat through a long slide show about nothing. Their merchandise is also overpriced compared to bigger stores and local places. The worst is how the manager treats employees. Overheard them calling an employee a POS. Saying they were all stupid and worthless. Told one girl she was ugly. Other employees were cursing as they stocked near kids! Never will I go here again.

👍 2

**Response from the owner**  a year ago
Hello Brandi, thank you for taking the time to provide us feedback. Your input is vital to our growth and we want all customers to have the best possible experience. Our prices are a reflection of the quality of our puppies. We take pride in working with the top 5% of USDA breeders who are expected to go above and beyond all USDA regulations. It takes a lot of dedication to provide for our puppies and maintain them happy and healthy. However, we'll make sure to pass your feedback along to our management team.



**Mike T.**

☰ 0  📷 5  📷 2

4 months ago

Don't buy pets here. I came in here once to buy pet food while on a business trip in FL. Too many puppies caged up in small bins. No wonder buyers of these pets end up with sick animals and it's not fair to the pets. Pretty cruel I think. I don't think Luis the owner cares about the animals except how much money they can bring him.

Useful 2        😊 Funny 0        Cool 0

Karla N. voted for this review

Send Compliment





OVERVIEW        UPDATES        REVIEWS        PHOTOS        ABOUT

We'll make sure to pass this information on to our management team

**Dog lover**
Local Guide · 1 of reviews · 4 photos

a year ago

The puppies are constantly sick and sold as "healthy". Parvo, kennel
cough, worms, etc. Do not buy a puppy from here. Medical bills will be
through the roof.

Edit :

Do not fall for their automated response. I work in the animal industry. I
have so many clients come in saying they adopted from petland and
their puppy was sold sick. Many of them paying $1000s to get their pup
up to health. I also have many clients who lost their puppies because
they were so sick. Petland will do nothing to help with those bills even
though they sold a sick dog. Do not shop here. You will waste your
money. This place needs to be shut down.

Also don't you think it's strange how most of their good reviews are from
reviewers who have only reviewed one to two establishments?

**Response from the owner**

Hello, thank you for taking the time to provide us feedback. Our puppies health and
well-being is our number one priority. Our pets come from the top 5% of USDA
licensed breeders as well as selected hobby breeders with years of experience ...
More

**Andja Golijanin**
2 reviews

Do not buy anything from this store especially dogs. Horrible service
they sold us sick dog.

←

 

**Petland Largo**
10289 Ulmerton Rd, Largo, FL 33771
Pet store

 **Ashley Brake**
140 points

★           6 months ago

ZERO stars. This place is absolutely a garbage place that takes your money and sells you a sick/ALMOST DEAD dog. The "clean bill of health" is falsely written and they most certainly do not care if you have vet bills. My puppy nearly died from pneumonia, dehydration and bowel issues due to their negligence just under 30 days of having her. I will be going to the news. You claim to care about your puppies. Disgusting.

👍 2

> **Response from the owner**  6 months ago
> Hello Ashley, we are so saddened to hear this. Our puppies' health and well-being is our number one priority. Our Veterinarians check our puppies on a daily basis to ensure they are all happy and healthy. Our warranty does cover any hereditary or congenital issues thus we must get a diagnostic. We sincerely apologize for a sub-par experience and we'll make sure to pass your feedback along to our management team.

← **Petland Largo**    🔍  ⤴  ⋮

OVERVIEW          UPDATES          REVIEWS          PHOTOS          ABOUT

          4 years ago

NO stars would be much more accurate.

On 4th of July I had ran out of dog food for my pups. After a quick
search, Petland carried the food I needed for my boys. I walk in and
immediately noticed all of the puppies in the back of the store. What I
saw was truly heartbreaking. The puppies were crammed into boxes, not
even well ventilated kennels, two at a time. Some of them didn't even
have the capability to turn around comfortably. Most of the puppies
were lying in their own urine and feces.

I explained to the cashier that I had no intention of ever coming back into
Petland. She immediately says "How Come? The puppies?" I proceeded
to ask her if the puppies were ever let out of their plastic boxes. She said
they're constantly played with. I hate to say, this was an apparent lie. I
stood in the back and there wasn't a SINGLE employee taking care of the
countless rows of neglected puppies. SOME DIDN'T EVEN HAVE
WATER!!!! Beyond disgusted.

BUYER BEWARE!!! THESE ARE **PUPPY MILL** DOGS!!!!!. Petland seems
to be a group of people who see animals as purely profit and could care
less of their quality of life. Please rescue your next furry family member.
I know it's incredibly hard to not want to purchase these pups but doing
so just promotes their awful behavior.

👍 5    ⤴

 Ss Ss
6 reviews                                                                    ⋮

          2 years ago

**PUPPY MILL** SUPPLIER!!!!! Owner is a TOTAL LIAR, shows up at city
council meetings always alone against a city full of animal lovers to sell
his lies. STOP SUPPORTING CRUELTY. ADOPT at a shelter, be a hero,
save a life! Buy your pet supplies from petsmart or patco, they are
HUMANE> Pet Land is pure EVIL. Do your research. **PUPPY MILLS**!

👍 3    ⤴

 Amanda Happel
1 review                                                                     ⋮

          3 years ago

 Open in App                              yelp⁣                         Q    ☰

**Wow Pets Mobile Grooming**
⭐⭐⭐⭐⭐ 2 reviews

 Wow Pets Mobile Grooming focuses on providing good health and wellness for pets and...

**K9 USA Pro Level Dog Training Program**

Basic obedience training, basic advanced training, 100 % off leash training, service...

RECOMMENDED REVIEWS

Remember, businesses can't pay to alter or remove their reviews.                     ✕

**Kim N.**
👥 0 📷 10

⬜⬜⬜⬜⬜ 4/5/2018

I feel that the practice of many of today's "businessmen" is closely related to that of the common crook. Neither has loyalty, integrity, or values outside of personal gain. Both will violate your trust given the opportunity. Evidence would suggest that the owner of this store is a VERY good business man- so much so that he's been able to purchase all the Broward county franchises and one in Dade. I think donations to charities and local organizations are a terrific,tax-deductible form of advertising, shaping his corporate presence to feel more like a "family owned, caring business that gives back to the community." A seemingly transparent marketing tactic to overshadow the ugly truth of where the puppies come from and of course, generate massive profits by deceiving you, the poor consumer who fell in love at the puppy store.

Dogs that are sick cannot come out when they arrive. Sick pups may live in a plastic box in for MONTHS before finding their "furever" homes. Based on other reviews, it would seem they often remain sick, or even worse, die. Either way, they get passed along to the buyer. The day to day operation of any store that sells puppies is quite different from the happy public persona they create, in my opinion. I am so happy I did not choose to buy a puppy here. The dog I was interested in was ALWAYS sick and unable to come out, despite being shown on their website. Animals are not alive to these people, they are just merchandise they MUST get rid of (you know, before it grows and isn't a tiny lil' pup anymore.) They need you to fall in love with "the babies" as they call them, in order to extort their exorbitant prices and add on packages from you, all of which can be 100% financed for an unreasonable rate. "Love" makes people do dumb things. Buying a puppy here would be one of them.

