## PLAINTIFF REQUEST FOR COURT APPOINTED ATTORNEY

CASE NUMBER: __8:20 cv 2184 T 35 SPF__

August 31, 2020

I am filing a complaint against my former employer for unpaid wages and retaliation. I have written the complaint myself to the best of my ability and I am willing to do the rest of the work myself as well, but am requesting the assistance of an attorney to at least review my complaint and advise me as to how to proceed and to hopefully attend court with me when my trial date is scheduled. The facts of my case are straightforward, and my case against my former employer is strong and I have evidence in support all of my claims.

I lost my residence three weeks after I was terminated because I was unable to pay rent. My paycheck was to have been $2019 but my employer only paid me $184 after almost a month of full-time work. I was forced into homelessness because I have no family or anyone I could stay with. I have no money to hire another attorney because I have been unsuccessful in finding new employment due to my lack of transportation and homeless status.

Please help me by providing me with a court appointed attorney. Thank you for your time and consideration.

*Melanie Moore*

Melanie Moore

vettechmnm@gmail.com

727 692-0143

FILED 2020 SEP 16 PM 3:52 CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA TAMPA, FLORIDA