UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELANIE MOORE,

    Plaintiff,

v.                                                     Case No. 8:20-cv-2184-T-35SPF

POOCHES OF LARGO, INC., d/b/a
Petland, and LUIS MARQUEZ,

    Defendants.
_____/

# ORDER

This matter comes before the Court upon Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2), which the Court construes as a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, and Plaintiff's Request for Court Appointed Attorney (Doc. 3).

Upon consideration, it is hereby **ORDERED**:

1.     Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

2.     Plaintiff is **DIRECTED** to complete and return the "Summons in a Civil Action" AO 440 forms and the "Process Receipt and Return" USM-285 forms to the Clerk within twenty-one (21) days, whereupon the United States Marshal is **DIRECTED** to serve the summonses on the Defendants.

3.     Plaintiff's Request for Court Appointed Attorney (Doc. 3) is **DENIED**. Appointment of counsel for plaintiffs proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915 in civil cases is only warranted in exceptional circumstances. Here, Plaintiff has not

presented exceptional circumstances warranting appointment of counsel. *See Brown v. John Deere Prod., Inc.*, 460 F. App'x 908, 909 (11th Cir. 2012) (appointment of counsel in civil cases warranted in "exceptional circumstances;" whether such circumstances exist is committed to the district court's discretion); *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992) ("The appointment of counsel is instead a privilege that is justified only by exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner.") (quoting *Poole v. Lambert,* 819 F.2d 1025, 1028 (11th Cir. 1987)).  Plaintiff is encouraged to consult the "Litigants Without Lawyers" section of the Court's website, located at http://www.flmd.uscourts.gov/litigants-without-lawyers, which includes information about Lawyer Referral Services offered by the Florida Bar and local legal aid services at https://www.flmd.uscourts.gov/lawyer-referral-services.

    4.    Because Plaintiff has not provided an address in the record and alleges that she is homeless, the Clerk is directed to email a copy of this Order to Plaintiff at vettechmnm@gmail.com.  (*See* Doc. 1 at 85).

    **ORDERED** in Tampa, Florida, on September 18, 2020.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE