UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED 2020 SEP 24 PM 3:42
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

Melanie Moore

Plaintiff

CASE NUMBER: 8:20-CV-2184-T-35SPF

v.

Pooches of Largo, Inc. and Luis Marquez

Defendant

I am requesting an CM/ECF because I live in Pinellas County and I do not drive so it is difficult for me to find transportation to Tampa to submit paperwork.

Thank you,

15519 Darien Way
Clearwater, FL
33764

Melanie Moore