**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MELANIE MOORE,**

     **Plaintiff,**

**v.**                                                                        **Case No: 8:20-cv-2184-T-35SPF**

**POOCHES OF LARGO, INC. and LUIS**
**MARQUEZ, Individually and as owner**
**of Pooches of Largo, Inc.,**

     **Defendants.**

---

# ORDER

    **THIS CAUSE** comes before the Court for consideration of Plaintiff's construed Motion for Permission to File Electronically. (Dkt. 8) Upon consideration of the request, and being otherwise fully advised, the Court hereby **ORDERS** that:

1. Plaintiff's construed Motion for Permission to File Electronically, (Dkt. 8), is **GRANTED**. Plaintiff may electronically submit future filings. The Court **DIRECTS** Plaintiff to register for CM/ECF and create a login and password by going to the Court's website at www.flmd.uscourts.gov under the CM/ECF – Login section.

2. The Court notes that, although Plaintiff is proceeding *pro se*, she is obligated to follow the Federal Rules of Civil Procedure, the Local Rules of the Middle District of Florida, and the Administrative Procedures for Electronic Filing when litigating before this Court. Therefore, the Court **DIRECTS** Plaintiff to read the Federal Rules of Civil Procedure and the Local Rules of this Court prior to filing any documents on CM/ECF. **Failure to abide by the rules may result in the**

**Court's termination of Plaintiff's CM/ECF access.** The Local Rules are available for review on the public website for the Middle District Court of Florida at www.flmd.uscourts.gov and may be obtained from the Clerk's Office. Additionally, the website for the Middle District of Florida currently has a reference guide for the *pro se* litigant entitled "Guide for Proceeding Without a Lawyer."[1] It provides, among other things, guidance to *pro se* plaintiffs on how to locate the applicable rules. Plaintiff is encouraged to refer to that resource before filing in this matter.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of October, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party

---

[1] This guide may be accessed at http://www.flmd.uscourts.gov/litigants-without-lawyers.