**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
Case No. 8:20-cv-2184-MSS-SPF

**MELANIE MOORE**

Plaintiff,

v.

**POOCHES OF LARGO, INC.**
**d/b/a PETLAND &**
**LUIS MARQUEZ,**

Defendants.
_______________________________________/

**NOTICE OF APPEARANCE**

Please note that undersigned counsel is appearing for both Defendants Pooches of Largo, Inc. and Luis Marquez.

/s/ Matthew Sarelson
Matthew Seth Sarelson, Esq.
**MATTHEW SETH SARELSON, P.A.**
Counsel for Defendants
2100 Ponce de Leon Blvd., Suite 1290
Miami, Florida 33134
305-773-1952
msarelson@sarelson.com
Florida Bar No. 888281