# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
Case No. 8:20-cv-2184-MSS-SPF

**MELANIE MOORE**

    Plaintiff,

v.

**POOCHES OF LARGO, INC.
d/b/a PETLAND &
LUIS MARQUEZ,**

    Defendants.

_____/

## DEFENDANTS' WAIVER OF SERVICE & MOTION TO SET RESPONSE DEADLINE

Pursuant to Rule 4 and Local Rule 3.01, Defendants Pooches of Largo, Inc. & Luis Marquez both (i) waiver service of process and (ii) request a response deadline of January 14, 2021.

1. On Friday, December 4, 2020, the Defendants learned that the Plaintiff, *pro se*, was attempting to serve the Complaint via the U.S. Marshals. Although it has not been served, undersigned counsel pulled the Complaint from PACER.

2. Without a formal request for waiver, the Defendants are agreeing to waive service. Normally a waiver extends the response deadline to 60 days from the date of the request. The Rules do not

set a deadline to respond when a defendant informally waives service and otherwise appears voluntarily, as is the case here.

3. In an abundance of caution and as a matter of best practices, Defendants request that their deadline to respond be set at January 13, 2021.

4. The Complaint, while *pro se*, is an incredibly detailed but rambling 81 page, 12-count Complaint[1] with another 112 pages of exhibits.

5. Pursuant to Local Rule 3.01(g), undersigned counsel emailed the *pro se* Plaintiff to discuss various matters, but those emails have gone unanswered. A phone call to the Plaintiff went to voicemail.

For the reasons stated above, Defendants request an order setting the Complaint's response deadline to Wednesday, January 13, 2021.

/s/ Matthew Sarelson
Matthew Seth Sarelson, Esq.
**MATTHEW SETH SARELSON, P.A.**
Counsel for Defendants
2100 Ponce de Leon Blvd., Suite 1290
Miami, Florida 33134

---

[1] There are two Count IIs in the Complaint, and so while it ends at Count XI, the last count is actually Count XII.

305-773-1952
[msarelson@sarelson.com](mailto:msarelson@sarelson.com)
Florida Bar No. 888281