# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** Melanie Moore | **COURT CASE NUMBER** 8:20-cv-02184-MSS-SPF |
| **DEFENDANT** Luis Marquez | **TYPE OF PROCESS** Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Luis Marquez
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8625 Northwest 169th Terrace Miami Lakes, Florida 33016-6158

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Melanie Moore
15519 Darien Way
Clearwater, Florida 33764

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.: Waived

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
305-987-4489
8181 NW 154th Street Suite 270 Miami Lakes, Florida 33016 (Business Address)

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Melanie Moore*
TELEPHONE NUMBER: 727 692-0143
DATE: November 3, 2020

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 12/4/20   Time: 11:00 ☒ am ☐ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Service Fee: $65.00

**REMARKS**

1. 12/1/20 Nobody home, left business card.
2. 12/4/20 Personally served Luis Marquez at 5851 Estates Dr. Southwest Ranches FL

*FILED CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA TAMPA, FLORIDA 2020 DEC 28 PM 2: 47*

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18