*furo.*

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MELANIE MOORE | 8:20-cv-02184-MSS-SPF |
| DEFENDANT | TYPE OF PROCESS |
| POOCHES OF LARGO, INC. | Summons and Complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Pooches of Largo, Inc.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8181 NW 154th Street Suite 270 Miami Lakes, Florida 33016-6158 (corporate address)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Melanie Moore<br>15519 Darien Way<br>Clearwater, Florida 33764 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | Waived |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
305 987-4489 (registered agent, Luis Marquez)
8625 Northwest 169th Terrace Miami Lakes, Florida 33016-6158 (registered agent residential address)

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Melanie Moore* | | 727 692-0143 | November 3, 2020 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☒ am ☐ pm |
|---|---|---|---|
| Luis Marquez (Registered Agent) | 12/4/20 | 11:00 | |
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | | | | | |

**REMARKS**

1. 12/1/20 Attempted service at the above address. The suite has no company sign affixed and appears to be vacant. No forwarding address or notification on the door.

2. 12/4/20 Served Luis Marquez (Registered agent) at 5851 Estates Dr. Southwest Ranches FL

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA
2020 DEC 2
PM 2: 47
FILED

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18