## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
Case No. 8:20-cv-2184-MSS-SPF

**MELANIE MOORE**

    Plaintiff,

v.

**POOCHES OF LARGO, INC.**
**d/b/a PETLAND &**
**LUIS MARQUEZ,**

    Defendants.
_____/

## NOTICE OF NEW LAW FIRM

Please take note undersigned counsel's new law firm and primary email. (All other contact information remains unchanged).

    /s/ Matthew Sarelson
    Matthew Seth Sarelson, Esq.
    **DHILLON LAW GROUP, INC.**
    Counsel for Defendants
    2100 Ponce de Leon Blvd., Suite 1290
    Miami, Florida 33134
    305-773-1952
    msarelson@dhillonlaw.com
    Florida Bar No. 888281