IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Case No. 8:20-cv-2184-MSS-SPF

**MELANIE MOORE**

    Plaintiff,

v.

**POOCHES OF LARGO, INC.**
**d/b/a PETLAND &**
**LUIS MARQUEZ,**

    Defendants.
_____/

**DEFENDANTS' RESPONSE IN OPPOSITION**
**TO PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE**

Pursuant to Local Rule 3.01, Defendants Pooches of Largo, Inc. & Luis Marquez hereby file their Response in Opposition to Plaintiff's July 7, 2021 Motion for an Order to Show Cause. [D.E. 27].

1. Plaintiff, proceeding pro se, filed a massive and baseless shotgun pleading with hundreds of pages of attachments. Defendants filed a detailed motion to dismiss on January 12, 2021. D.E. 19. The motion has been fully briefed since February 1, 2021. D.E. 22. The motion includes a request to stay all proceedings unless and until the Defendants are required to file an Answer to the Complaint.

2. Plaintiff also filed a baseless motion to disqualify undersigned defense counsel. It was quickly denied by Judge Flynn on January 22, 2021. D.E. 21.

3. Plaintiff also filed a baseless bar complaint against undersigned counsel. It was quickly dismissed by bar counsel in Tallahassee.

4. Now, the Plaintiff has filed a baseless motion for an order to show cause. The crux of the motion is Plaintiff's continued insistence that the motion to dismiss should be denied and that the Defendants and undersigned counsel engaged in some unidentified contemptuous conduct.

5. Plaintiff is again mistaken. A comprehensive motion to dismiss and/or motion to strike remains fully briefed and pending. An incorporated motion to stay discovery and other proceedings remains pending.

6. As D.E. 27-1 indicates, undersigned counsel has invited the Plaintiff to call "anytime" to discuss whatever it is she wants to discuss. She never called. (And whenever she emails, she attempts to litigate the case via email and to otherwise criticize the fact that the Defendants have the audacity to *defend* against her lawsuit).

7. Ms. Moore's Complaint is both factually and legally frivolous. Her continued opposition to the fact that the Defendants are aggressively defending against a frivolous lawsuit is not a basis for an order to show cause.

For the reasons stated above, Plaintiff's motion for an order to show cause should be denied.

/s/ Matthew Sarelson
Matthew Seth Sarelson, Esq.
**DHILLON LAW GROUP, INC.**
2100 Ponce de Leon Blvd., Suite 1290
Miami, Florida 33134
305-773-1952

msarelson@dhillonlaw.com
Florida Bar No. 888281

**CERTIFICATE OF SERVICE**

I certify that on July 21, 2021 the filed version of this document will be emailed to Plaintiff via the Court's CM/ECF system and directly via email to vettechmnm@gmail.com.

/s/ Matt Sarelson
Matthew Seth Sarelson, Esq.