# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 8:20-cv-2184-MSS-SPF

**MELANIE MOORE**

    Plaintiff,

v.

**POOCHES OF LARGO, INC.
d/b/a PETLAND &
LUIS MARQUEZ,**

    Defendants.

_____/

## CERTIFICATE OF INTERESTED PERSONS
## & CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Defendants' only interested parties are Pooches of Largo, Inc. and Luis Marquez. Pooches is a privately owned corporation with no publicly traded parent or affiliate.

                        /s/ Matthew Sarelson
                        Matthew Seth Sarelson, Esq.
                        **DHILLON LAW GROUP, INC.**
                        Counsel for Defendants
                        2100 Ponce de Leon Blvd., Suite 1290
                        Miami, Florida 33134
                        305-773-1952
                        msarelson@dhillonlaw.com
                        Florida Bar No. 888281