IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Case No. 8:20-cv-2184-MSS-SPF

**MELANIE MOORE**

    Plaintiff,

v.

**POOCHES OF LARGO, INC.
d/b/a PETLAND &
LUIS MARQUEZ,**

    Defendants.

_____/

**DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

Pursuant to Local Rule 3.01, Defendants Pooches of Largo, Inc. & Luis Marquez hereby file their Response in Opposition to Plaintiff's May 2, 2022 Motion for Leave to amend. [D.E. 35].

1. Plaintiff's pro se complaint was largely dismissed by the Court on July 28, 2021. A tenuous breach of contract count seeking, at most, $1,800.00 remains, along with an untimely FLSA minimum wage claim that is, at beast, a few hundred dollars. This is essentially a small-claims dispute, nothing more. Since the order on the motion to dismiss, Plaintiff has done nothing to prosecute this action.[1]

---

[1] Given the small size of the "dispute," it should not be surprising that the Defendants offered to pay the remaining sum purely as a business decision to avoid fees. But Ms. Moore refused claiming she is owed much more than the amount the Court indicated in its dismissal order.

2. Nearly 10 months later, Plaintiff filed her motion for leave to amend. She claims the Defendants have no objection to the amended complaint. Defendants do, in fact, object. They were never contacted in any way and were not provided any draft proposed amended complaint.

3. Much of her 18-page motion for leave to amend is merely an untimely motion to reconsider the July 2021 dismissal order.

4. Plaintiff's proposed amended complaint, D.E. 36, although filed not as a "proposed" amended complaint, simply re-alleges the counts already dismissed 10 months ago. She is again alleging, *inter alia*, a grand conspiracy between the Defendants and their counsel, and *her* former attorney Richard Cellar and she is again seeking injunctive relief and compensation for the storage shed she had to obtain for her personal effects. According to the very documents Ms. Moore filed as attachments to her Complaint, her former attorney, Mr. Cellar, made a baseless demand for $70,000 in a case where the wage dispute, even if proven and which is expressly denied by the Defendants, was an inadvertent discrepancy over $1,800.00.

5. Ms. Moore worked for Defendant Pooches of Largo for a total of 20 (twenty) hours over a two-week window between August 13 and 31, 2018. D.E. 34, Question 1. She filed a pro se complaint that was *hundreds* of pages. It is not realistic to believe she has a new non-futile cause of action that was not already dismissed.

For the reasons stated above, Plaintiff's motion for leave to amend should be denied.

/s/ Matthew Sarelson
Matthew Seth Sarelson, Esq.
**DHILLON LAW GROUP, INC.**
2100 Ponce de Leon Blvd., Suite 1290
Miami, Florida 33134
305-773-1952
msarelson@dhillonlaw.com
Florida Bar No. 888281

**CERTIFICATE OF SERVICE**

I certify that on May 2, 2021 the filed version of this document will be emailed to Plaintiff via the Court's CM/ECF system and directly via email to vettechmnm@gmail.com.

/s/ Matt Sarelson
Matthew Seth Sarelson, Esq.