# Re: Moore v. Pooches Answers to Court's Interrogatories  Add label

**M M** 8/23/2021
to Matthew

Yes, I did. I was referring to the time clock records.

On Mon, Aug 23, 2021, 2:57 PM Matthew Sarelson (Dhillon Law) <Msarelson@dhillonlaw.com> wrote:
> Did you not get the paystubs? They were attached to the answer and you included them in the complaint.
>
> Sent from my iPhone
>
>> On Aug 23, 2021, at 2:39 PM, M M <vettechmnm@gmail.com> wrote:
>>
>> **External email**
>>
>> When do you expect to have your paperwork ready to send over?
>>
>> On Wed, Aug 18, 2021, 1:53 PM M M <vettechmnm@gmail.com> wrote:
>>> I am going to seek leave to amend first since the dismissed counts were misconstrued and not dismissed on the merits. I have not had even one opportunity to amend-everyone gets at least that much. I will consider what we discussed after the amendment