# EXHIBIT LIST

| 1 | EMPLOYMENT OFFER (Print/Screenshot Versions) 4 pgs. |
| --- | --- |
| 2 | VOICE MAIL MESSAGES FROM TWO PETLAND AGENTS |
| 3 | TEXT MESSAGE FROM YESSI OFFERING PLAINTIFF THE JOB |
| 4 | SCREENSHOT TEXT MESSAGES TIME CLOCK YESSI |
| 5 | EMPLOYEE WORK SCHEDULE WEEK OF AUGUST 20, 2018 |
| 6 | EMPLOYEE WORK SCHEDULE WEEK OF AUGUST 27. 2018 |
| 7 | TEXT MESSAGE FROM ALLISON |
| 8 | PAY STUB FOR $205 |
| 9 | TEXT COMPLAINT TO ALLISON |
| 10 | TEXT COMPLAINT TO ALLISON |
| 11 | TEMINATION TEXT FROM ALLISON |
| 12 | LETTER OF DEMAND (2 pgs.) |
| 13 | DEFENDANTS' REPLY TO DEMAND LETTER (through counsel) |
| 14 | GOOGLE TIMELINE FOR AUGUST 13, 2018 |
| 15 | GOOGLE TIMELINE FOR AUGUST 16, 2018 |
| 16 | SCREENSHOT FOR "KENNEL TECNICIAN" RECEIVED IN RESPONSE TO DEMAND |
| 17 | PAY STUB FOR ALLEGED DIRECT DEPOSIT |
| 18 | EMAIL FROM ANGIE AT CELLER LEGAL |
| 19 | CELLER TO FILE ON APRIL 6, 2019 |
| 20 | CELLER TO FILE ON MAY 6, 2019 |
| 21 | CELLER WITHDRAWAL EMAIL |

| 22 | CEASE AND DESIST LETTER |
| --- | --- |
| 23 | FACEBOOK PAGE ADMINISTRATOR |
| 24 | CHANGE.ORG |
| 25 | THE PETITION SITE |
| 26 | PLAINTIFF'S EMAIL TO DEFENDANTS' COUNSEL |
| 27 | POOCHES OF LARGO V. MELANIE MOORE CASE DOCKET |
| 28 | WORK SCHEDULE FOR WEEK AFTER TERMINATION SEPTEMBER 3, 2018 |
| 29-39 | STATEMENT BY DEFENDANTS' EMPLOYEE PERTAINING TO PAY |
| 40 | ZIPRECRUITER.COM PETLAND WAGE/SALARY DATA 2018 |