indeed

△ Sign in ≡

ⓘ **This job has expired on Indeed**
Reasons could include: the employer is not accepting applications, is not actively hiring, or is reviewing applications

# Certified Veterinary Technician

Petland Pembroke Pines
Largo, FL

## Job details

**Job Type**
Full-time

## Qualifications

**Experience:**
- Veterinary Technician, 1 year (Required)

**Education:**
- High school or equivalent (Required)

## Full Job Description

This position entails a lot of responsibility in our kennels. Our Vet Techs will be in charge of overseeing the daily cleaning and disinfecting as well as in charge of socializing the pups and will be the main caretaker of the puppies in our store. Its essential that knowledge of all medicines and a close relationship with our Veterinary is established.We work on hands with the vet who is at the store 4-5 times a week. Taking weights, administering vaccines, kennel cleanup, feeding, etc will be some of the tasks expected of you. The presentation of the puppies and their kennels is the duty of the Kennel Techs. Looking for a bright individual with a matching personality to take on this positive role in our store. Experience required.

Responsibilities include:

- Record keeping

- bathing/ feeding the animals in our care

- working independently

-communicate effectively and properly with clients regarding their pets

- have good people/customer service skills

-work well / manage team members

Do not contact the store. Please submit resume

Job Type: Full-time

Salary: $35,000.00 /year

Experience:

- Veterinary Technician: 1 year (Required)

Education:

- High school or equivalent (Required)

- 30+ days ago - report job

▢ **Copy link**

## I want to receive the latest job alert in **Largo, FL**

**My email:**

### Be the first to see new jobs

By creating a job alert or receiving recommended jobs, you agree to our **Terms**. You can change your consent settings at any time by unsubscribing or as detailed in our terms.

# Find jobs wherever you are

### Download Indeed app

← Job Search  

# Certified Veterinary Technician

Petland Pembroke Pines - Largo, FL
$35,000 a year
✓ Your resume matches this job

This position entails a lot of responsibility in our kennels. Our Vet Techs will be in charge of overseeing the daily cleaning and disinfecting as well as in charge of socializing the pups and will be the main caretaker of the puppies in our store. Its essential that knowledge of all medicines and a close relationship with our Veterinary is established.We work on hands with the vet who is at the store 4-5 times a week. Taking weights, administering vaccines, kennel cleanup, feeding, etc will be some of the tasks expected of you. The presentation of the puppies and their kennels is the duty of

**Apply Now** ✓



## Certified Veterinary Technician

Petland Pembroke Pines - Largo, FL

$35,000 a year

✓ Your resume matches this job

This position entails a lot of responsibility in our kennels. Our Vet Techs will be in charge of overseeing the daily cleaning and disinfecting as well as in charge of socializing the pups and will be the main caretaker of the puppies in our store. Its essential that knowledge of all medicines and a close relationship with our Veterinary is established. We work on hands with the vet who is at the store 4-5 times a week. Taking weights, administering vaccines, kennel cleanup, feeding, etc will be some of the tasks expected of you. The presentation of the puppies and their kennels is the duty of

**Apply Now ✓**



- have good people/customer service skills

-work well / manage team members

Do not contact the store. Please submit resume

Job Type: Full-time

Salary: $35,000.00 /year

Experience:

- Veterinary Technician: 1 year (Required)

Education:

- High school or equivalent (Required)

30 days ago
report job



4:45

Search Google Voice

**Petland**
Aug 8, 2018, 3:29 PM

0:00                              -0:22

Hi Melanie, my name is Lynette. I'm calling from Petland in Largo. If you can please give me a call back, this is regarding the resume you submitted for the certified veterinary technician position. Please give me a call back so we can go ahead and schedule you an interview. Okay? My number is +954-442-300-1060. And again, my name is Lynette. Thank you, bye-bye.

📞 Call Petland

💬 Text Petland

**Petland**
Hi Melanie, my name is Leann...

📞        👥        💬        📼 Voicemail

◁        ○        □        †

4:44

Search Google Voice

Google Voice text messages you've exchanged in Hangouts now show up here. Learn more

GOT IT

**Petland**                          Aug 8, 2018
Hi Melanie, my name is Lynet...   0:22

**Petland**
Aug 6, 2018, 2:03 PM

0:00                              -0:18

Hi Melanie, my name is Leanne and I'm calling from Petland in regards to the resume you submitted through indeed for the veterinary technician position at Petland. If you can please give me a call back. My number is +954-440-200-31

📞 Call Petland

📞        👥        💬        📼 Voicemail

◁        ○        □        †





**2**

11:29 AM ✓✓

Perfect! 11:29 AM

Did you fill out the paperwork?
11:29 AM

I sure did.. 11:32 AM ✓✓

Good! I'm going to give you a uniform today when you come in
11:33 AM

Awesome...thank you 11:33 AM ✓✓

7:00am to 3:15 on 8/16/18
11:48 AM ✓✓

Clock in 1972 3:23 PM

Ty 3:25 PM ✓✓

Clock in 3:26 PM

So I can fix the hours 3:26 PM

Type a message

## Work Schedule

|  | Total Sale | 0.00 |
| --- | --- | --- |

| Employee Name | MONDAY 8/20/2018 | | TUESDAY 8/21/2018 | | WEDNESDAY 8/22/2018 | | THURSDAY 8/23/2018 | | FRIDAY 8/24/2018 | | SATURDAY 8/25/2018 | | SUNDAY 8/26/2018 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out |
| **Management:** | | | | | | | | | | | | | | |
| | | | | | | | LARGO | | | | | | | |
| **Puppy Care Technicians:** | | | | | | | | | | | | | | |
| Jodi | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | OFF | | OFF | | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM |
| wendy | 7:00 PM | 2:00 PM | 7:00 AM | 3:00 PM | OFF | | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | OFF | | 7:00 AM | 3:30 PM |
| Alison | 6:00 AM | 3:00 PM | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | 2:00 PM | 9:00 PM | 7:00 AM | 2:00 PM | OFF | |
| Brittany | 2:00 PM | 9:00 PM | OFF | | OFF | | OFF | | 2:00 PM | 9:00 PM | 7:00 AM | 12:00 PM | 7:00 AM | 12:00 PM |
| Ladislaus | 6:00 AM | 2:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 2:00 PM | 2:00 PM | 9:00 PM | 7:00 AM | 2:00 PM | OFF | | OFF | |
| Jesus Hernandez | 4:00 PM | 9:00 PM | 4:00 PM | 9:00 PM | OFF | | 2:00 PM | 9:00 PM | OFF | | 7:00 AM | 2:00 PM | 7:00 AM | 12:00 AM |
| Sarah Garner | 7:00 AM | 2:00 PM | OFF | | 7:00 AM | 4:00 PM | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | OFF | | 7:00 AM | 2:00 PM |
| blake | OFF | | 4:00 PM | 9:00 PM | 4:00 PM | 9:00 PM | OFF | | 4:00 PM | 9:00 PM | 12:00 PM | 8:00 PM | 4:00 PM | 9:00 PM |
| marcos negron | | | OFF | | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | OFF | | 2:00 PM | 9:00 PM | OFF | |
| melanie moore | OFF | | 7:00 AM | 3:00 PM | 11:00 AM | 7:00 PM | 7:00 AM | 2:00 PM | OFF | | 7:00 AM | 3:00 PM | 2:00 PM | 9:00 PM |

