IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2019-018268-CA-01
SECTION: CA24
JUDGE: Antonio Arzola

**Pooches of Largo, Inc.**

Plaintiff(s)

vs.

**Melanie Moore**

Defendant(s)

_____/

### ORDER ON INTENT TO DISMISS FOR LACK OF PROSECUTION

**THIS CAUSE** having come before the Court for hearing pursuant to the Order to Appear on the intent to dismiss for lack of prosecution, in accordance with Rule 1.420(e), Fla.R.Civ.P., and the Party(ies) having been timely and properly noticed for the hearing, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. There had been record activity within ten (10) months prior to service of this Notice and Order to Appear; or
2. A stay of the action was in effect within the ten (10) months prior to service of this Notice and Order to Appear; or
3. There has been record activity within sixty (60) days immediately following the service of this Notice and Order to Appear; or
4. The Court issued a stay of the action within sixty (60) days immediately following the service of this Notice and Order to Appear; or
5. At least five (5) days before the hearing, the party opposing the dismissal established good cause, in writing, for the action to remain pending.

**[X]   The case is DISMISSED for lack of prosecution**.
The Court finds that the Party(ies) failed to affirmatively establish at least one of the five grounds set forth above.
[ ]  Plaintiff appeared    [ ]  Defendant appeared    **[X]**  No appearance

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>16th day of October, 2020</u>.

<u>2019-018268-CA-01 10-16-2020 8:14 PM</u>
Hon. Antonio Arzola

**CIRCUIT COURT JUDGE**
Electronically Signed

Final Order as to All Parties SRS #: **12** (Other)

THE COURT DISMISSES THIS CASE AGAINST ANY PARTY NOT LISTED IN THIS FINAL ORDER OR PREVIOUS ORDER(S). THIS CASE IS CLOSED AS TO ALL PARTIES.

**Electronically Served:**

Matthew Seth Sarelson P.A. P.A., msarelson@sarelson.com
Matthew Seth Sarelson P.A. P.A., matthew.sarelson@icloud.com

**Physically Served:**