UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELANIE MOORE,

     Plaintiff,

v.                                 Case No: 8:20-cv-2184-T-35SPF

POOCHES OF LARGO, INC. and
LUIS MARQUEZ, Individually and as
owner of Pooches of Largo, Inc.,

     Defendants.

_____

## ORDER

    **THIS CAUSE** comes before the Court for consideration of Defendants' Motion to Strike Plaintiff's Unilateral Scheduling Report and Related Documents and Motion to Adopt the Attached Report. (Dkt. 49) Therein, Defendants seek for the Court to strike Plaintiff's unilateral scheduling report. (Dkt. 46) Defendants also seek to strike Plaintiff's supplemental filing, which contains emails between Plaintiff and Defense counsel. (Dkt. 48) These emails contain confidential settlement discussions; thus, they are due to be stricken from the record. Defendants also request that the Court adopt their proposed unilateral scheduling report. (Dkt. 49-1) Upon consideration, the Court hereby **ORDERS** that Defendants' Motion, (Dkt. 49), is **GRANTED IN PART and DENIED IN PART**.

    1.  Plaintiff's supplemental filing, (Dkt. 48), is **STRICKEN**, as the emails therein contain settlement discussions.

1

2. Defendants' request that the Court adopt their unilateral case management report is also **DENIED**.

3. The Parties' unilateral case management reports, (Dkts. 46, 49-1), are **STRICKEN**. Because the Parties are unable to agree as to any deadlines, the Court will select appropriate deadlines for the Parties and enter a Case Management and Scheduling Order by separate notice.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of December 2022.

_____

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party