**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
Case No. 8:20-cv-2184-MSS-SPF

**MELANIE MOORE**

     Plaintiff,

v.

**POOCHES OF LARGO, INC.**
**d/b/a PETLAND &**
**LUIS MARQUEZ,**

     Defendants.

_____/

**NOTICE OF MEDIATOR SELECTION**

The Parties hereby notify the Court that they have agreed on Cynthia N.

Sass to serve as mediator.  The Parties intend to schedule a zoom mediation in

short order.

       Respectfully submitted,


     /s/ Matthew Sarelson
     Matthew Seth Sarelson, Esq.
     **DHILLON LAW GROUP, INC.**
     Counsel for Defendants
     1601 Forum Place, Suite 403
     West Palm Beach, Florida 33401
     305-391-2111
     Msarelson@dhillonlaw.com
     Florida Bar No. 888281