IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Case No. 8:20-cv-2184-MSS-SPF

**MELANIE MOORE**

    Plaintiff,

v.

**POOCHES OF LARGO, INC. &
LUIS MARQUEZ,**

    Defendants.
_____/

## DEFENDANTS' MOTION FOR A FIVE-DAY EXTENSION OF TIME TO FILE THEIR MOTION FOR FINAL SUMMARY JUDGMENT

Pursuant to Local Rule 3.01, Defendants Pooches of Largo, Inc. & Luis Marquez hereby file their Motion for a Five-Day Extension of Time to File their Motion for Final Summary Judgment.

1. Defendants' summary judgment motion is due on Friday, April 7, 2023. The motion is nearly complete, but between Passover and Good Friday, the Defendants are having difficulty obtaining affidavits and client approval, etc.

2. Defendants request a five-day extension until Wednesday, April 12, 2023. This request is made in good faith and not for purposes of delay.

For the reasons stated above, Defendants request an order setting a April 12, 2023 deadline to file its case-dispositive motion for final summary judgment.

    Respectfully submitted,

    /s/ Matthew Sarelson
    Matthew Seth Sarelson, Esq.
    **DHILLON LAW GROUP, INC.**

Counsel for Defendants
1601 Forum Place, Suite 403
West Palm Beach, Florida 33418
305-773-1952
msarelson@dhillonlaw.com
Florida Bar No. 888281

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 3.01(g), I emailed Ms. Moore on April 7, 2023 but, not surprisingly, I have not heard back. Ms. Moore generally responded to emails at or around midnight, so I do not anticipate a timely response.

/s/ Matthew Sarelson
Matthew Sarelson, Esq.