IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Case No. 8:20-cv-2184-MSS-SPF

**MELANIE MOORE**

    Plaintiff,

v.

**POOCHES OF LARGO, INC. &
LUIS MARQUEZ,**

    Defendants.

_____/

**LUIS MARQUEZ' AFFIDAVIT IN SUPPORT OF
THE DEFENDANTS' MOTION FOR FINAL SUMMARY JUDGMENT**

1. I am Luis Marquez. I am over 18 years old and I make this declaration both on personal knowledge and upon a review of the business records of Pooches of Largo, Inc. and in consultation with other employees.

2. I am one of the owners of Pooches. Pooches operates a Petland franchise in Largo, Florida. I partially own several other Petland franchises throughout Florida.

3. According to our business records, Ms. Moore was hired in early August 2018 after applying for a job through Indeed.com. To the best of our knowledge, it was a full-time Veterinary Technician job paying $35,000 annually as claimed by Ms. Moore. *See* Exhibit A.

4. We cannot locate records identifying the job she was actually offered. It is possible she was not offered a Vet Tech job but was instead offered a Kennel Technician job, which paid $8.45 per hour at the time. It is also possible she was offered the Vet Tech job, but she was inadvertently onboarded as a Kennel Tech.

5. Ms. Moore worked for Pooches for three weeks in August 2018 ending on August 31, 2018.

6. Plaintiff's first pay was via a live check on August 31, 2018 (covering 24.27 hours during her first week). The gross was $205.08. Her second pay was via direct

deposit on September 14, 2018 (covering 44.07 hours during weeks two and three ending on August 31, 2018). The gross was $372.39. *See* Exhibit B.

7. According to company records, she worked a total of 64.34 hours during the entire three-week window in August 2018. The Company has no evidence indicating she actually worked more hours for which she was paid; nor did she make any allegation of working off-the-clock until this lawsuit was filed.

8. I have reviewed a text message dated August 31, 2018 between Ms. Moore and a supervisor, Alison Nieves. *See* Exhibit C. The entire text message was filed by Ms. Moore in this lawsuit. [D.E. 1-1, pp. 11-14]. The Company has no records or knowledge of any communication from Ms. Moore on August 31, 2018 except for this text message.

9. Ms. Moore claimed she was paid only $8.45 per hour instead of $35,000.00 annually. Ms. Nieves confirmed what she believed to be the correct rate of pay based on the company's payroll information. Ms. Neives encouraged Ms. Moore to call the corporate office, but there is no record or knowledge of Ms. Moore ever doing so. Ms. Moore then accused Pooches of being a scam and cheating her. In light of baseless and unprofessional accusations, Ms. Moore was terminated immediately.

10. For the three weeks of employment in August 2018, the difference between what Ms. Moore claims she was owed at $35,000 annually (which is $673.08 weekly) and what she was paid at $8.45 hourly comes to $1,441.77 gross.

11. Ms. Moore never made any presuit demand under the Florida minimum wage act. She made a confidential demand letter through an attorney alleging a violation of the Florida whistleblower act. She has filed the demand letter multiple times.

12. Pooches' job posting on Indeed.com is not an offer of employment. It is an invitation for interested applicates to submit a resume. Once a resume is submitted, Pooches considers an interview and if the interview goes well Pooches considers making a job offer to the applicant.

13. I had no personal knowledge or involvement in anything concerning Ms. Moore. I live and work in Broward County, Florida. I have never met or communicated with Ms. Moore in any way. Personally, I did not place the job posting, I did not interview

her, I did not make her a job offer, I did not review her time records or paystubs, and I did not have anything to do with any discrepancy over her rate of pay. I did not make any statement, false or otherwise, to Ms. Moore. I have no recollection of Ms. Moore's name in any way until her lawyer sent Pooches a demand letter.

14. In light of the apparent misunderstanding about her pay, we have offered to pay her the $1,500.00 difference between the salary and what she actually was paid during the three-weeks of employment.

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/12/2023___.

