I will not be attending the deposition as scheduled and do not intend to engage in a back and forth with you and will not be responding further. You have failed to comply with the federal rules of civil procedures regarding deposition procedure. Based on this, no objection is necessary at this time as your attempt to have me appear is improper based on the rules. If I am properly compelled to attend the deposition, I will appear at that time.

Richard Celler
Richard@floridaovertimelawyer.com
www.floridaovertimelawyer.com
866-344-WAGE (9243)

> On Mar 1, 2023, at 5:47 PM, M e <vettechmnm@gmail.com> wrote:
>
> Wow. This is how you treat past clients? I wasn't asking you for guidance. I simply asked you to explain the basis for your objection. Frankly, it surprises me that you respond with such hostility. Unless you have something to hide, I would have thought that as my former counsel, you would be, or should be, more than happy to provide any information requested of you given that the requested information pertains to my own case and to your representation without a court order requiring you to disclose the information.
>
> If you consult the rules, you will see that your belief that you are under no obligation to state the grounds for your objection is incorrect. Simply saying you object is not enough. Surely you don't need me to tell you that.
>
> Nevertheless, I am neither a mind reader nor do I have a crystal ball. And since you have responded so defensively and with such an unwillingness to cooperate, I cannot address, much less remedy, an issue of which I have no knowledge. So unless you can provide some factual basis to the contrary, the subpoena fully complies with the FRCP.
>
> I can see by your condescending tone and patronizing words that you have a problem with my pro se status. However, of you recall, it was YOU who put me in the position of having to choose between filing

my case myself or eating the loss of $2000 in unpaid wages. You represented me for 9 months and didn't do a damn thing until you decided that this case you undertook on contingency nearly a year earlier suddenly wasn't a "good fit" for your firm to file. I trusted you. It's not my fault you let me down. Don't take it out on me because because you are bothered by the fact that I am still trying to recover my wages 5 years later. I don't like to work for free any more than you do. You were probably hoping you did me in when you dumped my case. Now you're just mad to learn that you didn't.

You should file your objection to the subpoena with the court to relieve you of your obligation to appear for deposition. I really thought you would use the opportunity to clear your name given that the other side has thrown you under the bus over and over again for the last three years. Nevertheless, your defensive and belligerent refusal to comply with the subpoena speaks volumes in and of itself and tells me all I need to know.

On Wed, Feb 22, 2023, 12:11 PM Richard Celler <Richard@floridaovertimelawyer.com> wrote:

> Ms. Moore:
>
> It is not neither my obligation to be specific nor guide you through the process. The rules are very detailed and specific regarding compelling the testimony of a 3rd party witness, and require full compliance. Please consider this my objection to your subpoena for non-compliance with the Federal Rules of Civil Procedure, and the Local Rules for the Middle District of Florida. If the deficiencies with your subpoena are not corrected, I will not be appearing or complying with same. By handling this matter pro se, you are not excused from complying with the rules and procedural requirements.
>
> **Richard Celler, Esq.**
>
> **Richard Celler Legal, P.A.**
>
> **Phone: 866-344-WAGE (9243)**

> **Email: richard@floridaovertimelawyer.com**

**From:** M e <vettechmnm@gmail.com>
**Sent:** Wednesday, February 22, 2023 12:04 PM
**To:** Richard Celler <Richard@floridaovertimelawyer.com>
**Subject:** Re: SERVICE OF COURT DOCUMENT 8:20-CV-02184MSS-SPF

You don't often get email from vettechmnm@gmail.com. Learn why this is important

Hi Mr. Celler,

Thank you for responding. Do you mind being more specific? What is it you are taking issue with?

Thanks.

On Wed, Feb 22, 2023, 11:09 AM Richard Celler <Richard@floridaovertimelawyer.com> wrote:

> Hi Ms. Moore:
>
> Once you comply with the requirements of the federal rules of procedures for depositions of non party witnesses, we will attend. If that does not happen, I will not be appearing. Hope all is well.
>
> **Richard Celler, Esq.**

**Richard Celler Legal, P.A.**

Phone:  866-344-WAGE (9243)

Email: **richard@floridaovertimelawyer.com**

From: M e <vettechmnm@gmail.com>
Sent: Wednesday, February 22, 2023 10:55 AM
To: Richard Celler <Richard@floridaovertimelawyer.com>
Subject: SERVICE OF COURT DOCUMENT 8:20-CV-02184MSS-SPF

You don't often get email from vettechmnm@gmail.com. Learn why this is important

United States District Court for the Middle District of Florida

*Melanie Moore v. Pooches of Largo  Inc.,  Luis Marquez*

8:20-CV-02184MSS-SPF

Mr. Celler,

Attached is a SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION commanding you to appear and produce documents and ESI set forth in the Subpoena on March 6, 2023 at 10:00 a.m.

Deposition will be taken remotely using Zoom. Login credentials are forthcoming.

Thank you.

Melanie Moore


727 692-0143