# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MELANIE NICOLE MOORE,**

    Plaintiff,

v.                                                                             **Case No: 8:20-cv-2184-MSS-SPF**

**POOCHES OF LARGO, INC. and**
**LUIS MARQUEZ,**

    Defendants.

_____

# ORDER

      **THIS CAUSE** comes before the Court for consideration *sua sponte*. This matter is currently set for the July 2023 Trial Term. (Dkt. 76) Due to the Court's current trial schedule, the Court finds it necessary to continue this matter to the August 2023 Trial Term.

      Accordingly, it is **ORDERED** that this case is **CONTINUED** to the **AUGUST 2023 TRIAL TERM**, which commences on July 31, 2023, with a more precise trial date to follow. The Court will contact the parties for a telephonic or Zoom status conference ahead of the August Trial Term. If the parties wish to proceed to trial prior to the August 2023 Trial Term, the parties may consider consent to resolution of this action by the Magistrate Judge. Should the parties consent to the Magistrate Judge's jurisdiction, they must file a completed Form AO 85 which can be found on the Court's website at https://www.flmd.uscourts.gov/forms/all.

**DONE and ORDERED** in Tampa, Florida, this 29th day of June 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record