UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

**MELANIE MOORE**

    Plaintiff,
v.                                                   Case No. 8:20-cv-2184-MSS-SPF

**POOCHES OF LARGO, INC. &**
**LUIS MARQUEZ,**

    Defendants.
_____/

# SPECIAL INTERROGATORIES TO THE JURY

## (Defendants' Proposed Verdict Form)

### Count I – Minimum Wage

Do you find from a preponderance of the evidence:

1. That Pooches of Largo, Inc. failed to pay Melanie Moore the minimum wage required by law?

    Answer Yes or No            _____

If your answer is "No," this ends your deliberations as to Count I. If your answer is "Yes," go to the next question.

2. That Pooches of Largo, Inc. knew or showed reckless disregard for whether the FLSA prohibited its conduct?

Answer Yes or No        _____

3. That Melanie Moore should be awarded damages?

Answer Yes or No        _____

If your answer is "Yes,"

in what amount?    $_____

If your answer is "No," this ends your deliberations as to Count I.  If your answer is "Yes," go to the next question.

4. That Luis Marquez personally played a substantial role in causing the FLSA violation?

Answer Yes or No        _____

**Count II – Fraud**
**(Pooches of Largo, Inc.)**

Do you find from a preponderance of the evidence:

1. That Pooches of Largo, Inc. made a false statement concerning a material fact?

Answer Yes or No        _____

2. That Pooches of Largo, Inc. knew the statement was false when it made it?

Answer Yes or No   _____

3. That Pooches of Largo intended for Melanie Moore to rely on the false statement?

Answer Yes or No   _____

4. The Melanie Moore relied on the false statement?

Answer Yes or No   _____

5. That Melanie Moore's reliance was the legal cause of loss to her?

Answer Yes or No   _____

If the answer to all five questions was YES, please answer the following question. If you answer NO to any of the five questions, do not answer the final question.

6. That Melanie Moore is entitled to actual damages?

Answer Yes or No   _____

If your answer is "Yes,"

in what amount?   $_____

**Count III – Fraud**

# (Luis Marquez)

Do you find from a preponderance of the evidence:

1. That Luis Marquez personally made a false statement concerning a material fact to Melanie Moore?

    Answer Yes or No             _____

2. That Luis Marquez knew the statement was false when he made it?

    Answer Yes or No             _____

3. That Luis Marquez intended for Melanie Moore to rely on the false statement?

    Answer Yes or No             _____

4. The Melanie Moore relied on the false statement?

    Answer Yes or No             _____

5. That Melanie Moore's reliance was the legal cause of loss to her?

    Answer Yes or No             _____

If the answer to all five questions was YES, please answer the following question. If you answer NO to any of the five questions, do not answer the final question.

6. That Melanie Moore is entitled to actual damages?

  Answer Yes or No    _____

If your answer is "Yes,"

  in what amount?    $_____

SO SAY WE ALL.

_____

Foreperson's Signature

DATE: _____