# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division
Case No. 8:20-cv-2184-MSS-SPF

**MELANIE MOORE**

    Plaintiff,

        v.

**POOCHES OF LARGO, INC. &**
**LUIS MARQUEZ**

    Defendants.

_____/

## DEFENDANTS' TRIAL EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | | | | Plaintiff's paycheck stub from Pooches of Largo, Inc. for her first week of employment |
| 2. | | | | | Plaintiff's direct deposit notice from Pooches of Largo, Inc. for second and third weeks of employment |
| 3. | | | | | 8/31/2018 Text exchange between Plaintiff and Alison Nieves |
| 4. | | | | | Unauthenticated Indeed.com job posting for Certified |

|   |   |   |   |   |   | Veterinary Technician at the Largo, Florida Petland location. |
|---|---|---|---|---|---|---|
| 5. |   |   |   |   |   | 12/6/2018 Demand letter from Cellar Legal P.A. to Pooches of Largo, Inc. |
| 6. |   |   |   |   |   | Screenshot of Indeed.com showing performance analytics for Pooches of Largo, Florida's Kennel Technician job posting. |
| 7. |   |   |   |   |   | Copies of Plaintiff's time slips from Pooches of Largo, Florida. |
| 8. |   |   |   |   |   | Wage Agreement indicating $35,000 salary |

Respectfully submitted,

/s/ Matthew Sarelson
Matthew Seth Sarelson, Esq.
**DHILLON LAW GROUP, INC.**
Counsel for Defendants
1601 Forum Place, Suite 403
West Palm Beach, Florida 33401
305-773-1952
msarelson@dhillonlaw.com
Florida Bar No. 888281