**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
Case No. 8:20-cv-2184-MSS-SPF

**MELANIE MOORE**

     Plaintiff,

v.

**POOCHES OF LARGO, INC.**
**d/b/a PETLAND &**
**LUIS MARQUEZ,**

     Defendants.

_____/

**DEFENDANTS' TRIAL WITNESS LIST**

Defendants identify the following person as a potential trial witness who **may** be called upon to testify:

1.    Allison Nieves (Kennel Manager, Pooches of Largo, Inc.), c/o defense counsel, knowledge of Plaintiff's claims. Ms. Nieves will also serve as the corporate representative.

    Respectfully submitted,

    /s/ Matthew Sarelson
    Matthew Seth Sarelson, Esq.
    **DHILLON LAW GROUP, INC.**
    Counsel for Defendants
    1601 Forum Place, Suite 403
    West Palm Beach, Florida 33401
    305-773-1952
    msarelson@dhillonlaw.com
    Florida Bar No. 888281