# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division
Case No. 8:20-cv-2184-MSS-SPF

**MELANIE MOORE**

    Plaintiff,

           v.

**POOCHES OF LARGO, INC. &**
**LUIS MARQUEZ**

    Defendants.

_____/

## DEFENDANTS' AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | | | | Plaintiff's paycheck stub from Pooches of Largo, Inc. for her first week of employment |
| 2. | | | | | Plaintiff's direct deposit notice from Pooches of Largo, Inc. for second and third weeks of employment |
| 3. | | | | | 8/31/2018 Text exchange between Plaintiff and Alison Nieves |
| 4. | | | | | Unauthenticated Indeed.com job posting for Certified |

|   |   |   |   |   | |
|---|---|---|---|---|---|
|   |   |   |   |   | Veterinary Technician at the Largo, Florida Petland location |
| 5. |   |   |   |   | 12/6/2018 Demand letter from Cellar Legal P.A. to Pooches of Largo, Inc |
| 6. |   |   |   |   | Screenshot of Indeed.com showing performance analytics for Pooches of Largo, Florida's Kennel Technician job posting |
| 7. |   |   |   |   | Copies of Plaintiff's time slips from Pooches of Largo, Florida |
| 8. |   |   |   |   | Unauthenticated Wage Agreement indicating $35,000 salary |
| 9. |   |   |   |   | Pooches of Largo, Inc.'s employee timesheet for Plaintiff's first week of employment |
| 10. |   |   |   |   | Pooches of Largo, Inc.'s employee timesheet for Plaintiff's second week of employment |
| 11. |   |   |   |   | Pooches of Largo, Inc.'s |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | employee timesheet for Plaintiff's third week of employment |
| 12. | | | | | Pooches of Largo, Inc.'s employee timesheet showing total hours worked for Plaintiff's first week of employment |
| 13. | | | | | Pooches of Largo, Inc.'s timesheet showing total hours worked for Plaintiff's second week of employment |
| 14. | | | | | Pooches of Largo, Inc.'s timesheet showing total hours worked for Plaintiff's third week of employment |
| 15. | | | | | Pooches of Largo, Inc. payroll liability for the period of 8/17/2018 through 8/30/2018 |
| 16. | | | | | Pooches of Largo, Inc payroll liability for the period of 8/31/2018 through 9/13/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 17. | | | | | Pooches of Largo, Inc. payroll summary for the period of 8/17/2018 through 8/30/2018 |
| 18. | | | | | Pooches of Largo, Inc payroll summary for the period of 8/31/2018 through 9/13/2018 |
| 19. | | | | | Pooches of Largo, Inc. Regions Bank statement from September 2018 |
| 20. | | | | | Plaintiff's 2018 W2 from Pooches of Largo, Inc. |

Respectfully submitted,

/s/ Matthew Sarelson
Matthew Seth Sarelson, Esq.
**DHILLON LAW GROUP, INC.**
Counsel for Defendants
1601 Forum Place, Suite 403
West Palm Beach, Florida 33401
305-773-1952
msarelson@dhillonlaw.com
Florida Bar No. 888281