UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MELANIE NICOLE MOORE,**

      **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　Case No: 8:20-cv-2184-MSS-SPF

**POOCHES OF LARGO, INC. and
LUIS MARQUEZ,**

      **Defendants.**

_____

# ORDER

**THIS CAUSE** is before the Court for consideration of Plaintiff's Unopposed Motion to Continue Trial. (Dkt. 86) Upon consideration of the relevant filings, case law, and being otherwise fully advised, it is **ORDERED** as follows:

1. Plaintiff's Unopposed Motion to Continue Trial, (Dkt. 86), is **GRANTED**.

2. This matter is hereby specially set for trial to commence on Monday, September 18, 2023, at 9:00 a.m. before United States District Judge Mary S. Scriven, in Tampa Courtroom 7A. If counsel is unable to serve the witnesses in the next week or so, counsel may move to allow service by alternative means.

3. **Two (2) days** have been reserved for the trial.

4. On or before **August 11, 2023**, the Parties shall file a copy of their proposed JOINT jury instructions, JOINT verdict forms, and *voir dire* in Word format.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of August 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any pro se party