UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELANIE NICOLE MOORE,

    Plaintiff,

v.                                            Case No: 8:20-cv-2184-MSS-SPF

POOCHES OF LARGO, INC and
LUIS MARQUEZ,

    Defendants.

_____

**PLAINTIFF, MELANIE NICOLE MOORE'S MOTION FOR EXTENSION**

    Plaintiff, Melanie Nicole Moore, by and through undersigned counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, respectfully moves this Court for an extension of time to file proposed JOINT jury instructions, JOINT verdict forms, and *voir dire*.

    1. On September 18, 2020, the Court granted Ms. Moore's Motion to Proceed *in forma pauperis*. Ms. Moore has proceeded in this matter without representation of counsel.

    2. On July 31, 2023, Attorney Ana Abdo was appointed as limited counsel for Plaintiff for the purpose of assisting Plaintiff with preparation and service of trial subpoenas.

    3. On August 4, 2023, the Court granted the Plaintiff's Unopposed Motion to Continue Trial and set the matter for trial to commence on September 18, 2023.

4. The Court's Order granting the Unopposed Motion to Continue Trial also imposed a deadline of August 11, 2023 for Parties to file a copy of their proposed JOINT jury instructions, JOINT verdict forms, and *voir dire*.

5. Ms. Abdo and Attorney Scott McLaren may be able to provide additional limited pro bono representation **solely** to assist Ms. Moore in preparing the JOINT jury instructions, JOINT verdict forms, and *voir dire* and working with opposing counsel to finalize such documents.

6. Ms. Abdo and Mr. McLaren have scheduling conflicts until the end of August, which would prevent them from providing this additional limited representation absent an extension of the deadline until September 8, 2023.

7. If this extension request is denied, Ms. Abdo and Mr. McLaren will not be able to assist Plaintiff further on these matters.

8. This extension request is not being made for any improper purpose nor is it made for the purposes of delay.

9. Pursuant to the Federal Rules of Civil Procedure 6(b)(1)(A), "when an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

10. There is good cause to extend the deadline to file the JOINT jury instruction, JOINT verdict forms, and *voir dire* in order to allow Ms. Abdo and Mr. McLaren to provide this additional limited pro bono representation to Ms. Moore.

WHEREFORE, Plaintiff, Melanie Nicole Moore, respectfully requests that the Court enter an Order granting an extension of time until September 8, 2023 for Plaintiff to file proposed JOINT jury instructions, JOINT verdict forms, and *voir dire*.

Respectfully submitted,

/s/Ana M. Abdo
Ana M. Abdo (FBN: 1039842)
Hill Ward Henderson, P.A.
Post Office Box 2231
Tampa, FL 33601
ana.abdo@hwhlaw.com
lori.williamson@hwhlaw.com
*Limited Counsel for Plaintiff,*
*Melanie Nicole Moore*

## LOCAL RULE 3.01(g) CERTIFICATION

**I HEREBY CERTIFY** that undersigned counsel has conferred by telephone and e-mail with counsel for Defendants on August 9, 2023. Defendant's counsel opposed the requested relief herein.

## CERTIFICATE OF SERVICE

I certify that on August 9, 2023, this document was electronically filed with the Clerk of Court for the Middle District of Florida, Tampa Division, by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/Ana M. Abdo
Hill Ward Henderson
*Limited Counsel for Plaintiff,*
*Melanie Nicole Moore*

18559351v1