IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:20-cv-2184-MSS-SPF

**MELANIE MOORE**

    Plaintiff,

v.

**POOCHES OF LARGO, INC.
d/b/a PETLAND &
LUIS MARQUEZ,**

    Defendants.

_____/

**DEFENDANTS' AMENDED TRIAL WITNESS LIST**

Defendants identify the following people as potential trial witnesses who **may** be called upon to testify:

1. Allison Nieves (Kennel Manager, Pooches of Largo, Inc.), c/o defense counsel, knowledge of Plaintiff's claims.

2. Yessi Tello (Kennel Manager, Pooches of Largo, Inc.), c/o defense counsel, knowledge of Plaintiff's claims.

3. Luis Marquez (Defendant/CEO, Pooches of Largo, Inc.), c/o defense counsel, knowledge of Plaintiff's claims. Mr. Marquez will also serve as the corporate representative.

    Respectfully submitted,

/s/ Matthew Sarelson
Matthew Seth Sarelson, Esq.
**DHILLON LAW GROUP, INC.**
Counsel for Defendants
1601 Forum Place, Suite 403
West Palm Beach, Florida 33401
305-773-1952

        msarelson@dhillonlaw.com
        Florida Bar No. 888281