UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MELANIE MOORE,**

    Plaintiff,

v.                                 Case No: 8:20-cv-2184-MSS-SPF

**POOCHES OF LARGO, INC. and
LUIS MARQUEZ,**

    Defendants.

_____

## AMENDED ORDER

**THIS CAUSE** comes before the Court *sua sponte.* At the Pretrial Conference held on July 26, 2023, the Plaintiff, Melanie Moore, requested permission to bring a laptop, and cell phone into the courthouse for use during the trial of this matter. The trial previously set to commence on Monday, August 7, 2023, at 9:00 AM, is rescheduled. The new scheduling date and time is Monday, September 18, 2023, at 9:00 AM ending on or about Wednesday, September 20, 2023.

Upon consideration, the Court **GRANTS** the Plaintiff's request. It is hereby **ORDERED** as follows:

1. Melanie Moore is permitted to bring the following equipment into the Sam M. Gibbons Federal Courthouse beginning Monday, September 18, 2023, at 9:00 AM ending on or about Wednesday, September 20, 2023 or through the duration of the trial of this matter, whichever is later:

   a. One (1) cellular phone;

   b. One (1) laptop computer;

2. All cellular phones must be turned off or switched to silent mode while in the courtroom and may be used only 1) outside the courtroom in the attorney conference rooms or 2) outside the building entirely.

3. Any person authorized by this Order shall present a copy of this Order to security personnel when he enters the courthouse with the electronic equipment. Security personnel require that the authorized person present picture identification at the time of entry. The cellular phone, laptop computer, and tablet are subject to inspection at any time by courthouse security personnel and may not be used to record official proceedings of the Court. A violation of this Order will constitute contempt of court and may subject the violator to severe sanctions.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of August 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person