UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELANIE NICOLE MOORE,

    Plaintiff,

v.                                                Case No: 8:20-cv-2184-MSS-SPF

POOCHES OF LARGO, INC and
LUIS MARQUEZ,

    Defendants.

_____

**PLAINTIFF'S PROPOSED *VOIR DIRE* QUESTIONS**

Plaintiff, Melanie Nicole Moore, by and through undersigned counsel, hereby submits the following proposed *voir dire* questions for use by the Court during jury selection for the trial scheduled to begin on September 18, 2023.

1) Have you or a close family member sued or been sued by anyone? If so, what was the nature of the lawsuit?

2) Have you ever been terminated from employment?

    a. If yes, what were the circumstances that led to your termination?

3) Have you or any family members or friends ever been evicted from your residence?

4) Are your wages paid hourly or salary?

5) How would you describe your financial situation? (i.e.. do you live paycheck to paycheck or are you able to comfortably pay your expenses each month with your wages, do you have money saved to sustain your existence in the

event of unexpected loss of employment or loss of other income you rely on to pay your living expenses?)

6) Does anyone know the Defendants' lawyers in this case – Matthew Sarelson and Zachary Stoner from the Dhillon Law Group Inc.?

7) Is anyone familiar with the parties involved in this case – Luis Marquez, Pooches of Largo, or Melanie Moore?

8) Does anyone believe there is something wrong with filing a lawsuit if you have not been paid what you are owed?

9) Does anyone have the opinion that all lawsuits are frivolous?

10) Has anyone ever worked for Petland and/or any of its locations?

    a. If yes, what was your job position?

11) Has anyone ever applied for a job through Indeed.com?

    a. If yes, what was your experience?

12) Have you ever posted a job through Indeed.com?

    a. If yes, what was your experience?

13) Have you ever owned your own business?

    a. If yes, did you have employees making minimum wage?

Respectfully submitted,
/s/Ana M. Abdo
Ana M. Abdo (FBN: 1039842)
Hill Ward Henderson, P.A.
Post Office Box 2231
Tampa, FL 33601
ana.abdo@hwhlaw.com
lori.williamson@hwhlaw.com

*Limited Counsel for Plaintiff,*
*Melanie Nicole Moore*

## CERTIFICATE OF SERVICE

I certify that on September 8, 2023, this document was electronically filed with the Clerk of Court for the Middle District of Florida, Tampa Division, by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/Ana M. Abdo
Hill Ward Henderson
*Limited Counsel for Plaintiff,*
*Melanie Nicole Moore*