DocuSign Envelope ID: 22D8DFF6-4B96-41B4-AA4F-92649367CDE1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
Case No. 8:20-cv-2184-MSS-SPF

**MELANIE MOORE**

      Plaintiff,

v.

**POOCHES OF LARGO, INC. &**
**LUIS MARQUEZ,**

      Defendants.

_____/

**YAYLIN MARTINEZ' DECLARATION**

1.     I am Yaylin Martinez. I am over 18 years old and I make this declaration on personal knowledge.  I am the office manager of Pet Retailers, Inc., the owner of Pooches of Largo, Inc.  I work directly with senior management of the Company.

2.     At the direction of Luis Marquez and the Company's attorneys, I assisted the Company pull records after the Company received a demand letter from Melanie Moore's attorney in 2019. We pulled what little information we had on her given that she only worked for the Company for a few weeks. During that initial search I did not find any weekly time records showing her clocking in and clocking out.

3.     In 2021 I was specifically asked to obtain both the paystubs and the weekly time records for Melanie Moore's August 2018 employment. We had copies of her paystubs and documents showing the entire hours worked in any given week, but we could not locate her weekly time records that would show her clocking in and clocking out. We have been asked on several occasions since then but we were unable to find them.

Page **1** of **2**

*YM*

4.     It was my understanding at the time and throughout this litigation that the weekly time records were stored by the payroll processor ADP.  I never searched Revel because it never occurred to me that the records could be there.  It was not until recently that I was informed that Revel (which now is only the POS system for the Company) maintained the weekly time records from August 2018.

### VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

9/12/2023
Executed on _____.

_____
YAYLIN MARTINEZ