**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Plaintiff(s),**

**Melanie Moore**

**Case No: 8:20-CV-02184MSS-SPF**

**V.**

| | |
|---|---|
| _____ | **Evidentiary** |
| **X** | **Trial** |
| _____ | **Other** |

**Defendant(s),**

**Pooches of Largo, Inc. and Luis Marquez**
_____/

# PLAINTIFF'S EXHIBIT LIST

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | OBJECTIONS/ STIPULATED ADMISSIONS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | | | Marquez Tello Nieves | | **A.** CVT Job Post<br>**B.** Voice Mail Leanne<br>**C.** Voice Mail Lynette<br>**D.** Yessi Tello Text<br>**E.** Yessi Tello Text<br>**F.** Direct Deposit Auth. Form<br>**G.** Pay Stub 8/31/18<br>**H.** Moore/Nieves Text Exchange<br>**I.** Work Schedule 8/20/18<br>**J.** Work Schedule 8/27/18<br>**K.** Work Schedule 9/3/18<br>**L.** Google Timeline 8/13/18<br>**M.** Screenshots Def. Indeed. Acct.<br>**N.** ZipRecruiter Salary Data<br>**O.** www. BLS.gov Salary Data |
| 2 | | | | | **A.** Unlawful Detainer<br>**B.** Public Storage Eviction Notice<br>**C.** Barney's Storage Emails |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | **D.** SPC Transcript (partial)<br>**E.** Mitigation |
| 3 | | | Celler<br>Marquez<br>Sarelson | | **A.** PreSuit Notice<br>**B.** Def. Reply to Presuit<br>**C.** Kennel Tech Stats<br>**D.** Direct Deposit (alleged)<br>**E.** Celler/Moore Emails<br>**F.** Celler/Sarelson Emails<br>**G.** Info. Celler Legal Webpage<br>**H.** Celler Reples to Clients |
| 4 | | | Marquez<br>Sarelson | | **A.** Cease and Desist Letter<br>**B.** Emails Moore/Sarelson<br>**C.** Summons Miami-Dade Cty.<br>**D.** Complaint for Damages<br>**E.** Docket Sheet<br>**F.** Notice of Dismissal<br>**G.** Facebook Page Admin. Info.<br>**H.** www.thepetitionsite.com<br>**I.** www.theodyssey.com |
| 5 | | | Marquez | | Marquez Employee Reviews |
| 6 | | | Marquez | | Misrepresented Job Posts |
| 7 | | | Marquez | | **A.** Covid Paycheck Protection<br>**B.** Marquez Residential |
| 8 | | | Sarelson<br>Marquez | | **A.** Email Sarelson/Moore<br>**B.** Def. Opp. To DQ **Doc. 20**<br>**C.** 1st Mtn. to Dismiss **Doc. 19**<br>**D.** Def. Response Mtn. Order Show Cause **Doc. 28**<br>**E.** Opp. Mtn. Leave to Amend **Doc. 38**<br>**F.** MTD. 2nd Amended Complaint **Doc. 50**<br>**G.** Def. Mtn. Summary Judgement **Doc. 66**<br>**H.** Def. ANSWER **Doc. 62**<br>**I.** Marquez Affidavit Doc. **Doc. 66 (Attch.1)** |
| 9 | | | Sarelson<br>Marquez | | **A.** PL. Initial Disclosures<br>**B.** Def. Initial Disclosures<br>**C.** Def. Answers Interrogatories<br>**D.** Def. Answers Req. Production |
| 10 | | | | | Plaintiff Medical Records/Damages |
| 11 | | | | | |
| 12 | | | | | |

Respectfully Submitted,

Melanie Moore
Plaintiff
15519 Darien Way
Clearwater, Florida 33764
727 692-0143
vettechmnm@gmail.com