

# Certified Veterinary Technician

Petland Pembroke Pines - Largo, FL
$35,000 a year
✓ Your resume matches this job

This position entails a lot of responsibility in our kennels. Our Vet Techs will be in charge of overseeing the daily cleaning and disinfecting as well as in charge of socializing the pups and will be the main caretaker of the puppies in our store. Its essential that knowledge of all medicines and a close relationship with our Veterinary is established.We work on hands with the vet who is at the store 4-5 times a week. Taking weights, administering vaccines, kennel cleanup, feeding, etc will be some of the tasks expected of you. The presentation of the puppies and their kennels is the duty of



- have good people/customer service skills

-work well / manage team members

Do not contact the store. Please submit resume

Job Type: Full-time

Salary: $35,000.00 /year

Experience:

- Veterinary Technician: 1 year (Required)

Education:

- High school or equivalent (Required)

30 days ago
report job