B

 **Petland**                                    **Aug 8, 2018**
Hi Melanie, my name is Lynet...    0:22

 Petland                                          ⋮
Aug 6, 2018, 2:03 PM

🔇  ●                                               ▷
0:00                                            -0:18

Hi Melanie, my name is Leanne and I'm
calling from Petland in regards to the
resume you submitted through indeed
for the veterinary technician position at
Petland. If you can please give me a call
back. My number is +954-440-200-31

📞 Call Petland

Voicemail