4:45

≡ Search Google Voice



**Petland**
Aug 8, 2018, 3:29 PM

0:00 -0:22

Hi Melanie, my name is Lynette. I'm calling from Petland in Largo. If you can please give me a call back, this is regarding the resume you submitted for the certified veterinary technician position. Please give me a call back so we can go ahead and schedule you an interview. Okay? My number is +954-442-300-1060. And again, my name is Lynette. Thank you, bye-bye.

📞 Call Petland

▤ Text Petland

**Petland** Aug
Hi Melanie, my name is Leann..



Voicemail