Go to a shelter, save a life, and have compassion for the suffering of ALL living creatures. Did a particular breed steal your heart? Look for a rescue. Research local breeders, save thousands while GENUINELY supporting small business in your community. Get a healthy, well-adjusted pet that has seen sunshine and love in the past few months.

Take a vacation with all the money you've saved, instead of buying from a revolving door of teenagers who couldn't care less about your time, and to whom the "adorable puppies" are nothing more than overpriced sometimes defective merchandise, sold to you at a premium regardless to get a bigger paycheck. And lastly, feel good about yourself for not contributing to an industry known for its cruel and unethical treatment of animals. Do your homework to ensure your not getting a puppy mill dog, if you truly love animals.

Be a decent human being and buy your dog literally anywhere other than a corporate franchise pet store.

 Start your review

Victor J.



Ginny C.
👥 91  📷 14  📷 0

4/6/2018

I am very happy with my poodle puppy that I bought at Petland. It was an impulsive buy but I don't regret it at all. But WARNING: all Petland stores are puppy mill brokers. I researched the "breeder" listed on my pup's records and she has had numerous violations in Missouri-over 300 adult dogs and over 200 puppies. And the puppies are expensive. I got half price on mine because she was getting too old! I couldn't leave her there. The sales talk is like being involved at an auto dealer. They connect you with "free and discounted" services. The vet they referred me to misdiagnosed her kennel cough. She also came to me with giardia . Everything is an up sale. I have since started taking her to my former vet who is curing her of her infections. So yes you may save a puppy but don't buy into their bs.



←




### Petland Largo
10289 Ulmerton Rd, Largo, FL 33771
Pet store



**Brittany Harder**
21 points

★          10 months ago

A week ago, I left a 5 star rating  before heading
home with my new puppy. The sales team asked us to do this before heading home, and we were happy
to since it was one of the best recent nights of our lives. This is because as a cancer patient going
through chemotherapy, I finally found the perfect puppy to be an emotional support pet and our
experience that night seemed so good. Fast forward to today, 7 days after we bought the puppy, I am
furious, sad, and angered. A fecal test from the vet showed that our puppy has two parasites. One of the
parasites is particularly contagious and harmful to both pets and humans. My oncologist urged me to
stay far away from my pet as my immune system is already weak from the chemotherapy and these
parasites are life threatening to people with normal functioning immune systems. My fiancé who is my
main caregiver has had to take intense precautions since he is now caring for both me and the puppy
who are both extremely ill but isolated from one another. Just within one day, we have spent an
enormous amount of money and time to get our entire apartment sanitized, get me into a hotel so I do
not further expose myself to contracting an illness, special medicines for the dog, and a new gate, bed,
and crate for the dog since he got severely sick on all of his belongings. We are already going through so
much, and although the sales team assured us that the puppies are bred, transported, and kept in safe,
clean, and healthy conditions, we feel it is necessary that the truth be exposed so no other person or
puppy goes through this like we are. The sales team seemed very genuine and compassionate towards
our situation and the owner who heard about our situation over the phone agreed to give us a deal on
the puppy since he was originally over $4,000.00. The truth is that so many other customers of Petland,
including the location in Largo have reported serious problems including their puppies dying shortly
after they are bought, having serious health problems including but not limited to parasites, and
infecting owners. There have been lawsuits. There was a study by the CDC confirming ties to an
outbreak traced back to Petland. There have been under cover videos exposed on news stations like
ABC news. Our puppy's breeder is listed as number 12 on the most harmful breeder list. Please be
aware and smarter than we were to do extent research that go beyond the reviews on google that they
ask their customers to write in their store before going home with their new puppy. Look on yelp that
shows an average review of less than 2 stars. Look at news stories, lawsuits, and the real information.
We will be heartbroken if we lose our new emotional support pet either because of health problems
leading to immediate death as others have reported or if it comes to choosing whose life to save
between the two of us. This has been extremely hurtful to us in so many ways, and now we will be
spending money on vet fees and a lawyer. (We did not use the vet that comes with free exams for life





**Petland Largo**
10289 Ulmerton Rd, Largo, FL 33771

Pet store

 **Ashley Miller**
21 points

★          a year ago

My mom purchased a dog from here about 3 weeks ago. From the second day we had the dog it was sick. You call and they tell you you have to see their vet or it won't be covered. We don't want to see your vet because your vet is the one that signed and said the dog was healthy but it wasn't. The piper (our puppy) has had a horrid upper respiratory infection (aka kennel cough) since she's come home. Dr. Matt was very rude and brushed off our questions and hurried us out the door, so never go there if your wanting any actual good service. We took the puppy to our own vet and they told us the antibiotic the puppy was placed on wouldn't do almost anything for the type of infection she had. Our vet asked us if the parents had a specific type of condition that's hereditary, we couldn't get any information for the store so we tried to contact the Breeder that was listed in the puppy folder they sent us home with. Surprise surprise this Breeder was known for being a puppy mill Breeder, had tons of infractions (negative marks on his inspections) and the contact we got was a BROKER!? What good Breeder uses a broker to sell their puppies to the highest bidder. You Petland DISCUST me! Be careful because there is a lot that will be coming your way!

👍 6

| **Response from the owner** a year ago
| Hello Ashley, thank you for taking the time to provide us feedback. Our puppies' health and well-being is our number one priority. Our pets come from the top 5% of USDA licensed breeders as well as selected hobby breeders with years of experience in raising quality family pets. Our Veterinarians also check our puppies on a daily basis to ensure they are all happy and healthy. We sincerely apologize for a sub-par experience and we'll make sure to pass your feedback along to our management team.



←



**Petland Largo**
10289 Ulmerton Rd, Largo, FL 33771
Pet store

 **Courtney Sloan**
151 points

★          a year ago

Fairyonna was so helpful and kind to help us get our new golden!! ***EDIT: DO NOT BUY YOUR PUPPY FROM PETLAND! We purchased our golden retriever 3 weeks ago, came home SICK! Initially hacking coughing, gagging, nasal discharge. Less than a week of having her it developed into vomiting a white foamy substance in top of all the other symptoms! She had to be hospitialized with pneumonia and an intestinal infection in an oxygen tank, IV fluids, many antibiotics, and syringe fed for days. The affiliated vet with Petland does NOT take hospitialized pets, which is the place Petland reccommends you take your pet and most expenses would be covered with their puppy plan. Petland has been a pain to get ahold of, much less help us with her medical expenses that has costed us over $3,300 for a puppy that we purchased for $4,200! I feel defeated. I am deeply hurt, embarrassed, and disgusted with Petland. According to the corporate office, the Largo location was made aware of the situation and they have yet to reach out to contact me or even check on Lola. Petland advertises "We make happy healthy pets our #1 priority," right on their home page of their website. So far, we have seen otherwise. I wish we would have done our research before we had purchased her. Many others have been in the same exact situation as our family, they had many lawsuits against them. I WILL GO ABOVE AND BEYOND FOR WHAT IS RIGHT IF THIS IS NOT TAKEN CARE OF PROPERLY!! Attatched is the first day we bought her outside the store and the other is her poor legs shaved after multiple IVs!!!