# Work Schedule

Total Sale  0.00

| Employee Name | MONDAY 8/27/2018 | | TUESDAY 8/28/2018 | | WEDNESDAY 8/29/2018 | | THURSDAY 8/30/2018 | | FRIDAY 8/31/2018 | | SATURDAY 9/1/2018 | | SUNDAY 9/2/2018 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out |
| **Management:** | | | | | | | | | | | | | | |
| | | | | | ------------- | | LARGO | ----------- | | | | | | |
| **Puppy Care Technicians:** | | | | | | | | | | | | | | |
| Jodi | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | OFF | | OFF | | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM |
| wendy | 7:00 PM | 2:00 PM | 7:00 AM | 3:00 PM | OFF | | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | OFF | | 7:00 AM | 3:30 PM |
| Alison | OFF | | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | 11:00 PM | 8:00 PM | 7:00 A | 2:00 PM | OFF | |
| Ladislaus | 7:00 AM | 2:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 2:00 PM | 2:00 PM | 9:00 PM | 7:00 AM | 2:00 PM | OFF | | OFF | |
| Jesus Hernandez | 4:00 PM | 9:00 PM | 4:00 PM | 9:00 PM | OFF | | 2:00 PM | 9:00 PM | OFF | | 7:00 AM | 2:00 PM | 7:00 AM | 12:00 AM |
| Sarah Garner | 7:00 AM | 2:oo PM | OFF | | 7:00 AM | 4:00 PM | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | OFF | | 7:00 AM | 2:00 PM |
| blake | OFF | | 4:00 PM | 9:00 PM | 4:00 PM | 9:00 PM | OFF | | 4:00 PM | 9:00 PM | 1:00 PM | 8:00 PM | 4:00 PM | 9:oo PM |
| marcos negron | 1:00 PM | 8:00 PM | OFF | | 2:00 PM | 9:00 PM | 2:oo PM | | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | OFF | |
| melanie moore | OFF | | 7:00 AM | 3:00 PM | 11:00 AM | 7:00 PM | 7:00 AM | 2:00 PM | OFF | | 7:00 AM | 3:00 PM | 2:00 PM | 9:00 PM |



**Allison Petland**
today at 7:49 PM

TODAY

Your check is here  3:41 PM

So much for not getting paid today unless we had direct deposit...I will come get it when it stops raining. Thank you 😉  4:18 PM

My check is not right either...who would I talk to about that?  5:42 PM

How is it wrong  5:45 PM

The pay rate  6:23 PM

What is it  6:23 PM

8.45  6:24 PM

That is right  6:25 PM

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| K1 / 2WC 24341229 | 01/4 | 50002 | 1 of 1 |

Pooches Of Largo Inc
10289 Ulmerton Rd
Largo, FL 33771

## Earnings Statement

**ADP.**

| Period Starting: | 08/17/2018 |
|---|---|
| Period Ending: | 08/30/2018 |
| Pay Date: | 08/31/2018 |

| Taxable Marital Status: | Single | |
|---|---|---|
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 0 | Federal: |
| State: | 0 | State: |
| Local: | 0 | Local: |
| Social Security Number: | XXX-XX-XXXX | |

MELANIE N MOORE
11421 124TH TERR
Largo, FL 33778

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 8.4500 | 24.27 | 205.08 | 205.08 |
| Gross Pay | | | $205.08 | $205.08 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 24.27 | 24.27 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -6.28 | 6.28 |
| Social Security | -12.71 | 12.71 |
| Medicare | -2.97 | 2.97 |
| Net Pay | $183.12 | |

Your federal taxable wages this period are  $205.08

Pooches Of Largo Inc
10289 Ulmerton Rd
Largo, FL 33771

63-466/631

| Payroll Check Number: | 50002 |
|---|---|
| Pay Date: | 08/31/2018 |

Pay to the order of: **MELANIE N MOORE**

This amount: ONE HUNDRED EIGHTY THREE AND 12/100        THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$183.12

REGIONS BANK

MELANIE N MOORE
11421 124TH TERR
Largo, FL 33778



Allison Petland
today at 7:49 PM

**That is right** 6:25 PM

**Certified Veterinary Technician - Largo, FL - Indeed.com**
www.indeed.com

http://www.indeed.com/viewjob
?from=appsharedroid&jk=
bc4f38c3a9b0e8fd 6:45 PM

**It says no longer available but the 8.45 is right** 6:47 PM

- have good people/customer service skills

-work well / manage team members

Do not contact the store. Please submit resume

Job Type: Full-time

Salary: $35,000.00 /year

Experience:

- Veterinary Technician: 1 year (Required)



**Allison Petland**
online

That is the position I applied for and that is the position I was hired for. Why would I leave my last job making almost $16 an hour for a job that pays less than half of what I was making? Bait and switch is illegal as hell. They can't offer a job at one pay rate and then change the rate after someone has already put in the hours. 6:54 PM ✓✓

I know it's not your fault. I'm not blaming you. But that is a total scam. 6:55 PM ✓✓

I would call corporate to figure it out 6:56 PM

I will see about getting a layer and have them call. I think that would be the best way to handl it. 7:04 PM ✓✓

11





**Celler Legal, P.A.**
PROTECTING EMPLOYEE RIGHTS
SINCE 2003

Toll Free
866-344-WAGE (9243)

Toll Free
877-435-WAGE (9243)