_Luis Marquez_
LUIS MARQUEZ





| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| Pooches Of Largo Inc 10289 Ulmerton Rd Largo, FL 33771 | | | | Period Starting: 08/17/2018 Period Ending: 08/30/2018 Pay Date: 08/31/2018 | ADP |

Taxable Marital Status: Single
Exemptions/Allowances:  Tax Override:
  Federal: 0    Federal:
  State: 0      State:
  Local: 0      Local:
Social Security Number: XXX-XX-XXXX

MELANIE N MOORE

Largo, FL 33778

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 8.4500 | 24.27 | 205.08 | 205.08 |
| Gross Pay | | | $205.08 | $205.08 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 24.27 | 24.27 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -6.28 | 6.28 |
| Social Security | -12.71 | 12.71 |
| Medicare | -2.97 | 2.97 |

Net Pay    $183.12

Your federal taxable wages this period are $205.08

Pooches Of Largo Inc
10289 Ulmerton Rd
Largo, FL 33771

63-466/631

Payroll Check Number: 50002
Pay Date: 08/31/2018

Pay to the order of: MELANIE N MOORE
This amount: ONE HUNDRED EIGHTY THREE AND 12/100      $183.12

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

REGIONS BANK   MELANIE N MOORE
               Largo, FL 33778

EXHIBIT B

| Company Code | Loc/Dept | Number | Page | | Earnings Statement | |
|---|---|---|---|---|---|---|
| Pooches Of Largo Inc | | | | | | ADP |
| 10289 Ulmerton Rd | | | | Period Starting: | 08/31/2018 | |
| Largo, FL 33771 | | | | Period Ending: | 09/13/2018 | |
| | | | | Pay Date: | 09/14/2018 | |

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

MELANIE N MOORE

Largo, FL 33778

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 8.4500 | 44.07 | 372.39 | 577.47 |
| Gross Pay | | | $372.39 | $577.47 |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | -23.01 | 29.29 |
| Social Security | | -23.09 | 35.80 |
| Medicare | | -5.40 | 8.37 |
| Net Pay | | $320.89 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 44.07 | 68.34 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX4752 | XXXXXXXXX | 320.89 |

Your federal taxable wages this period are $372.39

---

Pooches Of Largo Inc
10289 Ulmerton Rd
Largo, FL 33771

Pay Date: 09/14/2018

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX4752 | XXXXXXXXX | 320.89 |

**THIS IS NOT A CHECK**

MELANIE N MOORE
Largo, FL 33778



EXHIBIT C

**Allison Petland**
today at 7:49 PM

That is right 6:25 PM

Certified Veterinary Technician - Largo, FL - Indeed.com
www.indeed.com

http://www.indeed.com/viewjob?from=appsharedroid&jk=bc4f38c3a9b0e8fd 6:45 PM

It says no longer available but the 8.45 is right 6:47 PM

- have good people/customer service skills

-work well / manage team members

Do not contact the store. Please submit resume

Job Type: Full-time

Salary: $35,000.00 /year

Experience:

- Veterinary Technician: 1 year (Required)

 **Allison Petland**
online
 

> That is the position I applied for and that is the position I was hired for. Why would I leave my last job making almost $16 an hour for a job that pays less than half of what I was making? Bait and switch is illegal as hell. They can't offer a job at one pay rate and then change the rate after someone has already put in the hours.   6:54 PM ✓✓

> I know it's not your fault. I'm not blaming you. But that is a total scam.   6:55 PM ✓✓

> I would call corporate to figure it out   6:56 PM

> I will see about getting a layer and have them call. I think that would be the best way to handle it.   7:04 PM ✓✓

 |Type a message     




> can't offer a job at one pay rate and then change the rate after someone has already put in the hours. 6:54 PM

> I know it's not your fault. I'm not blaming you. But that is a total scam. 6:55 PM

> I would call corporate to figure it out 6:56 PM

> I will see about getting a layer and have them call. I think that would be the best way to handle it. 7:04 PM

> I'm sorry to say but your employment at Petland is terminated immediately and we will have our legal team look into the wage disagreement. It was a pleasure working with you. 7:47 PM