👍 4

**Response from the owner** a year ago
Hi Courtney, it brings us joy to hear you have found your perfect match. Welcome to the Petland Florida Family!







**Petland Largo**
10289 Ulmerton Rd, Largo, FL 33771
Pet store

  **Laura Josephson**
168 points

★        6 months ago

I came in here for cat food only to discover this place has no supplies for cats. Took a look at the puppies while we were here and was so disappointed to see the living conditions of these dogs. Multiple dogs squeezed into one dirty kennel that clearly came from puppy mills. The SPCA is right down the road from this store. Please consider adopting and not supporting the sale of these dogs. Furthermore, I am concerned with the inflated positive reviews this store is seeming to get. The majority of the five star reviews are clearly coming from fake accounts who have never reviewed anything before except this store and have fictitious names from characters from television shows (Larry Gurgich) to historical figures (Lewis and Clark). They are trying to hide the legitimate reviews by burying them with the fake positive ones. Please take a look at the recent news of Petland employees in Sarasota protesting because they know the conditions of where these dogs are coming from.

👍 2

**Response from the owner** 6 months ago
Hi Laura, thank you for your feedback. Our puppies' health and well-being is our number one priority. Our pets come from the top 2% of USDA licensed breeders as well as selected hobby breeders with years of experience in raising quality family pets. Our Veterinarians also check our puppies on a daily basis to ensure they are all happy and healthy. Please note that our reviews are from happy Petland families, who have found their perfect match at our store or decided to share their experience while visiting us. We assure you all of our reviews are authentic. Have a great day.

←




**Petland Largo**
10289 Ulmerton Rd, Largo, FL 33771
Pet store

 **Christine Gaurkee**
21 points

 ★        11 months ago

The experience that we had at the store itself was fine. They were kind and accommodating. However, once our puppy was home and decided to research the breeder since Petland has AKC certified and there are signs and stickers posted everywhere in the store, I figured that their breeders would be reputable. BUT that is NOT the case. I looked up our breeder and it turns out tons of allegations of mistreatments of dogs, their breeding licenses have been revoked, they have had many citations against them and even upon inspection a dead dog. This is unacceptable. I feel like they have cheated me because now I know that my money has gone to a place that supports this type of treatment of animals. It is ethically revolting and reprehensible. I am not sure how they sleep at night. The only silver lining is that my puppy made it out. But Petland is deceitful.

 4

**Response from the owner** 10 months ago
Hello Christine, thank you for taking the time to provide us feedback. Our puppies' health and well-being is our number one priority. Our pets come from the top 2% of USDA licensed breeders as well as selected hobby breeders with years of experience in raising quality family pets. Our Veterinarians also check our puppies on a daily basis to ensure they are all happy and healthy. We sincerely apologize for a sub-par experience and we'll make sure to pass your feedback along to our management team.

← **Petland Largo**                                    🔍  ⤴  ⋮

OVERVIEW        UPDATES        REVIEWS        PHOTOS        ABOUT

 **Sara Williamson**                                    ⋮
1 review

a year ago

Worst store around!!! DO NOT SHOP HERE!!! The store recently was
bought by a new owner named Luis Marquez, he owns 4 other stores
who all sell puppy mill puppies. Their stores all say the same script when
you talk to them, they have their EMPLOYEES leave fake reviews because
you'll see a review for every store by the same person many times. Who
buys a dog in largo and then drives 5 hours to Miami to buy another
one?! They charge crazy amounts for their puppies 4K on average. Not
even puppies from champion parents cost that much. They claim it's
because of the breeders they use but it's because Luis is greedy!! People
have problems and no one address them. Just look him and the other
store up and you'll see the complaints. This store is an absolute joke!!!!
Buy from a breeder, wait the extra time for their wait list rather than
approving and contributing to them buying these sweet babes from
puppy mills!!!!

👍 5    ⤴

 **Ashley Miller**                                    ⋮
1 review

a year ago

My mom purchased a dog from here about 3 weeks ago. From the
second day we had the dog it was sick. You call and they tell you you
have to see their vet or it won't be covered. We don't want to see your vet
because your vet is the one that signed and said the dog was healthy but
it wasn't. The piper (our puppy) has had a horrid upper respiratory
infection (aka kennel cough) since she's come home. Dr Matt was very
rude and brushed off our questions and hurried us out the door, so never
go there if your wanting any actual good service. We took the puppy to
our own vet and they told us the antibiotic the puppy was placed on
wouldn't do almost anything for the type of infection she had. Our vet
asked us if the parents had a specific type of condition that's hereditary,
we couldn't get any information for the store so we tried to contact the
Breeder that was listed in the puppy folder they sent us home with.
Surprise surprise this Breeder was known for being a puppy mill Breeder,
had tons of infractions (negative marks on his inspections) and the
contact we got was a BROKER!? What good Breeder uses a broker to sell
their puppies to the highest bidder. You Petland DISCUST me! Be careful
because there is a lot that will be coming your way!

←



**Petland Largo**
10289 Ulmerton Rd, Largo, FL 33771
Pet store



**Cody RENNINGER**
44 points

★             a year ago

Stay away from this place, I had family recently purchase a dog from this location. They have had nothing but problems since then. First the dog costs 5000 dollars in total with outrageous Finance rates that they do dont make you aware of. Second they sold them an animal that was deathly sick and needed immediate attention. The vet Dr Matt from Indian Rocks Animal hospital is a Joke. He is the only vet covered under the agreement, He refused to do the proper treatment, so they had to take it to another vet. This place is nothing but a business that SCAMS people out of their money and sells Sick dogs with hidden fees and take no responsibility. Read some of the other negative reviews. All horrible stories about this place and they reply with " Thanks for your feedback, welcome to the PetLand community" How sensitive of them.

👍 2

**Response from the owner**  a year ago
Hello Cody, thank you for taking the time to provide us feedback. Your input is vital to our growth and we want all customers to have the best possible experience. Our prices are a reflection of the quality of our puppies. We take pride in working with the top 2% of USDA breeders who are expected to go above and beyond all USDA regulations. It takes a lot of dedication to provide for our puppies and maintain them happy and healthy. However, we'll make sure to pass your feedback along to our management team.