TAMPA
13-371-0799

ORLANDO
407-261-1920

SPACE COAST
321-206-4030

BROWARD
954-903-7475

DADE
305-351-2393

FT MYERS
239-567-5765

JACKSONVILLE
904-435-3310

GAINESVILLE
352-224-4200

REPRESENTING EMPLOYEE
AGAINST EMPLOYERS
ACROSS THE UNITED STATES
IN CLAIMS FOR:

• Discrimination
• Harassment
• Overtime
• Retaliation
• Wrongful Termination
• Whistleblower Rights
• Unpaid Commissions
• Severance Negotiations
• Breach of Contract

December 6, 2018

**VIA UNITED STATES MAIL
AND FACSIMILE TO 786-294-0452**

Pooches of Largo, Inc. d/b/a Petland Largo
Attn: Human Resources/Legal Department
8181 NW 154th St, Suite 270
Miami Lakes, FL 33016

10289 Ulmerton Rd
Largo, FL 33771

Re: *Moore, Melanie v. Pooches of Largo, Inc. d/b/a Petland Largo*

Dear Sir or Madam:

This firm represents Ms. Melanie Moore ("Ms. Moore") in her claims against Pooches of Largo, Inc. d/b/a Petland Largo ("Petland"), for breach of contract for unpaid wages in violation of the Pinellas County Wage Theft Ordinance at Section 70-306, and for retaliation and wrongful termination in violation of Florida's Private Whistleblower Act ("PWA"). If we are unable to resolve this matter **by December 20, 2018**, we intend to proceed with litigation immediately. Please notify your insurance carrier and legal counsel of these allegations. Additionally, please advise if any binding arbitration agreement is alleged to be in place.

The facts of this case are straightforward, yet deeply troubling. Ms. Moore worked as a Certified Veterinary Technician from August 13, 2018, until her unlawful termination on August 31, 2018. During her short tenure, Ms. Moore was an excellent employee with no history of disciplinary, performance, or attendance issues. In fact, Ms. Moore worked without issue until she objected to the unlawful pay practices by Petland, in violation of the foregoing laws.

Per Ms. Moore's compensation agreement with Petland ("Agreement"), Petland was obligated to pay Ms. Moore a salary of $35,000 per year. However, immediately upon receipt of her first pay check, Ms. Moore discovered a **significant** discrepancy.[1] Accordingly, Ms. Moore immediately text her Supervisor, Allison, and objected to Petland's unlawful wage theft. *See* Pinellas County Wage Theft Ordinance, Section 70-306.[2] Unfortunately, Ms. Moore was unlawfully terminated, via text message, **less than one hour later**.

---

[1] Specifically, Petland failed to pay Ms. Moore the agreed upon salary, i.e. $35,000, and also improperly reported the number of hours Ms. Moore worked. Our firm is in possession of the Agreement in which Petland offered Ms. Moore a full-time position with a $35,000 annual salary.

[2] In this text message, Ms. Moore provided a link to Petland's initial job post through which Ms. Moore applied, which clearly evidenced the pay discrepancy and provides direct evidence of Petland's willful and material breach of its compensation Agreement with Ms. Moore. Rather than investigate and/or take corrective action however, Allison merely directed her to contact Petland's corporate office.

7450 Griffin Road | Suite 230 | Davie, FL 33314
Telephone 866-344-WAGE (9243) | Fax 954-337-2771 | richard@floridaovertimelawyer.com

Petland's retaliatory conduct above undoubtedly supports a violation under the PWA, as her termination immediately following her wage theft objections, constitutes unlawful retaliation/adverse action under the law. As I am sure you are aware, terminating an employee for objecting to a violation of law, rule, or regulation, is contrary to the protections of Florida's PWA. *See Aery v. Wallace Lincoln–Mercury, LLC*, 118 So.3d 904, 916 (Fla. 4th DCA 2013) (To establish a violation of the Florida Whistleblower law, an employee must establish that: (1) she objected to, or refused to participate in, an illegal activity, policy, or practice; (2) she suffered an adverse employment action; and (3) the adverse employment action was causally linked to her objection or refusal). The text messages in this case are direct evidence of the adverse action taken against Ms. Moore, and the temporal proximity between her objections and termination, further support her claim.

In light of the foregoing, we are confident that the reviewing judge or jury will find Petland's conduct unlawful and intolerable, and we intend to pursue these claims vigorously. Accordingly, if we do not hear back from you **by December 20, 2018**, with an appropriate offer to resolve this matter, we will assume you have no interest in resolution, and we will move forward with litigation, immediately.

Pursuant to Florida Statutes §627.4137, our client hereby requests that the Employer provide our office, within thirty (30) days of this request, with: (a) a copy of any insurance policies which cover or may cover the Company for any liability, attorneys' fees, or costs arising from or related to our client's claims as set forth herein; and disclose (b) (i) the name and address of each insurer; (ii) the number of each insurance policy; (iii) the effective date of any policies; (iv) the limits of liability; and (v) any deductible amount(s). Additionally, Petland should immediately preserve all [paper copies or electronically created/stored] documents, emails, reports, memos, logs, timecards, payroll journals, and any other documents/information mentioning or related to Ms. Moore's employment.

Respectfully,

Angie Percyra, Esq.
*Associate Attorney*
Richard Celler, Esq.
*Managing Partner*



**MATTHEW S. SARELSON**
PARTNER
DIR: 305.330.6090
EMAIL: MSARELSON@KYMPLAW.COM

## CONFIDENTIAL SETTLEMENT COMMUNICATION

*Via Email to angie@floridaovertimelawyer.com & U.S. Mail*

December 11, 2018

Angie Pereyra, Esq.
Celler Legal, P.A.
7450 Griffin Road, Suite 230
Davie, Florida 33314

    Re:    <u>**Melanie Moore adv. Pooches of Largo, Inc.**</u>

Dear Ms. Pereyra:

I am counsel to Pooches of Largo, Inc. I have reviewed your letter of December 6, 2018 regarding Ms. Melanie Moore. Some background information is necessary concerning her claims.

Ms. Moore was hired with a start date of August 17, 2018. Her last date was approximately September 13, 2018. She worked for the company for about three week. She got the job by applying for a position via Indeed.com. The job posting – for a Kennel Technician – identifies the salary range as between $8.25 and $11.00 per hour. *See* Exhibit A. The agreed upon rate was $8.45. Furthermore she worked part-time, approximately 22 hours per week, during each of the three weeks of her employment. *See* Exhibit B (Pay stubs). She was not a full-time employee compensated at $35,000 annually; in fact she never worked full-time at all, regardless of her compensation. (No kennel technician is paid a full-time salary; all are paid hourly).