← Petland Largo   🔍 ⤶ ⋮

OVERVIEW        UPDATES        **REVIEWS**        PHOTOS        ABOUT

while shopping at our stores. We sincerely apologize for a sub-par experience and
we'll make sure to pass your feedback along to our management team.



**Tabitha O'shea**
3 reviews                                                                ⋮

⭐ ☆ ☆ ☆ ☆  a year ago

Have had my fur baby for almost 3 weeks and has been sick since I've
gotten him and even the vet they are in contract with can't figure it out on
second prescription of antibiotics, On top of that they pulled a leasing
financing scheme on us it's illegal in other states! They never once told
us it was a lease it has already hit our credit with $7000 it's supposed to
be 2750 we're not happy something needs to be done about this
company. Very disappointing.

👍 1    ⤶

**Response from the owner**
a year ago

Hi Tabitha, we are thrilled to hear such good feedback. Welcome to the Petland
Florida Family!



**Patty Perkins**
30 reviews  23 photos                                                    ⋮

⭐ ☆ ☆ ☆ ☆  a year ago

This place is just AWFUL!! THEY HAVE 4 TO 5 PUPPIES CRAMMED INTO
THESE LITTLE SHOWCASE BOXES. THE PUPPIES ARE ALL SO
DESPERATE TO GET OUT THAT THEY TRAMPLE OVER ONE ANOTHER
AND CLAW AT THE GLASS BEGGING FOR YOU TO PICK THEM UP. MY
HEART IS SO BROKEN, MY DAY ABSOLUTELY RUINED BECAUSE OF
THAT PLACE. BREEDERS NEED TO STOP!! WE HAVE SO MANY
UNWANTED PETS AS IT IS AND THEY JUST KEEP ON BREEDING
MORE,MORE, MORE TO GET MONEY, REGARDLESS OF THE FACT THAT
MILLIONS ARE DIEING ON A DAILY BASIS BECAUSE OF PEOPLE
BUYING THEM AS PUPS AND THEN MO LONGER WANTING THEM
WHEN THEY ARE BIG. THEY GET EVICTED FROM THE PLACE THEY
WERE LIVING AND THE NEW PLACE THEY WANT DOESN'T ALLOW
PETS SO THEY JUST STICK IT IN THE POUND. SENSELESS!!!!

👍 4    ⤶



Mike T.

4 months ago

Don't buy pets here. I came in here once to buy pet food while on a business trip in FL. Too many puppies caged up in small bins. No wonder buyers of these pets end up with sick animals and it's not fair to the pets. Pretty cruel I think. I don't think Luis the owner cares about the animals except how much money they can bring him.

Useful 2      Funny 0      Cool 0

Karla N. voted for this review

Send Compliment



←





**Petland Largo**
10289 Ulmerton Rd, Largo, FL 33771
Pet store

 **Denise Ahmed**
84 points

        a year ago

I wish I could give a zero star review. I want to just give everyone a warning on purchasing a dog from Largo Petland. My daughter fell in Love with a chihuahua they had there, so against my advice she said she had to save him from that cage . Turns out we have two main issues. —1. We have had two vets say he is not full bread chihuahua which is ok because she loves him anyway but the issue 2 is the bigger issue. —2. He was taken in for his 48 hr well check where she was told he has kennel cough he has been treated twice by the petland vet and has progressively gotten worse, so my daughter called the petland vet and he was out of town so she took him to another vet that treated him for a severe infection secondary to still having kennel cough . They sold my daughter a sick little boy and they refuse to pay for any of his medical treatments. He has had kennel cough since the day she got him and the vet bills continue to grow . The manager there is very rude and has been from the day she bought the "chihuahua" which is not a full bread again confirmed by the Petland vet and by the second vet. Beware of this place . I googled where her dog came from and it is a puppy mill I don't care what they say multiple situations from the state for poor living conditions .... Just want to make everyone aware this place is awful and as we have now heard they sell a lot of sick dogs ....

👍 7



← Petland Largo

OVERVIEW    UPDATES    **REVIEWS**    PHOTOS    ABOUT

**Dave Gerretsen**
7 reviews

★ ☆ ☆ ☆ ☆  a year ago

Found our dream puppy. asked a bunch of questions and they answered them but they lied and sold us a sick puppy. We brought him to Indian rocks beach animal hospital the day after we got him and was told he was fine but our puppy was acting weird so we took him to another vet for a 2nd opinion and he had the worst case of Guardia the had ever seen and pet land told us it's not there problem because Indian rocks animal hospital didn't diagnose him and we have spent over $3000 dollars in vet bills and meds for this puppy.

 

**Response from the owner**
a year ago

Hi Dave, it brings us joy to hear you have found your perfect match. Welcome to the Petland Florida Family!

**Rachel**
Local Guide · 14 reviews · 1 photo

★ ☆ ☆ ☆ ☆  a year ago

Puppies were adorable, but extremely over priced! One staff member was very rude. Acting like I was pestering him for asking a couple questions. When I asked where their puppies come from, I was told that they come from breeders all over the nation. Definitely raised a red flag. I suspect they come from puppy mills. Very sad.

👍 6  

**Response from the owner**
a year ago

Hello Rachel, thank you for taking the time to provide us feedback. Your input is vital to our growth and we want all customers to have the best possible experience.

← **Petland Largo**    🔍  ⋖  ⋮

---

| OVERVIEW | UPDATES | REVIEWS | PHOTOS | ABOUT |

deposit and i did.

then i made a research and found that this is over priced and the best dog with same condition from a truthful breeder would be $2000 to $3000.

I went back asking for canceling the deal they said OK but you lose your deposit...

after 3 hours you lose your money and they make advantage from me being a first time buyer

my advice is dont trust them and i am happy i did not buy a dog from them, who knows how much would be the loss.

They are thieves.....Dont trust them and keep reading and reading every piece of papers you sign.

Enjoy the money you steal from people.

👍 4    ⋖

 **Marc Bay**
Local Guide · 104 reviews · 24 photos

2 years ago

If I could give this place less than 1 star I would. They sold me a sick dog and then BREACHED their contract, their Vet was suddenly unavailable when the dog got sick and tried to lie about it. Complete and total rip off artists, Dont let them fool you with their contract and false promises!! The sick dog ended up costing me an additional $1000 of vet bills because their Vet was "not available". STAY AWAY FROM PETLAND!!!

👍 3    ⋖

 **dayron Encio**
10 reviews

2 years ago

We bought a puppy from here i will tell dont buy from these people. They promise things and dont do anything like i had to take my puppy to the vet and they wouldnt cover anything not one dime. DONT BUY FROM HERE...