We are in receipt of the "Petland Wages Agreement for Kennel" you sent over that indicates a compensation package of $35,000 per year. You'll note that the word "hour" is struck out and that the word "year" is handwritten in. Also note that the form, including replacing the word "hour" with "year" was all done by your client Melanie Moore. The form was not completed or edited by anyone at Petland. The signature above the line for manager in undecipherable chicken scratch and it does not match the signature of either of the two managers (Allison or Mike) who would

### KAPLAN YOUNG & MOLL PARRÓN
ATTORNEYS AT LAW

Brickell World Plaza | 600 Brickell Avenue, Suite 1715 | Miami, FL 33131 | t: 305.531.2424 | f: 305.531.2405 | www.kymplaw.com

have potentially signed this form. It would be helpful if your client could explain who signed the alleged contract and the circumstances of it being signed. Frankly, we do not believe that this is a valid, authentic contract executed by anyone at Petland, and certainly no one at Petland who had any authority to change the compensation amount and structure for a kennel technician.

Assuming, *arguendo*, that the Petland Wages Agreement for Kennel was authentic, valid and binding, your client would at most have a claim for breach of contract with the measure of damages being the difference due pursuant to the contract and the amount actually paid to her. Her hypothetical damages for breach of contract are $1,441.53 (the contract amount minus the amount paid). This is a small claims matter that does not even meet the threshold for county court. But again, we do not believe there is any merit to this claim.

We do not believe your client has any potential legal remedies, except perhaps a claim for breach of contract for $1,400.00. Even that claim is dubious because it does not appear that there is a valid contract and, assuming nothing nefarious, merely a mutual mistake.

Should you wish to discuss this matter, please feel free to call or email.

Very truly yours,

**KAPLAN YOUNG & MOLL-PARRÓN**

/s/ Matthew Sarelson

Matthew Seth Sarelson, Esq.

Cc:     Client, via email only



15



2018 ▾     August     ▾     16     ▾

**11421 124th Terrace N**     ▾          8:00 AM - 11:32 AM     ⋮

11421 124th Terrace N, Largo, FL 33778

🚗   Driving - 1.2 mi          4 min

**Petland Largo**     ▾          11:36 AM - 7:25 PM     ⋮

10289 Ulmerton Rd, Largo, FL 33771

🚗   Driving - 1.1 mi          1 hr. 26 min

**11421 124th Terrace N**     ▾          8:51 PM     ⋮

11421 124th Terrace N, Largo, FL 33778



# Kennel Technician
Petland Florida – Largo, FL

## Clicks

— Your job    — Top performing sponsored jobs*

**Clicks this week** ⓘ

## 2

99% fewer clicks than similar jobs that are sponsored

**Increase Budget for More Clicks**

**Improve Job Description**

* Showing historical data of the top 20% of similar sponsored jobs. This is not a guarantee of future performance.

## Candidates

Awaiting Review

16

Total (excluding rejected)

16

edit job

close job

view cost & performance

find candidates for this job

Views: 77

Candidates: 16

Job Budget: $5.00 daily

Status: Open – pause

Created: Nov 23

**View public job page**

Promote this job for more candidates:

Share 0
Tweet
Share

## Job Description

This position entails a lot of responsibility in our kennels. Our Kennel techs will be in charge of overseeing the daily cleaning and disinfecting as well as in charge of socializing the pups and will be the main caretaker of the puppies in our store. Its essential that knowledge of all medicines and a close relationship with our Veterinary is established. Taking weights, administering vaccines, kennel cleanup, feeding, etc will be some of the tasks expected of you. The presentation of the puppies and their kennels is the duty of the Kennel Techs. Looking for a bright individual with a matching personality to take on this positive role in our store.

Job Types: Full-time, Part-time

Salary: $8.25 to $11.00 /hour

Job Type: Full-time

Salary: $8.25 to $11.00 /year

## Application Questions

16

**Company Code** K1 / 2WC 24341229
**Loc/Dept** 01/4
**Number** 5261614
**Page** 1 of 1

Pooches Of Largo Inc
10289 Ulmerton Rd
Largo, FL 33771

## Earnings Statement

**ADP**

Period Starting:  08/31/2018
Period Ending:  09/13/2018
Pay Date:  09/14/2018

Taxable Marital Status:  Single
Exemptions/Allowances:  Tax Override:
   Federal:  0     Federal:
   State:  0     State:
   Local:  0     Local:
Social Security Number:  XXX-XX-XXXX

**MELANIE N MOORE**
**11421 124TH TERR**
**Largo, FL 33778**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 8.4500 | 44.07 | 372.39 | 577.47 |
| Gross Pay | | | $372.39 | $577.47 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 44.07 | 68.34 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -23.01 | 29.29 |
| Social Security | -23.09 | 35.80 |
| Medicare | -5.40 | 8.37 |
| Net Pay | $320.89 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4752 | XXXXXXXXX | 320.89 |

Your federal taxable wages this period are  $372.39

Pooches Of Largo Inc
10289 Ulmerton Rd
Largo, FL 33771

**Pay Date:**  09/14/2018

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4752 | XXXXXXXXX | 320.89 |

THIS IS NOT A CHECK

MELANIE N MOORE
11421 124TH TERR
Largo, FL 33778



**Melanie Moore <vettechmnm@gmail.com>**

---

## FW: Moore, Melanie v. Petland Largo : Fwd: Melanie Moore/Petland Case
2 messages

---

**Angie Y. Pereyra** <Angie@floridaovertimelawyer.com>                     Fri, Feb 15, 2019 at 5:40 PM
To: "vettechmnm@gmail.com" <vettechmnm@gmail.com>
Cc: Noah Storch <Noah@floridaovertimelawyer.com>

Hi Melanie,

Tried calling you three (3) times and left you a voicemail. Candidly, I'm not sure what the upset is about. We addressed your case within two (2) months of you retaining us, which is within our typical 6-8 week turn around process. We emailed you Petland's response to the demand letter immediately (the day after we received it), and we received your rebuttal a month and a half later, on January 23, 2019, just three (3) weeks ago. Then today, we receive an aggressive email insinuating that your case has not been handled properly.

Respectfully, we have been attentive to your claims, and have handled your case with diligence. Currently, we are in the negotiations process of your case, and this time frame is more than normal. There are discussions we have with the attorney and behind the scenes investigations that are done which do not require client contact. Also, you provided us numerous documents, photos and other evidence to review, and we are doing just that. This isn't an overnight process. It has only been three (3) weeks since you sent these things to us.