👍 2    ⋖

←



**Petland Largo**
10289 Ulmerton Rd, Largo, FL 33771
Pet store



**Ireenia Voss**
375 points

a year ago

Petland gets their puppies from puppy mills. Their puppies are overpriced and a lot of people end up with sick puppies. Please make an informed decision. Update: After leaving ONE comment on their facebook page, that literally just said "stop supporting puppy mills." They blocked me from commenting and/or liking anything on their page. Instead of actually addressing me, which honestly shows just how sketchy this location is! These 5 star reviews are also very sketchy! If you click on the names of the users they are reviewing MULTIPLE petland locations and claiming to get the same puppy from each one. One lady claimed she got her maltese from here and also in Pembroke Pines. Once again, please google Petland before you decide to buy a puppy from here!

👍 7

**Response from the owner** a year ago
Hello Ireenia, thank you for taking the time to provide us feedback. Your input is vital to our growth and we want all customers to have the best possible experience. Our prices are a reflection of the quality of our puppies. We take pride in working with the top 5% of USDA breeders who are expected to go above and beyond all USDA regulations. It takes a lot of dedication to provide for our puppies and maintain them happy and healthy. However, we'll make sure to pass your feedback along to our management team.

←




**Petland Largo**
10289 Ulmerton Rd, Largo, FL 33771
Pet store



**Leanna Abasi**
107 points

★          a year ago

WOW WISH I WOULD OF CHECKED THEIR REVIEWS BEFORE I PURCHASED A PUPPY FROM HERE!
PURCHASED PUPPY IT WAS DIAGNOSED WITH KENNEL COUGH BY THEIR VET! THEIR VET DID NOT
OBVIOUSLY GIVE UA ENOUGH ANTIBIOTICS 10 DAYS LATER PUPPY STILL SICK! WE TOOK PUPPY TO
OUR VET AND IT HAS A SEVERE CASE OF KENNEL COUGH! CONTACT STORE MANAGER BRIDGET AND
SHES RUDE AND NASTY!! DOES NOT WANT TO REIMBURSE US COST OF VET BILLS! I WILL BE
CONTACTING STATE OF LICENSING AND COUNTY TO REPORT TBIS FACILITY HAVING SO MANY SICK
DOGS AFTER MY INCIDENT AND READING THESE REVIEWS!!!! THIS IS A HORRIBLE PLACE

👍 3



← Petland Kendall

Useful 2   Funny   Cool

**Michelle D.**
0   6   0

7 days ago

I beg of you to do your research before buying from petland. They guarantee they are buying from the TOP usda's breeders.. that is false information! I've gone many times to see puppies google any of the breeders names they put on the birth certificate and you will see they are linked to puppy mills!! Do your research please!! You willll be buying a sick puppy! If you have to get a puppy go see reputable breeders and make sure all puppies are genetically tested! Shame on you petland for working with puppy mills .. on top of charging $7,000+ for a SICK PUPPY MILL PUPPY and during a Pandemic!!!!
Side note .. all their google reviews are FAKE! Just like them and the Poor young adults they have working for them who don't know any better. Just SAD!

**Petland Jacksonville- 13740 Beach Blvd #415, J**   4

1. Kallie and Josh Bateman, "Florida West Transport LLC", Puppy Travelers **Transport. Neosho, Missouri- This**
   company transports puppies to Florida pet stores under various names, and they were recently named one of the
   worst puppy mills in the country due to their transport practices. In February 2018, 24 puppies were seized from a
   Puppy Travelers transport van outside a Petland store in Fort Myers, Florida. The puppies were found with "urine,
   feces and no water" in their cages, according to news sources, and many of them were sick. **To view the entire
   report, click here.**
2. Pinnacle Pet, Neosho Missouri- 353 Puppies.

--------------------------------------------

**Petland Kendall- 8236 Mills Dr, Miami, FL 33183**

1. Jolyn Noethe, JAKS Puppies, Britt Iowa (broker) – 233 puppies . JAKS has also started their own "rescue" in order
   to lie to the public about not being a puppy mill. You can read that information here. JAKS was also named one of
   the worst puppy mills in the country and they are being investigated by the Iowa Attorney General for having
   fraudulent businesses.To view where JAKS is purchasing their puppies from, click here.
2. Levi Graber, Blue Ribbon Puppies. Odon, Indiana– 148 puppies. This puppy mill was also named one of the worst
   in the nation.

--------------------------------------------

**Petland Largo- 10289 Ulmerton Rd Suite B, Largo, Florida**

1. Mark Landers, Promises Kept Kennels. Hartville Missouri – 224 adult breeding dogs with a history of violations
   including: dogs with blood on their necks, outdoor dogs without adequate bedding, broken wire poking into
   kennels, etc. **To view USDA photos of this kennel, click here.**
2. Kathy Brown, Novinger, Missouri- 184 adult breeding dogs, with a history of violations including: dogs living in
   standing muddy water, inadequate shelter, dirty water receptacles, etc. **To view USDA inspection photos of this
   kennel, click here.**
3. Jake Kruse, K&E Kennels Inc, doing business as Kruse Farm Enterprises Inc. Salem, Iowa- 212 adult breeding
   dogs and 209 puppies. To read more about the Kruse Puppy Mill Legacy in Iowa, click here.
4. Jolyn Noethe, JAKS Puppies, Britt Iowa (broker) – 233 puppies . JAKS has also started their own "rescue" in order
   to lie to the public about not being a puppy mill. You can read that information here. JAKS was also named one of
   the worst puppy mills in the country and they are being investigated by the Iowa Attorney General for having
   fraudulent businesses.To view where JAKS is purchasing their puppies from, click here.
5. Levi Graber, Blue Ribbon Puppies. Odon, Indiana– 148 puppies. This puppy mill was also named one of the worst
   in the nation.
6. Donna Brown, Ava Missouri- 517 adult breeding dogs.
7. Shonda and Heath Madison, Cassville Missouri- 93 adult breeding dogs. **To view USDA inspection photos, click
   here.**
8. Curt and Lori Conrad, Conrad's Cuddly Canines, LLC. Frankford Missouri- 94 puppies.

--------------------------------------------

**Petland Orlando East- 453 N Alafaya, Orlando, Florida**

1. Izene Hynes, Hays Kansas- 160 adult breeding dogs with a history of violations including: Yorkie who lost his fur,
   scabs, eye discharge, horrible teeth issues. **This breeder was on the 2016 Horrible Hundred Puppy Mill List.**
2. Jolyn Noethe, JAKS Puppies, Britt Iowa (broker) – 233 puppies . JAKS has also started their own "rescue" in order
   to lie to the public about not being a puppy mill. You can read that information here. JAKS was also named one of

the worst puppy mills in the country and the [Translate] ted by the Iowa Attorney General for having fraudulent businesses.To view where JAKS _____ uppies from, click here.

3. Jake Kruse, K&E Kennels Inc, doing business as Kruse Farm Enterprises Inc. Salem, Iowa- 212 adult breeding dogs and 209 puppies. To read more about the Kruse Puppy Mill Legacy in Iowa, click here.

4. Dan Mohrfield, Big Star Kennel LLC. West Point, Iowa- 36 adult breeding dogs. To view an undercover investigation of their kennel, click here.