Regarding updates, we do not unilaterally reach out to clients for updates, but are happy to provide you one any time you reach out to us. That being said, your case is being handled, but you'll need to be patient. You indicated that you would like us to move forward in your case. However, I do not believe we have exhausted pre-litigation settlement discussions at this point. However, if what you're asking, is that we forego the pre-litigation negotiation process and file a lawsuit immediately, I am happy to discuss your request with Mr. Celler or Mr. Storch (copied on this email). Please advise.

Regards,

*Angie Pereyra, Esq.*

Associate Attorney

Richard Celler Legal, P.A.

10368 West State Road 84

--------- Forwarded message ---------
From: Richard Celler <richard@floridaovertimelawyer.com>
To: "msarelson@kymplaw.com" <msarelson@kymplaw.com>
Cc: Ahava Livingstone <ahava@floridaovertimelawyer.com>
Bcc:
Date: Mon, 29 Apr 2019 11:37:43 +0000
Subject: Moore, Melanie v. Petland Largo :

Matthew:


I hope all is well and sorry for the delay. Angie is no longer with us so this one got slipped in
the transition. I am attaching, for settlement purposes only (it is not admissible and edited by
counsel) a rebuttal to your response letter in this case. We are filing suit if the case isn't
settling. Our demand is $70,000.00. The case is not going to settle for nuisance value.


If we don't hear back by Friday, May 3, 2019, my instructions are to file the case. Let me know
what your folks want to do. AL, please calendar for me to file suit on Friday if not settled.
Thanks.




**Regards,**


**Richard Celler, Esq.**

**Richard Celler Legal, P.A.**

**10368 W. SR. 84 #103**

**Davie, Florida 33324**

**Toll Free:  866-344-9243 X 107**

**Fax: 954-337-2771**

**Email:  Richard@floridaovertimelawyer.com**

**Website:  www.floridaovertimelawyer.com**

Davie, Florida 33324

Toll Free:  866-344-9243 X 107

Fax: 954-337-2771

Email:  Richard@floridaovertimelawyer.com

Website: www.floridaovertimelawyer.com

**From:** Richard Celler
**Sent:** Monday, May 06, 2019 7:50 AM
**To:** 'msarelson@kymplaw.com' <msarelson@kymplaw.com>
**Cc:** Ahava Livingstone <ahava@floridaovertimelawyer.com>
**Subject:** RE: Moore, Melanie v. Petland Largo :

Hi Matthew:

Hope all is well.  Just following up here.  I didn't hear back in response to my email and rebuttal.  Is there an interest in settlement, or should we just file suit?

**AL, bump for me to file suit for next Monday** so Matthew has a chance to catch up on this. Matthew, if we don't hear back, my instructions are to file.  I'm trying to resolve this pre-suit, so my hope is we can connect and chat to get it resolved.  If not, that's ok too.

**Regards,**

**Richard Celler, Esq.**

**Richard Celler Legal, P.A.**

10368 W. SR. 84 #103

Davie, Florida 33324

Toll Free:  866-344-9243 X 107

Fax: 954-337-2771

Email:  Richard@floridaovertimelawyer.com

Melanie;

The more I look at this, the more I think this is not a good fit for my law firm to file. I am going to suggest you find another law firm to pursue it and file it. I think you and I just have different visions of the value of the case and the liability.  They offered 1,500.

I'm not going to charge you anything for my time, but I think it's best you find someone who shares the passion for this case that you have. I think the case has some good and some bad- the damages are minimal under the law. I'm not diminishing how this impacted you personally and I feel terrible for all that has happened to you.

But, legally, I don't think the case is strong enough at this point where I would file it. Let's discuss next steps and a transition for you to find another lawyer. Does that work for you?

Richard Celler
Richard@floridaovertimelawyer.com
www.floridaovertimelawyer.com
866-344-WAGE (9243)
[Quoted text hidden]

Richard Celler <richard@floridaovertimelawyer.com>                                           Mon, May 20, 2019 at 8:34 AM



MATTHEW S. SARELSON
PARTNER
DIR: 305.330.6090
EMAIL: MSARELSON@KYMPLAW.COM

## CEASE AND DESIST

*Via Email mylink2u@gmail.com and U.S. Mail, Return Receipt Requested*

June 13, 2019

Melania N. Moore
11421 124th Terr
Largo, Florida 33778

     **Re:**    **Pooches of Largo, Inc. adv. Melanie Moore**

Dear Ms. Moore:

As you know, I represent your former employer, Pooches of Largo, Inc. I have been advised that Attorney Richard Celler no longer represents you. Please forward this letter to your attorney, if you have one.

You are ordered to IMMEDIATELY remove and delete the Facebook page entitled "Why You Shouldn't Buy Pets from Petland." It is readily apparent that you are the page's author and administrator. The page already has 131 "likes" and 135 "followers." The allegations contained on this page are totally false and defamatory.

We have already been in touch with Facebook to confirm the computer used to create the page, etc. Print outs of the relevant pages are attached to this letter. We are contemplating suing you for defamation. In the meantime, you can and must minimize the damage by removing and deleting the Facebook page.

Very truly yours,

**KAPLAN YOUNG & MOLL-PARRÓN**

/s/ Matthew Sarelson

Matthew Seth Sarelson, Esq.

**KAPLAN YOUNG & MOLL PARRÓN**
ATTORNEYS AT LAW
Brickell World Plaza | 600 Brickell Avenue, Suite 1715 | Miami, FL 33131 | t: 305.331.2424 | f: 305.331.2405 | www.kymplaw.com

Why You Shouldn't Buy Pets from Petland

Mnm   Home   Find Friends   Create

Page   Inbox [20+]   Appointments   Notifications   Insights   Publishing Tools   More ▾     Settings   Help

Messaging

Post Attribution

Notifications

**Page Roles**

People and Other Pages

Branded Content

Page Support Inbox

Activity Log

## Page Roles

Everyone who works on your Page can have a
different role depending on what they need to work on.
Learn more

### Sections

Existing Page Roles        Jump to Section

### Existing Page Roles

**Admin**
Can manage all aspects of the Page. They can publish and send Messenger messages as the
Page, respond to and delete comments on the Page, post from Instagram to Facebook, create
ads, see who created a post or comment, view insights, and assign Page roles. If an Instagram
account is connected to the Page, they can respond to and delete comments, send Direct
messages, sync business contact info and create ads.