5. Harley Gingerich, Bloomfield, Iowa. – unable to access records, but does not appear to be state or USDA licensed. Gingerich lives in a big Amish community that is known for it's puppy mills. To learn more about Amish puppy mills, click here.

6. Shonda and Heath Madison, Cassville Missouri- 93 adult breeding dogs. To view USDA inspection photos, click here.

7. Margaret Willis, Anderson Missouri- unable to access records.

8. Tina and Brandon Hough, Osceola Missouri- 51 adult breeding dogs (also breeds a lot of other species of animals)

9. Darlene Whitman,O My Heart Kennel. Mountain Grove Missouri- 112 adult breeding dogs with a history of violations including: evidence of dogs getting powerwashed, use of expired medications, cold kennels. To view USDA inspection photos, click here.

10. Carla Sanders and Todd Rounkles,  S&K Kennel. Tina, Missouri-  53 dogs.

11. Tiffany Kurz, Tiffanie's LLC, Frankford MO – Broker with over 229 puppies on their property. Violations include keeping puppies in kennels that are too small. This breeder was also named one of the worst puppy mills in the country.

12. Phil Hoover, Memphis Missouri- 364 adult breeding dogs.

13. Herman (Tony) Schindler, QD Kennels, Frankford Missouri- 133 puppies.

14. Levi Graber, Blue Ribbon Puppies. Odon,  Indiana– 148 puppies. This puppy mill was also named one of the worst in the nation.

15. Amos and Marla Yoder, Middlebury Indiana- 23 adult breeding dogs. This breeder is also in a very well known Amish puppy mill community.

16. Tyler Endicott, Granby Missouri- unable to access records, does not appear to be USDA licensed.

17. Curt and Lori Conrad, Conrad's Cuddly Canines, LLC. Frankford Missouri- 94 puppies.

18. Lisa Boyd, Ma & Paws Puppies. Grovespring, Missouri- 74 adult breeding dogs.

19. Elam Bradenburger, Kuntry Pups Kennel. Queen City, Missouri- unable to access records.

20. Mark and Gina Steffensmeier, MG Cattle Inc. Salem, Iowa- 214 adult breeding dogs and 179 puppies with violations including dogs living in dark, concrete buildings with a history of violations including: spider webs all over, chewed walls/doors of dog houses, tarter buildup on teeth, red gums, dogs with cloudy eyes. He is also one of the top 100 worst puppy mills in the country. To view inspection photos,click here.

21. Teresa Follin. Sallisaw, Oklahoma- 62 adult breeding dogs.

22. Karen Caudill, Foss Oklahoma- does not hold a USDA license.

23. Kevin Bontrager. Nappanee, Indiana- 7 adult breeding dogs. This breeder is also in a very well known Amish puppy mill community.

24. Tina and Brandon Hough, Osceola Missouri- 51 adult breeding dogs (also breeds a lot of other species of animals)

25. William D, David and Ann M Remy, Remy Kennel. Booneville, Arkansas- 103 adult breeding dogs.

26. Sherry Tackett, Marshall Arkansas- 37 adult breeding dogs.

27. Chris Bailey, Stark City Missouri- unable to access records.

28. John Uder, Jo-Kats. Lebanon, Missouri- 32 adult breeding dogs

29. Marlin and Freeman Yoder, Dogwood Hills Kennel. Middlebury, Indiana- 28 adult breeding dogs.

30.

**Petland Orlando Lake Fredrica- 3920 S Semoran**

1. Kallie and Josh Bateman, "Florida West Transport LLC", Puppy Travelers Transport. Neosho, Missouri- This company transports puppies to Florida pet stores under various names, and they were recently named one of the worst puppy mills in the country due to their transport practices. In February 2018, 24 puppies were seized from a Puppy Travelers transport van outside a Petland store in Fort Myers, Florida. The puppies were found with "urine, feces and no water" in their cages, according to news sources, and many of them were sick. To view the entire report, click here.
2. Pinnacle Pet, Neosho Missouri- 353 Puppies.
3. Curt and Lori Conrad, Conrad's Cuddly Canines, LLC. Frankford Missouri- 94 puppies.
4. Daniel Troyer, Clark Missouri- 33 adult breeding dogs.
5. Samuel and Mahlone Beachy, Clark Missouri- 84 adult breeding dogs with a history of violations including: puppy paws passing through wire flooring, rusty feeders and water receptacles, tall weeds in kennels, growth/tumors hanging from dogs, dogs with eye issues, and green algae in water. To view USDA inspection photos, click here.
6. Levi Miller, Clark Missouri- unable to access records.
7. Dwayne Garner, Booneville, Arkansas- 40 adult breeding dogs.
8. William D, David and Ann M Remy, Remy Kennels. Booneville, Arkansas —103 adult breeding dogs.
9. Edna and Elmer Troyer, Clark Missouri- 50 adult breeding dogs.
10. John Miller, TLC Kennels. Sturgeon,  Missouri- 42 adult breeding dogs with violations about excessive clutter in and around the dog kennels. To view USDA inspection photos, click here.
11. Renea Culler, Culler Kennel. Shelbyville, Missouri- 74 adult breeding dogs with a history of violations including: Excessive feces in kennels, dogs with discolored eyes, water bowls with red/green algae growing. To view USDA inspection photos, click here.
12. Levi Graber, Blue Ribbon Puppies. Odon,  Indiana– 148 puppies. This puppy mill was also named one of the worst in the nation.
13. Cynthia and James Hayes, Brule Creek Kennels. Akron South Dakota- 149 adult breeding dogs and 71 puppies .
14. Justin and LaNae  Jackson, Clifton Kansas- 424 adult breeding dogs with a history of violations including: Excessively thin and ill Vizslas, rusty kennels and broken floors. To view USDA inspection photos, click here. This breeder has also been named one of the worst puppy mills in the country several times.

———————————————————————

**Petland Pembroke Pines- 356 N University Dr, Pembroke Pines, Florida**

1. Kathy Brown, Novinger, Missouri- 184 adult breeding dogs, with a history of violations including: dogs living in standing muddy water, inadequate shelter, dirty water receptacles, etc. To view USDA inspection photos of this kennel, click here.
2. Margaret Willis, Anderson Missouri- Cannot find current USDA information.
3. Brenda Ponting, Hale Missouri- 89 adult breeding dogs.
4. Karen Schmidt, Hartville Missouri- 12 adult breeding dogs.
5. Bill Clarke, Yates Center Kansas- 71 adult breeding dogs. Labrador retrievers living in very dirty Kennels, green water in drinking bowls, and filthy kennels. To view USDA inspection photos of this kennel, click here.
6. Conrad's Cuddly Canines, Frankford Missouri- 94 puppies, Conrad's sells over 5,000 puppies a year. Conrad's is a large-scale commercial puppy broker in Missouri that ships puppies all over the United States. Conrad's Cuddly Canines sells over 5,000 puppies a year and reportedly grosses over $1,000,000 in sales.
7. The Hunte Corporation, Goodman Missouri- Until late 2016, the Hunte Corporation was one of the largest puppy brokers in the entire country. It was said to have sold over 100,000 puppies to pet stores each year. Hunte (now Choice Puppies) is the largest supplier of Petland stores across the United States. To view an undercover video taken at Hunte, click here.
8. Tammy Lansdown, Lansdown Kennels- Seymour Missouri- 159 adult breeding dogs
9. Shonda Madison, Cassville Missouri- 93 adult breeding dogs. To view USDA inspection photos, click here.