Mary _____
Admin            Edit

**Moderator**
Can send Messenger messages as the Page, respond to and delete comments on the Page,
create ads, see who created a post or comment, and view insights. If an Instagram account is
connected to the Page, they can respond to Instagram comments, send Direct messages and
create ads.

Moderator            Edit

About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Ad Choices   Terms   Account Security   Login Help   Help

Facebook © 2019
English (US)   Nederlands   Frysk   Polski   Türkçe   Deutsch   Français (France)   العربية   Español   Português (Brasil)   Italiano

Chat

# odyssey



No body wants to see any dog have the life these dogs do. By purchasing even the smallest item from Petland you are helping to keep these puppy mills open. However, you shouldn't just simply sit around and wait for the abuse to stop. By reporting animal abuse and bad living conditions to the police when you see it, it will help to take down the chain of stores and mills one by one. Although we have a long way to go by attacking one store at a time, each store





Stop petland from buying from puppy mills!

Melanie Moore

[Quoted text hidden]

**Matthew Sarelson** <msarelson@kymplaw.com>                                    Fri, Jul 19, 2019 at 3:24 PM
To: MnM <mylink2u@gmail.com>

Ms. Moore --

We have attempted to reach you through counsel.  Your original attorney, Mr. Cellar made it clear he no longer represents you.   You have not given us the name of any current counsel (if any).

Attached is a lawsuit filed against you in the Miami-Dade Circuit Court.  We are also attached summons issued to you as well.

You or your attorney should contact us and otherwise response to the lawsuit.

Thank you, Matthew



**MATTHEW SETH SARELSON, Esq**
PARTNER

c: 305.773.1952 | d: 305.330.6090
www.kymplaw.com | msarelson@kymplaw.com | vCard
 LinkedIn ⓢ Skype ◯ Twitter

[Quoted text hidden]

**2 attachments**

📄 **Complaint.pdf**
6532K

📄 **Summons re Melanie Moore Executed.pdf**
202K

---

**MnM** <mylink2u@gmail.com>                                    Fri, Jul 19, 2019 at 4:38 PM
Draft To: Matthew Sarelson <msarelson@kymplaw.com>

You know as well as I do Mr. Sarelson, that the document you claimed to have in your response letter to Ms. Pereyra does not exist because if it did, you would have submitted it along with the rest of your correspondence. I can only hope that you did not make this claim because you were premeditating your intent to fabricate this document to submit as evidence for the purpose of committing fraud against the court.
[Quoted text hidden]



# MIAMI-DADE COUNTY CLERK OF THE COURTS
## HARVEY RUVIN

Contact Us   My Account

---

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

◀◀ BACK

Not all search results will be displayed on-line. For example, the following case types (Sealed, Juvenile, Adoption and Mental Health Cases) may or may not be in existence and may or may not be viewable by the public pursuant to Florida Supreme Court Mandate and the corresponding Access Security Matrix.

### POOCHES OF LARGO, INC. VS MELANIE MOORE

| | | | |
|---|---|---|---|
| Local Case Number: | 2019-018268-CA-01 | Filing Date: | 06/18/2019 |
| State Case Number: | 132019CA018268000001 | Judicial Section: | CA24 |
| Consolidated Case No.: | N/A | Case Type: | Libel / Slander |
| Case Status: | CLOSED | | |

---

👥 **Parties**                                    Total Of Parties: 2  ➕

🔧 **Hearing Details**                              Total Of Hearings: 1  ➕

🔖 **Dockets**                                     Total Of Dockets: 11  ➖

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 9 | 10/16/2020 | | Order of Dismissal (F.W.O.P.) | Judgment | |
| 8 | 10/16/2020 | 32154:3678 | Order of Dismissal (F.W.O.P.) | Event | Parties: Moore Melanie |
| | 10/16/2020 | | FWOP | Hearing | |
| 7 | 06/19/2020 | | FWOP Notice | Event | **OCTOBER 16, 2020 9:00AM** |
| 6 | 06/20/2019 | | Receipt | Event | RECEIPT#:3490127 AMT PAID:$10.00 NAME:MATTHEW S SARELSON ESQ 600 BRICKELL AVE STE 1715 MIAMI FL 33131-3076 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH TENDER AMT:$10.00 RECEIPT DATE:06/20/2019 REGISTER#:349 CASHIER:EFILINGUSER |
| | 06/19/2019 | | 20 Day Summons Issued | Service | |
| 5 | 06/19/2019 | | ESummons 20 Day Issued | Event | Parties: Moore Melanie |
| 3 | 06/19/2019 | | Receipt | Event | RECEIPT#:3550355 AMT PAID:$401.00 NAME:MATTHEW S SARELSON ESQ 600 BRICKELL AVE STE 1715 MIAMI FL 33131-3076 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE |

| Employee Name | MONDAY 9/3/2018 | | TUESDAY 9/4/2018 | | WEDNESDAY 9/5/2018 | | THURSDAY 9/6/2018 | | FRIDAY 9/7/2018 | | SATURDAY 9/8/2018 | | Total Sale |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In | Time Out | Ti |
| **Management:** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | ---------- | ---------- | ---------- | | LARGO | ---------- | | | | | |
| **Puppy Care Technicians:** | | | | | | | | | | | | | |
| Jodi | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | OFF | | OFF | | 12:00 PM | 8:00 PM | 2:00 PM | 9:00 PM | 2:0 |
| wendy | 7:00 PM | 2:00 PM | 7:00 AM | 3:00 PM | OFF | | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | OFF | | 7:0 |
| Alison | | 7:00 | 2:00 PM | 7:00 AM | 2:00 PM | 11:00 AM | 6:30 PM | off | | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM |
| Guy | 4:00 PM | 9:00 PM | 7:00 AM | 2:00 PM | 1:00 PM | 8:00 PM | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | OFF | | |
| Jesus | 4:00 PM | 9:00 PM | 4:00 PM | 9:00 PM | OFF | | 2:00 PM | 9:00 PM | OFF | | 7:00 AM | 2:00 PM | 7:00 |
| Ladislaus | 7:00 AM | 2:00 PM | 7:00 AM | 3:00 PM | 7:00 AM | 2:00 PM | 2:00 PM | 9:00 PM | 7:00 AM | 2:00 PM | OFF | | |
| Sarah Garner | 7:00 AM | 2:oo PM | OFF | | 7:00 AM | 4:00 PM | 7:00 AM | 2:00 PM | 7:00 AM | 2:00 PM | OFF | | 7:00 |
| blake | OFF | | OFF | | OFF | | 4:00 PM | 9:00 PM | 4:00 PM | 9:00 PM | 1:00 PM | 9:00 PM | 4:00 |
| marcos negron | 2:00 PM | 9:00 PM | OFF | | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | OFF |
| melanie moore | 1:00 PM | 7:00 PM | 4:00 PM | 9:00 PM | 2:00 PM | 9:00 PM | 7:00 AM | 2:00 PM | 4:00 PM | 9:00 PM | OFF | | OFF |
| | 7:00 AM | 12:00 P | | | | | | | | | | | |