**Neosho, Missouri: Kallie and Josh Bateman, Puppy Travelers, Inc. – Twenty-four puppies seized at end of long transport to pet store were found in filthy conditions, small cages without water; the transport operation shares space with Pinnacle Pet, LLC, a massive puppy broker.** Puppy Travelers is an umbrella business for several smaller, USDA-licensed transporters that deliver puppies to pet stores. Under the federal Animal Welfare Act, transporters are required to carry animals only in safe, clean and humane conditions, and to give the puppies regular access to food and water. In February 2018, 24 puppies were seized from a Puppy Travelers transport van outside a Petland store in Fort Myers, Florida. The puppies were found with "urine, feces and no water" in their cages, according to news sources, and many of them were sick. According to local NBC reportage, documentation, microchip information and the vehicle's registration were called into question. The investigation into the transporter started after puppy buyers complained about puppies who had died soon after they were purchased from the Petland location.

Puppy Travelers consists of six regional transportation entities, each one holding its own USDA license. We believe the businesses are all linked based on their state business filings. They occupy an address directly adjacent to Pinnacle Pets, a large Neosho broker that also re-sells puppies to pet stores across the country. The two appear to be so closely related that both Pinnacle Pet and the Batemans (under a previous business name, Bateman Diversified, LLC) were cited by USDA for a deadly incident that occurred in September 2015 when numerous puppies overheated on a transport vehicle after the air conditioning malfunctioned. It appears that no one was immediately overseeing the animals, or they would have noticed that the puppies were in distress before severe injuries occurred. In addition, the individuals who handled the overheated puppies did not immediately take them to a vet. One of the puppies died en route to a pet store and eight of them died at Pinnacle Pet's address, according to a USDA inspection report on Pinnacle Pet/ Sobrad LLC dated Sept. 21, 2015[24].

Additional violations found at the Bateman's prior business, Bateman Diversified LLC in Exeter, Missouri, include: accepting 21 puppies for transport without verifying the animals had food and water within the last four hours, hazardous mesh flooring in vehicle cages that allowed puppies' feet to pass through, and a repeat violation for inadequate space in six enclosures between two different vehicles.

Based on the recent news stories and history of violations with previous licenses, we have ongoing concerns about the Batemans and their transportation operations. Former USDA #43-T-0030. (The current license numbers are unknown due to USDA redactions.)

**Novelty, Missouri: Michael Franke, North River Kennel (REPEAT OFFENDER) –Puppies had loose, bloody stools; inspectors warned breeder four times about keeping dogs on wire flooring without adequate resting surface; one dog had hair loss and reddened ears.** Since the publication of our last report, state inspectors have found violations at North River Kennel at four different inspections between May 2017 and January 2018. Violations found during that time period included: two direct violations for inadequate space; a repeated problem with puppies who had loose, bloody stools; a Labrador with alopecia (hair loss) and reddened ears, a Labrador who was shaking her head constantly and had brown discharge in her ear and who also had a wound on her flank, and various housing and sanitation problems.

In January 2018, a number of dogs were found in cages that were too small, including "enclosures that housed three juvenile Boston terriers that measured in length [only] sixteen and seventeen inches." In August 2017, a state inspector found that some of the housing structures were falling

---

[24] The USDA's inspection report documenting the incident that resulted in nine puppy deaths has since disappeared from the USDA's website.

© The Humane Society of the United States, 2018

State Form 55300 (6-13)
Indiana State Board of Animal Health
Discovery Hall, Suite 100
1202 East 38th Street, Indianapolis, IN, 46205
(317) 544-2400

# INDIANA CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
OFFICIAL USE ONLY: The Veterinarian issuing this certificate is accredited and has been authorized to inspect animals and issue certificates.

**Certificate Number**
32-3222-1510327924

**ENTRY PERMIT #:**

| INSPECTION DATE: 11/09/2017 | SHIPMENT DATE: 11/10/2017 | ◯ Large Animal  ◉ Small Animal |
|---|---|---|

| CONSIGNOR - Contact Person at Origin | CONSIGNEE - Contact Person at Destination | CARRIER (Transporter) |
|---|---|---|
| First Name: Levi H  Last Name: Graber  AND/OR | First Name: Robert  Last Name: Siegel  AND/OR | Business Name: Bateman Diversified |
| Business Name: Blue Ribbon | Business Name: Petland Davie | Physical Address: 11472 Hammer Rd |
| Physical Address of Animals: 8478 N 1000 E | Physical Address of Animals: 11482 W St Rd 84 | City: Neosho  State: MO  Zip Code: 64850  Phone Number: (417) 451-2252 |
| City: Odon  State: IN  Zip Code: 47562  County: Daviess | City: Davie  State: FL  Zip Code: 33325  County: | Transport Method: Truck  Purpose of Movement: Sale |
| Phone Number: (812) 208-6847  Location ID#: CB00000Z | Phone Number: (954) 474-4380  Location ID#: | ☒ Interstate  ☐ Intrastate |
| Consignor's Address (if different): | Consignee's Address (if different):  ☐ Print Reconsigned | |

| Weather Acclimation Statement | These Puppies Are Acclimated To Indoor Controlled Temperature @ 70 Degrees |
|---|---|