9:34    📶 🔋 61%

| 250 | 337 | 2 | 47 | 34 |
|---|---|---|---|---|
| Overview ∨ | Reviews | Jobs | Salaries | Interviews | Benefits |

2.0 ★ ★

Current Employee

## Fair warning



Jan 12, 2021 - Pet Counselor in Largo, FL

✗ Recommend    ✗ CEO Approval    ✗ Business Outlook

**Pros**

Your perks here are going to be the animals or awsome co workers

**Cons**

There is too many cons to write about so I'll just sum it up, management is a complete joke all the way up to the owner who is a selfish greedy man who constantly talks down to his employees in group chat( I have screen shots) and finds anyway possible to pay us less and pocket more. Over a year period not only did he lower our commission while increasing the price of his puppies but he also withheld employees yearly raises and made it more difficult so us to hit our monthly bonus. On top of all this he also made every employee sign a Non disclosure form restricting us from talking about our store breeders puppies and vets and also making it to where we can not work for any store that has anything to do with animals or pet retail supplies I'm general. You also will have to split half of your commission if your customers made an appointment or went below the price of the puppy. Again it's him finding anyway to pay us less but I can legit write a book about all the crappy things that come with working here

**Advice to Management**

Treat your employees like actual humans and be understanding of their needs before expecting them to be the Exceptional employee you want. If you have a happy function staff you will have a better outcome

← **Indeed Job Search**   

| 792 | 1.4K | 3 | 133 | 45 | |
|-----|------|---|-----|----|--|
| **Reviews** | Salaries | Photos | Jobs | Q&A | Interviews |

## 1.0 ★☆☆☆☆

### Poo management

<u>Pet Care Technician</u> (Former Employee) - <u>Miami, FL</u> - February 23, 2020

Owner once said that the techs in the kennel are the backbone of his company MEANWHILE <u>Your checks will come in SHORT and they will tell you it's your fault.</u> There's so many dogs that die and get sick here and they still try to sell them. Terrible company that should be shut down by the way they treat these animals

✓ **Pros**
Great coworkers to be around

✗ **Cons**
Terrible management, owner doesn't care about workers, sick dogs and bad pet care

Was this review helpful?

| Yes | No |
|-----|-----|

 

## Petland Florida

Mar 3, 2020

### Sadly not so great

★☆☆☆☆

Former Pet Counselor

🟨 No Opinion of CEO
🟥 Doesn't Recommend
🟩 Positive Outlook

I worked at Petland part-time (less than a year)

### Pros

I would say that a nice pro would be that you get to be around animals if you like them, also if you are good at the pet counselor position you will make a good salary since this position is a commission position. You also receive 30% on pet goods and if a puppy if left at the location for more then 24 weeks you can get lucky and get a discount or a free pet.

### Cons

When starting, you will be paid $8.00 hourly *less than minimum wage* unless you make it into commissions. Which is done when your commission is higher then your hourly.
Commission is 6% out of all sales which is good, but it's also 6% of any puppy even if it's the $5999 and up. So you really need to sale like

III    O    ‹

← **Petland Florida**   ⊕   

$5999 and up. So you really need to sale like crazy to make it into commissions. ALSO, IF YOU SALE ANY PUPPIES OR OTHER ITEMS AND YOUR COMMISSION IS NOT HIGHER THEN YOUR HOURLY YOU LOSE THAT MONEY!

If one decides to resign or quit, Petland makes one sign a document that says they are allowed to take your commission away if they feel that is right. SO BE VERY CAREFUL IF YOU DECIDE TO RESIGN!

The kennel team really makes sure the puppies and other animals do well and are taken care of if they are feeling a bit sick. But sometimes when people make an appointment to see a particular puppy, even if it's sick, the pet counselor will try whatever they can to take the puppy out so they can make their sale.

All of management from the owner of the business, to the managers, and shift leads are very immature. All of the management team at one location were very young (17 - 22), so if something is not what they want, or you ask for help with things they will get very angry, yell, and write very rude things in the chat as well as curse all the time.

They also will write fake reviews. They make them anonymous, put whatever name and write about how fantastic they did and how amazing the store is.

Advice

1.0 ★☆☆☆☆

# Petland Kennel Technician Review - Its not great.

Kennel Technician (Former Employee) - Webster, TX - March 12, 2022

In my experience there, management does not acknowledge any and all efforts you put towards trying to meet their expectations. In terms of keeping the kennels clean, one of the higherups even told us to catch the puppies bowel movements in our hands as they were defecating just to keep the kennels clean when we had around 60 puppies to keep up with in total. And on an average day there would only be two technicians working in kennel.

I was also told that raises were to be given every three months of working there. My manager (the third of four that I had during my time there) only ever told me that my raise was approved, yet I never saw a cent of it. By the time I had put my two-weeks notice in, I was overdue for two raises and coming to be due for a third.

3:22

LTE 27%

‹ **Reviews**   Salaries   Photos   Jobs   Q ›

**3.0** ★★★☆☆

# Nice

Kennel Technician (Former Employee) -
Pembroke Pines, FL - September 29, 2021

Work too hard for such little pay from
a conceded man that makes millions
but can't even rise the employees pay
$6 over pay. If he'd raise the pay to
what the kennel techs deserve, maybe
they'd stop leaving. But he doesn't
care ya know

✓ **Pros**
   Nice staff

✕ **Cons**
   Heavy lifting, can't eat inside, under
   pay

Petland Employee Review

# Petland Kennel Technician Review - Very unorganized

 Kennel Technician (Current Employee) - Webster, TX - May 13, 2021

Management is horrible and unorganized no one knows what Anyone is doing I have worked there for 3 weeks with no pay and no way of clocking in my hours I'm only using this place for kennel experience.