| SPECIES | # OF ANIMALS | DESCRIPTION / BREED / MICROCHIP | AGE | SEX | RABIES VACC DATE | RABIES BOOSTER DUE | RABIES TAG NUMBER | RABIES SERIAL NUMBER | OTHER TESTS, VACCINATIONS/TREATMENT. PLEASE LIST DATE & PRODUCT USED | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Canine | 1 | SHIBA INU  CR, 991001001533567 | 2 | M | F | | | | | PYRANTEL 09/26 , TOLTRAZURIL 5% 50MG/ML 10/09 10/23 11/06 , 5 DAY SAFE GUARD TREATMENT 10/10 , INTRA-TRAC 3 (III) 10/10 10/24 , IVOMEC 10/17 10/31 , NEOVAC (DA2) 10/17 10/31 , NEOPAR (HIGH TITER PAR | Copy | Delete |
| Canine | 1 | BERN MOUNT  TRI, 991001001527745 | 2 | M | M | | | | | PYRANTEL 09/16 , TOLTRAZURIL 5% 50MG/ML 09/29 09/13 10/27 11/10 , 5 DAY SAFE GUARD TREATMENT 09/30 , INTRA-TRAC 3 (III) 09/30 10/14 , IVOMEC 10/07 10/21 , NEOVAC (DA2) 10/07 10/21 , NEOPAR (HIGH TITE | Copy | Delete |
| Canine | 1 | POO /CKR  BLK & WH, 991001001526903 | 2 | M | F | | | | | PYRANTEL 09/28 , TOLTRAZURIL 5% 50MG/ML 10/11 10/25 11/08 , 5 DAY SAFE GUARD TREATMENT 10/12 , INTRA-TRAC 3 (III) 10/12 10/26 , IVOMEC 10/19 11/02 , NEOVAC (DA2) 10/19 11/02 , NEOPAR (HIGH TITER PAR | Copy | Delete |
| Canine | 1 | GOLDEN RET  GLDN, 991001001526945 | 2 | M | M | | | | | PYRANTEL 09/27 , TOLTRAZURIL 5% 50MG/ML 10/10 10/24 11/07 , 5 DAY SAFE GUARD TREATMENT 10/11 , INTRA-TRAC 3 (III) 10/11 10/25 , IVOMEC 10/18 11/01 , NEOVAC (DA2) 10/18 11/01 , NEOPAR (HIGH TITER PAR | Copy | Delete |
| Canine | 1 | POMSKY  BL MRL, 991001001527422 | 2 | M | M | | | | | PYRANTEL 09/25 , TOLTRAZURIL 5% 50MG/ML 10/08 10/22 11/05 , 5 DAY SAFE GUARD TREATMENT 10/09 , INTRA-TRAC 3 (III) 10/09 10/23 , IVOMEC 10/16 10/30 , NEOVAC (DA2) 10/16 10/30 , NEOPAR (HIGH TITER | Copy | Delete |

State Form 55300 (6-12)
Indiana State Board of Animal Health
Discovery Hall, Suite 100
1202 East 38th Street, Indianapolis, IN, 46205
(317) 544-2400

# INDIANA CERTIFICATE OF VETERINARY INSPECTION

Contact State of Destination for Movement Requirements and Certificate Validity
FOR FOREIGN SHIPMENTS (Outside United States or Leaving United States) USE FEDERAL FORM
OFFICIAL USE ONLY: The Veterinarian issuing this certificate is accredited and has been authorized to inspect animals and issue certificates.

**Certificate Number**

32-3222-1509987734

**ENTRY PERMIT #:**

| INSPECTION DATE: | 11/02/2017 | SHIPMENT DATE: | 11/03/2017 | ○ Large Animal | ◉ Small Animal |
|---|---|---|---|---|---|

| CONSIGNOR - Contact Person at Origin | CONSIGNEE - Contact Person at Destination | CARRIER (Transporter) |
|---|---|---|

| First Name | Last Name | | First Name | Last Name | | Business Name |
|---|---|---|---|---|---|---|
| Levi H | Graber | AND/OR | Luis | Marquez | AND/OR | Blue Ribbon Puppies |

Business Name: Blue Ribbon | Business Name: Petland Kendall | Physical Address: 8478 N 1000 E

Physical Address of Animals: 8478 N 1000 E | Physical Address of Animals: 8236 Mills Drive | City: Odon  State: IN  Zip Code: 47562  Phone Number

| City: Odon | State: IN | Zip Code: 47562 | County: Daviess | City: Miami | State: FL | Zip Code: 33183 | County | Transport Method: Truck | Purpose of Movement: Sale |
|---|---|---|---|---|---|---|---|---|---|

Phone Number: (812) 208-6847 | Location ID#: CB00000Z | Phone Number: (305) 987-4489 | Location ID#

Consignor's Address (if different) | Consignee's Address (if different)  ☐ Print ☐ Reconsigned

Interstate [X]    Intrastate ☐

**Weather Acclimation Statement** These Puppies Are Acclimated To Indoor Controlled Temperature @ 70 Degrees

| SPECIES | # OF ANIMALS | DESCRIPTION / BREED / MICROCHIP | AGE | SEX | RABIES VACC DATE | RABIES BOOSTER DUE | RABIES TAG NUMBER | RABIES SERIAL NUMBER | OTHER TESTS, VACCINATIONS/TREATMENT PLEASE LIST DATE & PRODUCT USED | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Canine | 1 | YORKIE BLK & GLD, 991001001530355 | 2 M | F | | | | | PYRANTEL 09/04 , TOLTRAZURIL 5% 50MG/ML 09/17 10/01 10/15 10/29 , 5 DAY SAFE GUARD TREATMENT 09/18 , INTRA-TRAC 3 (III) 09/16 10/02 , IVOMEC 09/25 10/09 , NEOVAC (DA2) 09/25 10/09 , NEOPAR (HIGH TITE | Copy | Delete |
| Canine | 1 | POMSKY/ESKM BL MRL, 991001001527709 | 2 M | M | | | | | PYRANTEL 09/16 , TOLTRAZURIL 5% 50MG/ML 09/29 10/13 10/27 , 5 DAY SAFE GUARD TREATMENT 09/30 , INTRA-TRAC 3 (III) 09/30 10/14 , IVOMEC 10/07 10/21 , NEOVAC (DA2) 10/07 10/21 , NEOPAR (HIGH TITER PAR | Copy | Delete |
| Canine | 1 | BOXER FN & WH, 991001001531187 | 2 M | M | | | | | PYRANTEL 09/20 , TOLTRAZURIL 5% 50MG/ML 10/03 10/17 10/31 , 5 DAY SAFE GUARD TREATMENT 10/04 , INTRA-TRAC 3 (III) 10/04 10/18 , IVOMEC 10/11 10/25 , NEOVAC (DA2) 10/11 10/25 , NEOPAR (HIGH TITER PAR | Copy | Delete |
| Canine | 1 | BULLMASTIFF RD FN, 991001001531199 | 2 M | F | | | | | PYRANTEL 09/19 , TOLTRAZURIL 5% 50MG/ML 10/02 10/16 10/30 , 5 DAY SAFE GUARD TREATMENT 10/03 , INTRA-TRAC 3 (III) 10/03 10/17 , IVOMEC 10/10 10/24 , NEOVAC (DA2) 10/10 10/24 , NEOPAR (HIGH TITER PAR | Copy | Delete |
| Canine | 1 | GOLDEN RET LT GLDN, 991001001527760 | 2 M | M | | | | | PYRANTEL 09/17 , TOLTRAZURIL 5% 50MG/ML 09/30 10/14 10/28 , 5 DAY SAFE GUARD TREATMENT 10/01 , INTRA-TRAC 3 (III) 10/01 10/15 , IVOMEC 10/08 10/22 , NEOVAC | Copy | Delete |