Ratings by category

3.0 ★ Work/Life Balance

1.0 ★ Compensation/Benefits

2.0 ★ Job Security/Advancement

1.0 ★ Management

2.0 ★ Culture

✔ **Pros**
Holding puppies

✘ **Cons**
No pay, unorganized management, petty coworkers

Was this review helpful?

| Yes | No |



← Petland Pet Counselor Review: Low stress job with terrib...
🔒 www.indeed.com
⋮

< hot    Why Join Us    **916 Reviews**    1.5K Salaries    3 Photos    201 Jobs    73 Q&A    Interviews

< **View all Petland reviews**

2.0 ★★☆☆☆

**Petland Pet Counselor Review - Low stress job with terrible comission structure.**

Pet Counselor (Former Employee) - Largo, FL - June 14, 2021

Overall this is an easy sales jobs. The biggest issue is that its is the lowest commission pay structure in have seen for a sales jobs (7% max comission pay on sales). They promised that splits do NOT happen often (usually about 20%), but over my last 2 months over 80% of my comissions had to be split due to unfair rules that limit your sales as a counselor. If you are ok with splitting your comission with house oh appointment setters while doing the majority of the work (literally if a customer calls to ask about dog food the appointment setters just sends the customer through to you instead of asking themselves and learning about what we carry) then this job will be fine for you. I also researched some of the "top 2%" breeders and found disturbing backgrounds on puppy mill practices. The only real benefit of this place is to play with puppies and other pets, otherwise you will be left to the wolves with little to now support and expected to do everything to close a sale all while the managers or owners does nothing to support you on the back and. My coworkers were all great and they were nice and easy to get along with. There are much better sales jobs out there though. Do not fall for the fake sales they sell you on, most of your sales with be split up to 4 ways because the owner does everything he can to not pay you fairly and wants you to keep the store clean and stocked so he doesnt have to play an hourly employee to do so.

**Want to work here?**                    **Apply Now →**

3:09  ⌂ ▪   ⬩⬤ 📶 🔋15% **36**

← 🏠

### 3.0 ★★★☆☆
### Fun but not a career

Pet Counselor (Former Employee) - Plantation, FL - October 31, 2018

Looking for a temporary fun job with no bills or responsibilities this job would be perfect for you. Not good as a career but is a good starter for hands-on work experience with animals. Uncapped commission (6%) is great but if you are not commissionable you only get $8.10/hourly which is very low, not enough for bills. THE JOB IS COMMISSION OR HOURLY. Owner lacks respect for employees and will always threaten to cut commission or will fire you. There is no stability. You will be scheduled based on performance. So if you took a vacation and didnt sell because you weren't there ... expect to be scheduled at the slowest times. If you notice your hours are cut they might be letting you go slowly. Management in store is a 3 out of 5 rating (kids in charge of kids). Part-time positions only but you work as much as 36 HOURS A WEEK maybe more if you are closing a sale past time scheduled. BUT you don't get paid over time. Also No vacations after October, but Christmas season you can make 2k-4k/month. During slow season 1000-2500/month or possibly more if you the top seller of all locations. There is room to move up to management but 14 to 15 hour which is okay but if you are one of the top sellers it is a pointless position to take on( More responsibilities and less pay then )

✓**Pros**

    Fun work place, family oriented, un-capped commission

✕ **Cons**

    Hourly OR commission, hourly is 8.10, No stability, Disrespectful Owner

&#9861;

‹ :hot   Why Join Us   916 **Reviews**   1.5K Salaries   3 Photos   202 Jobs   73 Q&A   Interviews

employees

Was this review helpful?

Yes 3      No       

## 1.0 ★☆☆☆☆
## Terrible

Sales Associate (Former Employee) - Kendall, FL - July 15, 2020

I worked for this company for over a year and they've tried to cut commission for all employees sooo many times. The owner of petland florida does not care about his employees at all and the manager hires employees solely based on looks. The manager at the kendall location is VERY sexist and believes only women should clean and men should sell. They claim to give you 6% commission for your sales but if you don't reach a certain goal your commission is cut. If you want to work here i suggest rethinking it.

✓ **Pros**
   Puppies

✗ **Cons**
   Pay, management, employees

Was this review helpful?

Yes 1      No       

# 2.0 ★★☆☆☆

# Stressful

Kennel Technician (Former Employee) -
Tyler, TX - April 12, 2021

If something happens kennel usually gets blamed for it. You don't get raises that you're promised. Management only cares if it benefits them. Job is very much like a clique

✓ **Pros**
Puppies

✕ **Cons**
Management

Was this review helpful?

← **Indeed Job Search**   

| 813 | 1.5K | 3 | 124 | 46 | |
|---|---|---|---|---|---|
| s **Reviews** | Salaries | Photos | Jobs | Q&A | Interviews |

1.0 ★☆☆☆☆

### extremely competetive workplace with horrible management

<u>Pet Counselor</u> (Former Employee) - <u>Largo, FL</u> - July 30, 2019

The job starts off well and good but if you expect to make any sales then you have to be faster than all the other employees. Expect to sell a dog that can be bought for a few hundred dollars for thousands of dollars with no training at all. Management can be rather unprofessional and tends to talk about the employees behind their backs or even to them. Be prepared to keep any problems you have to yourself. I was told, for sharing a concern of mine, that I would be fired for "lowering company moral". Most of the dogs are sick and tend to have diarrhea when in with the customers which makes for an even harder sell. Also your commission privileges can be taken away at any time if the management doesn't like you.

Pros: they'll hire anyone since everyone quits

�00000ꞔ   |||   ⌒   ╱



4:37

ZipRecruiter                                    Sign In

PETLAND

**Salary**                          Jobs

While ZipRecruiter is seeing annual salaries as high as $26,000 and as low as $15,000, the majority of salaries within the Petland jobs category currently range between $19,000 (25th percentile) to $22,500 (75th percentile) across the United States. The average pay range for a Petland job varies little (about $3,500), which suggests that regardless of location, there are not many opportunities for increased pay or advancement, even with several years of experience.

Based on recent job posting activity on ZipRecruiter, the Petland job market in both Largo, FL and throughout the entire state of Florida is not very active as few companies are currently hiring. People working within the Petland category in your area are making on average $18,413 per year or $2,647 (13%) less than the national average annual salary of $21,060. Florida ranks number 49 out of 50 states nationwide for Petland job salaries.