# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Elizabeth M. Warren                                                Kristin Esposito
Clerk of Court                                                Tampa Division Manager

**DATE:** October 27, 2023

**TO:**    Clerk, U.S. Court of Appeals for the Eleventh Circuit

MELANIE NICOLE MOORE,

      Plaintiff,

v.                                                Case No: 8:20-cv-2184-MSS-SPF

POOCHES OF LARGO, INC. and LUIS MARQUEZ,

      Defendants.

_____

**U.S.C.A. Case No.:**        **TBD**

Enclosed are documents and information relating to an appeal in the above-referenced action.  Please acknowledge receipt on the enclosed copy of this letter.

- Honorable Mary S. Scriven, United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals.  If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from.  Opinion was not entered orally.

- Court Reporter:  David Collier

ELIZABETH M. WARREN, CLERK

By:      s/K. Elliott, Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
# Middle District of Florida (Tampa)
# CIVIL DOCKET FOR CASE #: 8:20−cv−02184−MSS−SPF

Moore v. Pooches of Largo, Inc. et al
Assigned to: Judge Mary S. Scriven
Referred to: Magistrate Judge Sean P. Flynn
Cause: 29:201 Fair Labor Standards Act

Date Filed: 09/16/2020
Date Terminated: 09/26/2023
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Melanie Nicole Moore**

represented by **Melanie Nicole Moore**
15519 Darien Way
Clearwater, FL 33764
727−241−9199
Email: vettechmnm@gmail.com
PRO SE

**Ana M. Abdo**
Hill Ward Henderson
101 E Kennedy Blvd Ste 3700
Tampa, FL 33602
813−506−5191
Email: ana.abdo@hwhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pooches of Largo, Inc.**
*doing business as*
Petland

represented by **Matthew Seth Sarelson**
Dhillon Law Group, Inc.
1601 Forum Place
Suite 403
West Palm Beach, FL 33401
305−773−1952
Email: Msarelson@dhillonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Allen Stoner**
Dhillon Law Group
1601 Forum Place
Suite 403
West Palm Beach, FL 33433
954−815−5432
Email: zstoner@dhillonlaw.com
*ATTORNEY TO BE NOTICED*

1

**Defendant**

**Luis Marquez**                                    represented by   **Matthew Seth Sarelson**
*Individually and as owner of Pooches of*                            (See above for address)
*Largo, Inc.*                                                        *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Zachary Allen Stoner**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Objector**

**Richard Celler**                                  represented by   **Noah E. Storch**
                                                                     Richard Celler Legal, P.A.
                                                                     10368 W. SR 84, Suite 103
                                                                     Davie, FL 33324
                                                                     866/344−9243
                                                                     Fax: 954/337−2771
                                                                     Email: noah@floridaovertimelawyer.com

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2020 | 1 | COMPLAINT against Luis Marquez, Pooches of Largo, Inc. with Jury Demand filed by Melanie Moore. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(TDC) (Entered: 09/17/2020) |
| 09/16/2020 | 2 | MOTION to Proceed In Forma Pauperis / Affidavit of Indigency by Melanie Moore. (TDC) Motions referred to Magistrate Judge Sean P. Flynn. (Entered: 09/17/2020) |
| 09/16/2020 | 3 | MOTION to Appoint Counsel by Melanie Moore. (TDC) Motions referred to Magistrate Judge Sean P. Flynn. (Entered: 09/17/2020) |
| 09/18/2020 | 4 | **RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 − track 2. Notice of pendency of other actions due by 10/2/2020. Signed by Judge Mary S. Scriven on 9/18/2020. (CRB)** (Entered: 09/18/2020) |
| 09/18/2020 | 5 | **INTERESTED PERSONS ORDER Certificate of interested persons and corporate disclosure statement due by 10/2/2020. Signed by Judge Mary S. Scriven on 9/18/2020. (CRB)** (Entered: 09/18/2020) |
| 09/18/2020 | 6 | **ORDER granting 2 Motion to Proceed In Forma Pauperis; denying 3 Request for Court Appointed Attorney. The Clerk is directed to email a copy of this Order to Plaintiff. Signed by Magistrate Judge Sean P. Flynn on 9/18/2020. (CKR)** (Entered: 09/18/2020) |
| 09/24/2020 | 8 | MOTION for Miscellaneous Relief, specifically for access to CM/ECF by Melanie Moore. (TDC) (Entered: 09/25/2020) |
| 09/24/2020 | 9 | NOTICE of pendency of related cases re 4 Related case order and track 2 notice per Local Rule 1.04(d) by Melanie Moore. Related case(s): yes. (TDC) (Entered: 09/25/2020) |
| 09/24/2020 | 10 | CERTIFICATE of interested persons and corporate disclosure statement re 5 Interested persons order by Melanie Moore. (TDC) (Entered: 09/25/2020) |

| 09/25/2020 | 7 | SUMMONS issued as to Luis Marquez, Pooches of Largo, Inc. (TDC) (Entered: 09/25/2020) |
|---|---|---|
| 10/02/2020 | 11 | **ORDER GRANTING 8 Plaintiff's construed Motion for Permission to File Electronically. Signed by Judge Mary S. Scriven on 10/2/2020. (APF)** (Entered: 10/02/2020) |
| 11/05/2020 | 12 | NOTICE Regarding USM 285 Forms by Melanie Nicole Moore. (Attachments: # 1 Mailing Envelope)(TDC) (Entered: 11/06/2020) |
| 12/04/2020 | 13 | NOTICE of Appearance by Matthew Seth S P.A. on behalf of Luis Marquez, Pooches of Largo, Inc. (P.A., Matthew Seth) (Entered: 12/04/2020) |
| 12/10/2020 | 14 | MOTION for Extension of Time to File Answer to Complaint following Informal Waiver of Service by All Defendants. (P.A., Matthew Seth) Modified on 12/11/2020 (TDC). (Entered: 12/10/2020) |
| 12/11/2020 | 15 | **ENDORSED ORDER GRANTING 14 Defendants' Waiver of Service and Motion to Set Response Deadline. Defendants shall have up to and including January 14, 2021 to file answers or otherwise respond to the Complaint. Plaintiff need not undertake any further efforts to serve the Defendants because they have agreed to appear without service. Signed by Judge Mary S. Scriven on 12/11/2020. (APF)** (Entered: 12/11/2020) |
| 12/28/2020 | 16 | RETURN of service on 12/4/2020 by Melanie Nicole Moore as to Luis Marquez. (CRH) (Entered: 12/29/2020) |
| 12/28/2020 | 17 | RETURN of service on 12/4/2020 by Melanie Nicole Moore as to Pooches of Largo, Inc. (CRH) (Entered: 12/29/2020) |
| 01/12/2021 | 18 | First MOTION to Disqualify Counsel *Mathew Sarelson* by Melanie Nicole Moore. (Attachments: # 1 Exhibit Email from OC 12/4/20, # 2 Exhibit Email from OC 12/10/20)(Moore, Melanie) Motions referred to Magistrate Judge Sean P. Flynn. (Entered: 01/12/2021) |
| 01/12/2021 | 19 | MOTION to Dismiss Complaint *for Failing to State a Cause of Action*, MOTION to Strike 1 Complaint *as a Sham Pleading* by All Defendants. (P.A., Matthew Seth) (Entered: 01/12/2021) |
| 01/20/2021 | 20 | RESPONSE in Opposition re 18 First MOTION to Disqualify Counsel *Mathew Sarelson* filed by Luis Marquez, Pooches of Largo, Inc. (P.A., Matthew Seth) Modified on 1/21/2021 (TDC). (Entered: 01/20/2021) |
| 01/22/2021 | 21 | **ORDER denying 18 Plaintiff's Motion to Disqualify Defendants' Counsel. Signed by Magistrate Judge Sean P. Flynn on 1/22/2021. (CKR)** (Entered: 01/22/2021) |
| 02/01/2021 | 22 | RESPONSE in Opposition re 19 MOTION to Dismiss Complaint *for Failing to State a Cause of Action* MOTION to Strike 1 Complaint *as a Sham Pleading* filed by Melanie Nicole Moore. (Moore, Melanie) (Entered: 02/01/2021) |
| 04/05/2021 | 23 | First MOTION for Miscellaneous Relief, specifically PACER Fee Waiver and Exemption Order by Melanie Nicole Moore. (Attachments: # 1 Exhibit Email/PACER)(Moore, Melanie) (Entered: 04/05/2021) |
| 04/07/2021 | 24 | First MOTION for Miscellaneous Relief, specifically order for clarification of discovery/order to amend complaint by Melanie Nicole Moore. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit CM emails)(Moore, Melanie) Modified on 4/7/2021 (TDC). (Entered: 04/07/2021) |
| 04/16/2021 | 25 | **ORDER GRANTING 23 Plaintiff's Motion for PACER Fee Exemption Order. Signed by Judge Mary S. Scriven on 4/16/2021. (APF)** (Entered: 04/16/2021) |
| 07/03/2021 | 26 | NOTICE of change of address by Matthew Seth Sarelson. ***COUNSEL NOTIFED TO UPDATE CONTACT INFORMATION THROUGH PACER.*** (Sarelson, Matthew) Modified on 7/6/2021 (TDC). (Entered: 07/03/2021) |
| 07/07/2021 | 27 | First MOTION for Order to Show Cause Hearing by Melanie Nicole Moore. (Attachments: # 1 Exhibit Email messages to/from OC /CM)(Moore, Melanie) Modified on 7/8/2021 (TDC). (Entered: 07/07/2021) |
| 07/21/2021 | 28 | RESPONSE in Opposition re 27 First MOTION for Order to Show Cause filed by Luis Marquez, Pooches of Largo, Inc. (Sarelson, Matthew) Modified on 7/22/2021 (TDC). (Entered: 07/21/2021) |
| 07/28/2021 | 29 | **ORDER GRANTING IN PART AND DENYING IN PART 19 Defendants' Motion to Dismiss and/or Strike the Complaint as a Sham, Shotgun Pleading. Signed by Judge Mary S. Scriven on 7/28/2021. (APF)** (Entered: 07/28/2021) |
| 07/28/2021 | 30 | **FLSA SCHEDULING ORDER. Signed by Judge Mary S. Scriven on 7/28/2021. (APF)** (Entered: 07/28/2021) |
| 07/30/2021 | 31 | **ORDER GRANTING IN PART AND DENYING IN PART 24 Plaintiff's Motion for Relief; DENYING 27 Plaintiff's Motion for an Order and Hearing to Show Cause. Signed by Judge Mary S. Scriven on 7/30/2021. (APF)** (Entered: 07/30/2021) |
| 07/30/2021 | 32 | CORPORATE Disclosure Statement by Luis Marquez, Pooches of Largo, Inc. (Sarelson, Matthew) Modified on 8/2/2021 (TDC). (Entered: 07/30/2021) |
| 08/09/2021 | 33 | ANSWER and affirmative defenses to 1 Complaint by Luis Marquez, Pooches of Largo, Inc. (Attachments: # 1 Exhibit A − Pay Stubs)(Sarelson, Matthew) Modified on 8/9/2021 (TDC). (Entered: 08/09/2021) |
| 08/13/2021 | 34 | ANSWER to court interrogatories by Melanie Nicole Moore. (Attachments: # 1 Exhibit, # 2 Notarization)(TDC) (Entered: 08/13/2021) |
| 05/02/2022 | 35 | First MOTION to Amend *Complaint* by Melanie Nicole Moore. (Moore, Melanie) (Entered: 05/02/2022) |
| 05/02/2022 | 36 | TERMINATED PURSUANT TO DKT. 42 ORDER. AMENDED COMPLAINT *Melanie Moore* against All Defendants with Jury Demand. filed by Melanie Nicole Moore.(Moore, Melanie) Modified on 11/14/2022 (LD). (Entered: 05/02/2022) |
| 05/02/2022 | 37 | ***TERMINATED−INCORRECT EVENT−EXHIBIT CANNOT BE FIRST PAGE. COUNSEL TO REFILE AS SUPPLEMENT AND LINK TO DOC 36 AMENDED COMPLAINT*** AMENDED COMPLAINT *Melanie Moore* against All Defendants with Jury Demand. filed by Melanie Nicole Moore. (Attachments: # 1 Exhibit Exhibits)(Moore, Melanie) Modified on 5/3/2022 (LSS). (Entered: 05/02/2022) |
| 05/02/2022 | 38 | RESPONSE in Opposition re 35 First MOTION to Amend *Complaint* filed by Luis Marquez, Pooches of Largo, Inc.. (Sarelson, Matthew) (Entered: 05/02/2022) |

| | | |
|---|---|---|
| 05/11/2022 | 39 | SUPPLEMENT re 36 Amended Complaint *Exhibit List and Exhibits* by Melanie Nicole Moore. (Attachments: # 1 Supplement exhibits)(Moore, Melanie) (Entered: 05/11/2022) |
| 05/11/2022 | 40 | REPLY to Response to Motion re 35 First MOTION to Amend *Complaint* filed by Melanie Nicole Moore. (Attachments: # 1 email to opposing counsel)(Moore, Melanie) (Entered: 05/11/2022) |
| 06/27/2022 | 41 | NOTICE by Melanie Nicole Moore *Plaintiff's Notice To The Court* (Moore, Melanie) (Entered: 06/27/2022) |
| 11/10/2022 | 42 | **ORDER GRANTING IN PART AND DENYING IN PART 35 Plaintiff's Motion for Leave to File First Amended Complaint. See Order for details. Signed by Judge Mary S. Scriven on 11/10/2022. (APF) (Entered: 11/10/2022)** |
| 11/24/2022 | 43 | AMENDED COMPLAINT against All Defendants with Jury Demand. filed by Melanie Nicole Moore.(Moore, Melanie) (Entered: 11/24/2022) |
| 11/24/2022 | 44 | SUPPLEMENT re 43 Amended Complaint by Melanie Nicole Moore. (Moore, Melanie) (Entered: 11/24/2022) |
| 11/25/2022 | 45 | SUPPLEMENT re 43 Amended Complaint *Exhibits* by Melanie Nicole Moore. (Moore, Melanie) (Entered: 11/25/2022) |
| 12/01/2022 | 46 | **\*\*\*STRICKEN PURSUANT TO 51 ORDER\*\*\*CASE MANAGEMENT REPORT. (Attachments: # 1 Main Document UCM Report)(Moore, Melanie) Modified on 12/8/2022 (LSS). (Entered: 12/01/2022)** |
| 12/02/2022 | 47 | **\*\*\*TERMINATED, CAPTION IS MISSING, INCORRECT EVENT CODE; PLAINTIFF NOTIFIED VIA NEF\*\*\*CASE MANAGEMENT REPORT.** (Moore, Melanie) Modified on 12/2/2022 (LD). (Entered: 12/02/2022) |
| 12/02/2022 | 48 | **\*\*\*STRICKEN PURSUANT TO 51 ORDER\*\*\*SUPPLEMENT re 46 Case Management Report *CM Discussion Re:UCM Report Scheduling Disagreements* by Melanie Nicole Moore. (Moore, Melanie) Modified on 12/8/2022 (LSS). (Entered: 12/02/2022)** |
| 12/05/2022 | 49 | MOTION to Strike 48 Supplement by Luis Marquez, Pooches of Largo, Inc. **\*\*\*STRICKEN PURSUANT TO 51 ORDER\*\*\* (Attachments: # 1 Exhibit)(Sarelson, Matthew) Modified on 12/8/2022 (LSS). (Entered: 12/05/2022)** |
| 12/08/2022 | 50 | MOTION to Dismiss Partially Dismiss The Second Amended Complaint with Prejudice by Luis Marquez, Pooches of Largo, Inc.. (Attachments: # 1 Exhibit A)(Sarelson, Matthew) (Entered: 12/08/2022) |
| 12/08/2022 | 51 | **ORDER GRANTING IN PART AND DENYING IN PART 49 Defendants' Motion to Strike Plaintiff's Unilateral Scheduling Report and Related Documents and Motion to Adopt the Attached Report. The Parties' unilateral case management reports, (Dkts. 46, 49−1), and Plaintiff's supplemental filing, (Dkt. 48), are STRICKEN. The Court will enter a Case Management and Scheduling Order with appropriate deadlines by separate notice. Signed by Judge Mary S. Scriven on 12/8/2022. (APF) (Entered: 12/08/2022)** |
| 12/13/2022 | 52 | **CASE MANAGEMENT AND SCHEDULING ORDER: Pretrial statement due by 5/3/2023. Jury Trial set for the June 2023 Trial Term, which commences 6/5/2023, with a more precise date to follow. Conduct mediation hearing by** |

| | | |
|---|---|---|
| | | **1/30/2023. Lead counsel to coordinate dates. Signed by Judge Mary S. Scriven on 12/13/2022. (APF)** (Entered: 12/13/2022) |
| 12/14/2022 | <u>53</u> | RESPONSE in Opposition re <u>50</u> MOTION to Dismiss Partially Dismiss The Second Amended Complaint with Prejudice filed by Melanie Nicole Moore. (Moore, Melanie) (Entered: 12/14/2022) |
| 01/06/2023 | <u>54</u> | NOTICE OF SELECTION of Cynthia N. Sass as mediator by Luis Marquez, Pooches of Largo, Inc.. (Sarelson, Matthew) (Entered: 01/06/2023) |
| 01/26/2023 | <u>55</u> | NOTICE of mediation conference/hearing to be held on February 7, 2023, at 10:00 AM (EST) before Cynthia N. Sass. (Sarelson, Matthew) (Entered: 01/26/2023) |
| 02/07/2023 | <u>56</u> | MEDIATION report Hearing held on february 7, 2023. Hearing outcome: Impasse.. (Sass, Cynthia) (Entered: 02/07/2023) |
| 02/08/2023 | <u>57</u> | MOTION for Extension of Time to File Dispositive Motions by Luis Marquez, Pooches of Largo, Inc.. (Sarelson, Matthew) (Entered: 02/08/2023) |
| 02/14/2023 | <u>58</u> | RESPONSE in Opposition re <u>57</u> MOTION for Extension of Time to File Dispositive Motions filed by Melanie Nicole Moore. (Moore, Melanie) (Entered: 02/14/2023) |
| 02/14/2023 | <u>59</u> | First MOTION to Compel Discovery by Melanie Nicole Moore. (Attachments: # <u>1</u> Exhibit Indeed objections, # <u>2</u> Exhibit Request to Indeed, # <u>3</u> Exhibit Response from Indeed, # <u>4</u> Exhibit Confirmation of receipt, # <u>5</u> Exhibit Confirmation of Post, # <u>6</u> Exhibit Subpoena indeed.com)(Moore, Melanie) Motions referred to Magistrate Judge Sean P. Flynn. (Entered: 02/15/2023) |
| 02/22/2023 | <u>60</u> | **ORDER GRANTING IN PART AND DENYING IN PART <u>50</u> Defendant's Motion to Partially Dismiss; GRANTING <u>57</u> Defendant's Motion to Extend the Deadline for Dispositive Motions. See Order for details. Signed by Judge Mary S. Scriven on 2/22/2023. (APF)** (Entered: 02/22/2023) |
| 02/22/2023 | <u>61</u> | **<span style="color:green">AMENDED CASE MANAGEMENT AND SCHEDULING ORDER:</span> Pretrial statement due by 6/2/2023. Jury Trial set on the JULY 2023 Trial Term, which commences 7/10/2023 with a more precise date to follow. Signed by Judge Mary S. Scriven on 2/22/2023. (APF)** (Entered: 02/22/2023) |
| 03/02/2023 | <u>62</u> | ANSWER and affirmative defenses to <u>43</u> Amended Complaint by Luis Marquez, Pooches of Largo, Inc..(Sarelson, Matthew) (Entered: 03/02/2023) |
| 03/21/2023 | <u>63</u> | **ORDER denying <u>59</u> Motion to Compel. See Order for details. Signed by Magistrate Judge Sean P. Flynn on 3/21/2023. (CED)** (Entered: 03/21/2023) |
| 04/07/2023 | <u>64</u> | MOTION for Extension of Time to File Motion for Final Summary Judgment *Five−Day Extension* by All Defendants. (Sarelson, Matthew) (Entered: 04/07/2023) |
| 04/10/2023 | 65 | **ENDORSED ORDER GRANTING <u>64</u> Defendants' Motion for a Five−Day Extension of Time to File Their Motion for Final Summary Judgment. The deadline for the Parties to file motions for summary judgment shall be extended until April 12, 2023. Signed by Judge Mary S. Scriven on 4/10/2023. (APF)** (Entered: 04/10/2023) |
| 04/12/2023 | <u>66</u> | Final MOTION for Summary Judgment by All Defendants. (Attachments: # <u>1</u> Affidavit of Luiz Marquez)(Sarelson, Matthew) (Entered: 04/12/2023) |
| 05/21/2023 | <u>67</u> | |

| | | |
|---|---|---|
| | | MEMORANDUM in opposition re 66 Motion for Summary Judgment, 45 Supplement filed by Melanie Nicole Moore. (Attachments: # 1 Appendix Table of Authorities Pl. Memo, # 2 Exhibit Def's Responsive Req. Prod., # 3 Exhibit Def's. Responsive Interrogatories)(Moore, Melanie) (Entered: 05/21/2023) |
| 05/21/2023 | 68 | MEMORANDUM in opposition re 67 Memorandum in opposition, *Exhibit Plaintiff's Memorandum* filed by Melanie Nicole Moore. (Moore, Melanie) (Entered: 05/22/2023) |
| 05/26/2023 | 69 | REPLY to Response to Motion re 66 Final MOTION for Summary Judgment filed by Luis Marquez, Pooches of Largo, Inc.. (Sarelson, Matthew) (Entered: 05/26/2023) |
| 06/29/2023 | 70 | **SUA SPONTE ORDER Continuing Jury Trial. Jury Trial is continued to the August 2023 Trial Term, which commences on July 31, 2023, at 09:00 AM in Tampa Courtroom 7 A before Judge Mary S. Scriven, with a more precise trial date to follow. Signed by Judge Mary S. Scriven on 6/29/2023. (CAB)** (Entered: 06/29/2023) |
| 07/24/2023 | 71 | **ORDER GRANTING IN PART AND DENYING IN PART 66 Defendants' Motion for Final Summary Judgment. Signed by Judge Mary S. Scriven on 7/24/2023. (APF)** (Entered: 07/24/2023) |
| 07/24/2023 | 72 | **AUGUST 2023 TRIAL CALENDAR. Jury Trial set on the August 2023 Trial Term, which commences on 7/31/2023, with a more precise date to follow. Signed by Judge Mary S. Scriven on 7/24/2023. (BCH)** (Entered: 07/24/2023) |
| 07/25/2023 | 73 | **ENDORSED ORDER DIRECTING COMPLIANCE with 61 the Court's Amended Case Management and Scheduling Order. The Parties have failed to file their Joint Final Pretrial Statement, which was due on June 2, 2023. The Parties shall have up to and including Friday, July 28, 2023 to file the Pretrial Statement, including witness lists, exhibit lists, jointly proposed jury instructions, and verdict form, consistent with the directives in the Court's Scheduling Order. (Dkt. 61) Signed by Judge Mary S. Scriven on 7/25/2023. (APF)** (Entered: 07/25/2023) |
| 07/26/2023 | 74 | NOTICE of hearing: Telephone Pretrial Conference set for 7/26/2023 at 1:30 PM before Judge Mary S. Scriven. Dial in details will be provided to Counsel by e−mail.(BCH) (Entered: 07/26/2023) |
| 07/26/2023 | 75 | Minute Entry. Telephonic Proceedings held before Judge Mary S. Scriven: PRETRIAL CONFERENCE held on 7/26/2023. Court Reporter: David Collier (BCH) (Entered: 07/26/2023) |
| 07/26/2023 | 76 | Judge Scriven's standard Voir Dire. (BCH) (Entered: 07/26/2023) |
| 07/27/2023 | 77 | **ORDER permitting electronics at trial as to Melanie Moore. Signed by Judge Mary S. Scriven on 7/27/2023. (BCH)** (Entered: 07/27/2023) |
| 07/27/2023 | 78 | NOTICE of hearing: Jury Trial (DATE CERTAIN) for 8/7/2023 at 09:00 AM in Tampa Courtroom 7 A before Judge Mary S. Scriven. The Court has reserved two (2) days for trial. (BCH) (Entered: 07/27/2023) |
| 07/28/2023 | 79 | **ORDER concerning witness subpoenas. Signed by Judge Mary S. Scriven on 7/28/2023. (Attachments: # 1 Exhibit Form AO 88, # 2 Exhibit FORM USM 285)(APF)** (Entered: 07/28/2023) |

| | | |
|---|---|---|
| 07/31/2023 | 80 | **ORDER Appointing Attorney Ana Abdo as limited pro bono counsel for Plaintiff. See Order for details. Signed by Judge Mary S. Scriven on 7/31/2023. (APF)** (Entered: 07/31/2023) |
| 07/31/2023 | 81 | PROPOSED verdict form filed by Luis Marquez, Pooches of Largo, Inc. (Sarelson, Matthew) Modified on 8/1/2023 to edit docket text (BCB). (Entered: 07/31/2023) |
| 07/31/2023 | 82 | Exhibit List by Luis Marquez, Pooches of Largo, Inc. (Sarelson, Matthew) Modified on 8/1/2023 to edit docket text (BCB). (Entered: 07/31/2023) |
| 07/31/2023 | 83 | Witness List by Luis Marquez, Pooches of Largo, Inc. (Sarelson, Matthew) Modified on 8/1/2023 to edit docket text (BCB). (Entered: 07/31/2023) |
| 08/01/2023 | 84 | NOTICE of Filing Interrogatory Responses for Trial by Luis Marquez, Pooches of Largo, Inc. (Attachments: # 1 Exhibit A)(Sarelson, Matthew) Modified to edit docket text on 8/2/2023 (HAI). (Entered: 08/01/2023) |
| 08/02/2023 | 85 | NOTICE of Appearance by Zachary Allen Stoner on behalf of Luis Marquez, Pooches of Largo, Inc. (Stoner, Zachary) (Entered: 08/02/2023) |
| 08/03/2023 | 86 | Unopposed MOTION to Continue *Trial* by Melanie Nicole Moore. (Abdo, Ana) (Entered: 08/03/2023) |
| 08/04/2023 | 87 | **STRICKEN PER ORDER 103** Exhibit List *Amended* by Luis Marquez, Pooches of Largo, Inc. (Sarelson, Matthew) Modified on 8/4/2023 to edit text (ABC). Modified text on 9/6/2023 (KME). (Entered: 08/04/2023) |
| 08/04/2023 | 88 | **ORDER GRANTING 86 Plaintiff's Unopposed Motion to Continue Trial. See Order for Details. Signed by Judge Mary S. Scriven on 8/4/2023. (EOJ)** (Entered: 08/04/2023) |
| 08/04/2023 | 89 | Time Sensitive MOTION to Expedite , Time Sensitive MOTION for Issuance of Subpoena by All Defendants. (Attachments: # 1 Exhibit A − Composite Exhibit re Direct Deposit (Redacted))(Sarelson, Matthew) Motions referred to Magistrate Judge Sean P. Flynn. (Entered: 08/04/2023) |
| 08/04/2023 | 90 | **ENDORSED ORDER DENYING 89 Defendants' Expedited Motion to Authorize Subpoena on PNC Bank. Discovery has closed in this matter, and no further discovery will be permitted. Signed by Judge Mary S. Scriven on 8/4/2023. (BCH)** (Entered: 08/04/2023) |
| 08/07/2023 | 91 | NOTICE OF RESCHEDULING HEARING: The Jury Trial previously scheduled for 8/7/2023 is rescheduled. New scheduling date and time: Jury Trial (DATE CERTAIN) for 9/18/2023 at 09:00 AM in Tampa Courtroom 7 A before Judge Mary S. Scriven. The Court has reserved two (2) days for trial. (BCH) (Entered: 08/07/2023) |
| 08/09/2023 | 92 | MOTION for Extension of Time to File Joint Jury Instructions, Joint Verdict Forms an Voir Dire by Melanie Nicole Moore. (Abdo, Ana) (Entered: 08/09/2023) |
| 08/10/2023 | 93 | AMENDED Witness List by Luis Marquez, Pooches of Largo, Inc. (Sarelson, Matthew) Modified text on 8/10/2023 (JK). (Entered: 08/10/2023) |
| 08/10/2023 | 94 | **AMENDED ORDER permitting electronics at trial as to Melanie Moore. Signed by Judge Mary S. Scriven on 8/10/2023. (BCH)** (Entered: 08/10/2023) |
| 08/10/2023 | 95 | |

| | | RESPONSE in Opposition re 92 MOTION for Extension of Time to File Joint Jury Instructions, Joint Verdict Forms an Voir Dire filed by Luis Marquez, Pooches of Largo, Inc. (Attachments: # 1 Exhibit A)(Sarelson, Matthew) Modified on 8/11/2023 to edit text (ABC). (Entered: 08/10/2023) |
|---|---|---|
| 08/11/2023 | 96 | Proposed Jury Instructions by Luis Marquez, Pooches of Largo, Inc. (Sarelson, Matthew) (Entered: 08/11/2023) |
| 08/11/2023 | 97 | PRETRIAL statement by Melanie Nicole Moore. (Moore, Melanie) (Entered: 08/11/2023) |
| 08/14/2023 | 98 | **ENDORSED ORDER GRANTING 92 Plaintiff's Unopposed Motion for Extension. The Parties shall have up to and including September 8, 2023 to file proposed JOINT jury instructions, JOINT verdict forms, and voir dire. Signed by Judge Mary S. Scriven on 8/14/2023. (EOJ)** (Entered: 08/14/2023) |
| 08/17/2023 | 99 | First MOTION to Strike 87 Exhibit List by Melanie Nicole Moore. (Attachments: # 1 Exhibit Def. Responsive Discovery Production, # 2 Exhibit Def. Responsive Discovery Interrogatories, # 3 Exhibit Email untimely records)(Moore, Melanie) (Entered: 08/17/2023) |
| 08/18/2023 | 100 | RESPONSE to Motion re 99 First MOTION to Strike 87 Exhibit List filed by Luis Marquez, Pooches of Largo, Inc.. (Attachments: # 1 Exhibit A)(Sarelson, Matthew) (Entered: 08/18/2023) |
| 08/23/2023 | 101 | **TRIAL CALENDAR for the SEPTEMBER 2023 TRIAL TERM. Jury Trial specially set for 9/18/2023 at 09:00 AM in Tampa Courtroom 7 A before Judge Mary S. Scriven. Two (2) days have been reserved for trial. Signed by Judge Mary S. Scriven on 8/23/2023. (BCH)** (Entered: 08/23/2023) |
| 09/01/2023 | 102 | Time Sensitive MOTION for Miscellaneous Relief, specifically Service of Trial Subpoenas by Alternative Methods *on Richard Celler* by Melanie Nicole Moore. (Attachments: # 1 Exhibit Email asking Celler to accept email service, # 2 Exhibit Return of Non−Service − Celler_ Richard, # 3 Exhibit Return of Non−Service − Celler_ Richard, # 4 Exhibit Member Profile − Richard Bernard Celler − The Florida Bar, # 5 Exhibit Who We Are_ The Celler Legal Law Firm Team)(Abdo, Ana) (Entered: 09/01/2023) |
| 09/05/2023 | 103 | **ENDORSED ORDER GRANTING 99 Motion to Strike Defendants' late amended exhibit list. The exhibit list filed with the Pretrial stipulation contains a very limited number of documents. It shall be the exhibit list used at trial. At the pretrial conference Defendants advised that there were no additional documents that would be introduced at trial. Specifically, counsel advised: "Your honor we suspect every one of our exhibits will be on the Plaintiff's exhibit list, and I don't believe we will independently have exhibits. There's... really not a lot in terms of exhibits in this case, just some paystubs and a job posting and a text message exchange. So, I'm sure this will be on Miss Moore's exhibit list, and we will probably use those as well, so——" The new material contained on this amended list was neither located by Defendants, by even a cursory inquiry for available discovery within their possession or control, nor produced during the discovery period or thereafter in this litigation. There has been no opportunity for Plaintiff to probe any witness on the authenticity or accuracy of this discovery or prepare for its use at trial. As such, it is STRICKEN, and no Defense witness will be allowed to discuss its contents at trial, to the extent the trial testimony is informed or refreshed by the inadmissible evidence. Additionally, Defense** |

| | | |
|---|---|---|
| | | **counsel shall within seven (7) days of the date of this Order SHOW CAUSE why sanctions should not be imposed for the failure to inquire about these documents or produce them during discovery as requested and as required. Signed by Judge Mary S. Scriven on 9/5/2023. (Scriven, Mary)** (Entered: 09/05/2023) |
| 09/05/2023 | 104 | **ENDORSED ORDER GRANTING 102 Plaintiff's Time−Sensitive Unopposed Motion for Leave to Serve Trial Subpoenas. The Court finds Plaintiff has made diligent inquiries and good−faith efforts to effectuate service. Therefore, Plaintiff is authorized to serve Richard Celler via E−mail, FedEx, and/or overnight U.S. mail. Celler shall appear at trial or face sanctions for failing to appear. This ORDER shall be served along with the subpoena. Signed by Judge Mary S. Scriven on 9/5/2023. (EOJ)** (Entered: 09/05/2023) |
| 09/06/2023 | 105 | NOTICE by Melanie Nicole Moore *of Filing Completed Methods of Alternative Service on Richard Celler.* (Attachments: # 1 Exhibit Order Granting Time−Sensitive Unopposed Motion for Leave to Serve Trial Subpoenas on Richard Celler, # 2 Exhibit B Subpoena to Appear for Trial served 9−6−23, # 3 Exhibit Witness Fee Check for 9−6−23 service, # 4 Exhibit US Mail envelope for 9−6−23 service, # 5 Exhibit Celler Fed Ex Label for 9−6−23 service)(Abdo, Ana) (Entered: 09/06/2023) |
| 09/07/2023 | 106 | MOTION for Richard Celler to appear telephonically by Richard Celler. (Storch, Noah) Motions referred to Magistrate Judge Sean P. Flynn. (Entered: 09/07/2023) |
| 09/08/2023 | 107 | **ENDORSED ORDER GRANTING in PART and DENYING in PART 106 Non−Party Richard Celler's Motion to Appear via Zoom for Trial or, in the Alternative, for Miscellaneous Relief. The Court finds that Mr. Celler is properly within the Court's subpoena power because he resides in the State of Florida and he will not incur significant expenses to travel 243 miles from his home to testify at trial. The Court DENIES Mr. Celler's request for a protective order because Plaintiff holds the privilege in the attorney−client relationship between her and Mr. Celler, and should Plaintiff choose to waive privilege, that is her prerogative. The Court GRANTS Mr. Celler's request for Time [Reasonably] Certain. Rosh Hashanah ends at sundown on Sunday, September 17, 2023, so Mr. Celler will not be called to testify before 1:30 P.M. on September 18, 2023, to allow him the full observance of the holiday and sufficient time to travel to Tampa. Thereafter, Mr. Celler shall remain available for trial, and he shall "sit and stare" like all other witnesses must until he is called to testify because the Court will not permit remote appearances at this jury trial. Rather than sit and stare, as a barred attorney with proper identification as such, Mr. Celler is also free to bring his electronic devices into the federal courthouse and make use of the library on the sixth floor until he is called to testify. The Court DENIES all other relief requested by Mr. Celler. Signed by Judge Mary S. Scriven on 9/8/2023. (EOJ)** (Entered: 09/08/2023) |
| 09/08/2023 | 108 | Proposed Jury Instructions by Melanie Nicole Moore. (Abdo, Ana) (Entered: 09/08/2023) |
| 09/08/2023 | 109 | PROPOSED verdict form filed byMelanie Nicole Moore. (Abdo, Ana) (Entered: 09/08/2023) |
| 09/08/2023 | 110 | Proposed Voir Dire by Melanie Nicole Moore. (Abdo, Ana) (Entered: 09/08/2023) |
| 09/11/2023 | 111 | NOTICE of Filing Return of Service of Trial Subpoena on Luis Marquez by Melanie Nicole Moore (Attachments: # 1 Exhibit Return of Service−Marquez Luis)(Abdo, Ana). Modified on 9/12/2023 to edit text (ABC). (Entered: 09/11/2023) |

| | | |
|---|---|---|
| 09/12/2023 | 112 | RESPONSE TO ORDER TO SHOW CAUSE re 103 Order on Motion to Strike filed by Luis Marquez, Pooches of Largo, Inc.. (Attachments: # 1 Affidavit of Luis Marquez, # 2 Affidavit of Alison Nieves, # 3 Affidavit of Yaylin Martinez, # 4 Affidavit of Matthew Sarelson (with exhibits))(Sarelson, Matthew) (Entered: 09/12/2023) |
| 09/13/2023 | 113 | RESPONSE in Opposition re 99 First MOTION to Strike 87 Exhibit List *Plaintiff's Opposition to Defendants' Motion for Reconsideration* filed by Melanie Nicole Moore. (Moore, Melanie) (Entered: 09/13/2023) |
| 09/15/2023 | 114 | PLAINTIFF'S Exhibit List by Melanie Nicole Moore. (Moore, Melanie) (Modified on 9/15/2023, to edit text) (BGR). (Entered: 09/15/2023) |
| 09/17/2023 | 115 | MOTION to Allow Electronic Equipment, specifically Cell Phones by All Defendants. (Sarelson, Matthew) (Entered: 09/17/2023) |
| 09/17/2023 | 116 | MOTION to Strike 114 Exhibit List by All Defendants. (Sarelson, Matthew) (Entered: 09/17/2023) |
| 09/18/2023 | 117 | **ORDER GRANTING 115 Defendants' Motion to Authorize Cell Phones. Signed by Judge Mary S. Scriven on 9/18/2023. (EOJ)** (Entered: 09/18/2023) |
| 09/18/2023 | 118 | Minute Entry. In Person Proceedings held before Judge Mary S. Scriven: JURY TRIAL DAY 1 held on 9/18/2023. Court Reporter: David Collier (BCH) (Entered: 09/18/2023) |
| 09/18/2023 | 119 | ORAL MOTION for Judgment as a Matter of Law by Luis Marquez, Pooches of Largo, Inc. (BCH) (Entered: 09/19/2023) |
| 09/19/2023 | 120 | ORAL MOTION to Strike Trial Witness Testimony as stated on the record by Melanie Nicole Moore. (BCH) (Entered: 09/19/2023) |
| 09/19/2023 | 121 | Minute Entry. In Person Proceedings held before Judge Mary S. Scriven: JURY TRIAL DAY 2. Trial completed on 9/19/2023. Court Reporter: David Collier (BCH) (Entered: 09/19/2023) |
| 09/19/2023 | 122 | **ORAL ORDER denying 116 Motion to Strike for the reasons stated on the record. Signed by Judge Mary S. Scriven on 9/18/2023. (BCH)** (Entered: 09/19/2023) |
| 09/19/2023 | 123 | **ORAL ORDER granting in part and denying in part 119 Defendant's Oral Motion for Judgment as a Matter of Law for the reasons stated on the record. A separate Order will follow. Signed by Judge Mary S. Scriven on 9/19/2023. (BCH)** (Entered: 09/19/2023) |
| 09/19/2023 | 124 | **ORAL ORDER denying 120 Plaintiff's Oral Motion to Strike witness testimony. Signed by Judge Mary S. Scriven on 9/19/2023. (BCH)** (Entered: 09/19/2023) |
| 09/19/2023 | 125 | Jury Instructions. (KAC) (Entered: 09/21/2023) |
| 09/19/2023 | 126 | JURY VERDICT. (Attachments: # 1 Restricted Unredacted Jury Verdict)(KAC) (Entered: 09/21/2023) |
| 09/22/2023 | 127 | Plaintiff's Exhibit List and Exhibits admitted during the jury trial by Melanie Nicole Moore. (Attachments: # 1 Exhibit 1A, # 2 Exhibit 1B, # 3 Exhibit 1C, # 4 Exhibit 1D, # 5 Exhibit 1E, # 6 Exhibit 1F, # 7 Exhibit 1G, # 8 Exhibit 1H, # 9 Exhibit 2E, # 10 Exhibit 3A, # 11 Exhibit 3B, # 12 Exhibit 3E, # 13 Exhibit 4A, # 14 Exhibit 4B, # 15 |

| | | |
|---|---|---|
| | | Exhibit 4C, # <u>16</u> Exhibit 4D, # <u>17</u> Exhibit 4E, # <u>18</u> Exhibit 4F)(KAC) (Entered: 09/22/2023) |
| 09/25/2023 | <u>128</u> | JURY NOTES. (Attachments: # <u>1</u> Exhibit Restricted Unredacted Jury Notes)(BCH) (Entered: 09/25/2023) |
| 09/25/2023 | 129 | **ENDORSED ORDER DIRECTING ENTRY OF JUDGMENT. At the close of the Plaintiff Moore's case and on motion of the defense, the Court directed the entry of Judgment as a Matter of Law in favor of Defendant Marquez in his individual capacity. Thereafter, by its verdict, the Jury found that Defendant Pooches of Largo, Inc. failed to pay Plaintiff the minimum wage required by law. However, in response to the verdict's special interrogatory, the jury also found that Defendant Pooches of Largo, Inc. did not know, or show reckless disregard for whether, the FLSA prohibited its conduct. Thus, the jury found the failure to pay was not willful. Because Plaintiff filed her complaint more than 24 months from the date her claim accrued and the jury found that the violation of the FLSA was NOT willful, the Court found that the statute of limitations bars the claim. Accordingly, as stated on the record, in light of the Court's entry of judgment for Luis Marquez, the Jury's Verdict, and the Court's finding as to the Statute of limitations, the Clerk is directed to ENTER JUDGMENT for the Defendants, Pooches of Largo, Inc. and Luis Marquez, and AGAINST Plaintiff as to ALL Counts and CLOSE this Case. Plaintiff Moore shall recover NOTHING on her claim. Any pending motions are DENIED AS MOOT. Signed by Judge Mary S. Scriven on 9/25/2023. (EOJ)** (Entered: 09/25/2023) |
| 09/26/2023 | <u>130</u> | **JUDGMENT in favor of Pooches of Largo, Inc., Luis Marquez against Melanie Nicole Moore. Signed by Deputy Clerk on 9/26/2023. (CTR)** (Entered: 09/26/2023) |
| 10/12/2023 | <u>131</u> | **ORDER concerning the uncashed check. The Clerk is DIRECTED to return the Check to Mulberry Legal Services, Inc. using the address listed on the negotiable instrument. Signed by Judge Mary S. Scriven on 10/12/2023. (EOJ)** (Entered: 10/12/2023) |
| 10/25/2023 | <u>132</u> | NOTICE OF APPEAL as to <u>130</u> Judgment, 129 Order by Melanie Nicole Moore. Filing fee not paid. (Moore, Melanie) (Entered: 10/25/2023) |
| 10/26/2023 | <u>133</u> | First MOTION for Transcript of held on by Melanie Nicole Moore. (Moore, Melanie) Motions referred to Magistrate Judge Sean P. Flynn. (Entered: 10/26/2023) |

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: _____
Katrina Elliott

```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants: Ana M. Abdo (ana.abdo@hwhlaw.com, lori.williamson@hwhlaw.com),
Zachary Allen Stoner (zstoner@dhillonlaw.com), Matthew Seth Sarelson
(epotter@dhillonlaw.com, haguillard@dhillonlaw.com, msarelson@dhillonlaw.com,
msarelson@sarelson.com), Melanie Nicole Moore (mylink2u@gmail.com, vettechmnm@gmail.com),
Judge Mary S. Scriven (chambers_flmd_scriven@flmd.uscourts.gov), Magistrate Judge Sean P.
Flynn (chambers_flmd_flynn@flmd.uscourts.gov)
--Non Case Participants: Elliot O. Jackson (elliot_jackson@flmd.uscourts.gov), Kristin A.
Carreon (kristin_carreon@flmd.uscourts.gov)
--No Notice Sent:

Message-Id:23598782@flmd.uscourts.gov
Subject:Activity in Case 8:20-cv-02184-MSS-SPF Moore v. Pooches of Largo, Inc. et al Order
```
Content−Type: text/html

### U.S. District Court

### Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 9/25/2023 at 3:04 PM EDT and filed on 9/25/2023

| | |
|---|---|
| **Case Name:** | Moore v. Pooches of Largo, Inc. et al |
| **Case Number:** | 8:20−cv−02184−MSS−SPF |
| **Filer:** | |
| **Document Number:** | 129(No document attached) |

**Docket Text:**
 **ENDORSED ORDER DIRECTING ENTRY OF JUDGMENT. At the close of the Plaintiff Moore's case and on motion of the defense, the Court directed the entry of Judgment as a Matter of Law in favor of Defendant Marquez in his individual capacity. Thereafter, by its verdict, the Jury found that Defendant Pooches of Largo, Inc. failed to pay Plaintiff the minimum wage required by law. However, in response to the verdict's special interrogatory, the jury also found that Defendant Pooches of Largo, Inc. did not know, or show reckless disregard for whether, the FLSA prohibited its conduct. Thus, the jury found the failure to pay was not willful. Because Plaintiff filed her complaint more than 24 months from the date her claim accrued and the jury found that the violation of the FLSA was NOT willful, the Court found that the statute of limitations bars the claim. Accordingly, as stated on the record, in light of the Court's entry of judgment for Luis Marquez, the Jury's Verdict, and the Court's finding as to the Statute of limitations, the Clerk is directed to ENTER JUDGMENT for the Defendants, Pooches of Largo, Inc. and Luis Marquez, and AGAINST Plaintiff as to ALL Counts and CLOSE this Case. Plaintiff Moore shall recover NOTHING on her claim. Any pending motions are DENIED AS MOOT. Signed by Judge Mary S. Scriven on 9/25/2023. (EOJ)**

**8:20−cv−02184−MSS−SPF Notice has been electronically mailed to:**

Matthew Seth Sarelson     msarelson@dhillonlaw.com, HAguillard@dhillonlaw.com, epotter@dhillonlaw.com, msarelson@sarelson.com

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: KatrinaElliott

Ana M. Abdo      ana.abdo@hwhlaw.com, lori.williamson@hwhlaw.com

Zachary Allen Stoner      zstoner@dhillonlaw.com

Melanie Nicole Moore      vettechmnm@gmail.com, mylink2u@gmail.com

**8:20−cv−02184−MSS−SPF Notice has been delivered by other means to:**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELANIE NICOLE MOORE,

               Plaintiff,

v.                                              Case No:  8:20-cv-2184-MSS-SPF

POOCHES OF LARGO, INC. and
LUIS MARQUEZ, Individually and
as owner of Pooches of Largo, Inc.,

               Defendants.

_____

# JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came before the Court and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor for the

Defendants, Pooches of Largo, Inc. and Luis Marquez, and against Plaintiff as to all counts.

**Any motions seeking an award of attorney's fees and/or costs must be filed within the time and in the manner prescribed in Local Rule 7.01, United States District Court Middle District of Florida.**

Date: September 26, 2023

                                 ELIZABETH M. WARREN,
                                 CLERK

                                 s/C. Roberts, Deputy Clerk

# CIVIL APPEALS JURISDICTION CHECKLIST

1. **Appealable Orders**: Courts of Appeals have jurisdiction conferred and strictly limited by statute:

   (a) **Appeals from final orders pursuant to 28 U.S.C. Section 1291**: Only final orders and judgments of district courts, or final orders of bankruptcy courts which have been appealed to and fully resolved by a district court under 28 U.S.C. Section 158, generally are appealable. A final decision is one that "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." Pitney Bowes, Inc. V. Mestre, 701 F.2d 1365, 1368 (11th Cir. 1983). A magistrate judge's report and recommendation is not final and appealable until judgment thereon is entered by a district court judge. 28 U.S.C. Section 636(c).

   (b) **In cases involving multiple parties or multiple claims**, a judgment as to fewer than all parties or all claims is not a final, appealable decision unless the district court has certified the judgment for immediate review under Fed.R.Civ.P. 54(b), Williams v. Bishop, 732 F.2d 885, 885-86 (11th Cir. 1984). A judgment which resolves all issues except matters, such as attorneys' fees and costs, that are collateral to the merits, is immediately appealable. Budinich v. Becton Dickinson & Co., 486 U.S. 196, 201, 108 S. Ct. 1717, 1721-22, 100 L.Ed.2d 178 (1988); LaChance v. Duffy's Draft House, Inc., 146 F.3d 832, 837 (11th Cir. 1998).

   (c) **Appeals pursuant to 28 U.S.C. Section 1292(a)**: Appeals are permitted from orders "granting, continuing, modifying, refusing or dissolving injunctions or refusing to dissolve or modify injunctions..." and from "[i]nterlocutory decrees...determining the rights and liabilities of parties to admiralty cases in which appeals from final decrees are allowed." Interlocutory appeals from orders denying temporary restraining orders are not permitted.

   (d) **Appeals pursuant to 28 U.S.C. Section 1292(b) and Fed.R.App.P.5**: The certification specified in 28 U.S.C. Section 1292(b) must be obtained before a petition for permission to appeal is filed in the Court of Appeals. The district court's denial of a motion for certification is not itself appealable.

   (e) **Appeals pursuant to judicially created exceptions to the finality rule**: Limited exceptions are discussed in cases including, but not limited to: Cohen V. Beneficial Indus. Loan Corp., 337 U.S. 541,546,69 S.Ct. 1221, 1225-26, 93 L.Ed. 1528 (1949); Atlantic Fed. Sav. & Loan Ass'n v. Blythe Eastman Paine Webber, Inc., 890 F. 2d 371, 376 (11th Cir. 1989); Gillespie v. United States Steel Corp., 379 U.S. 148, 157, 85 S. Ct. 308, 312, 13 L.Ed.2d 199 (1964).

2. **Time for Filing:** The timely filing of a notice of appeal is mandatory and jurisdictional. Rinaldo v. Corbett, 256 F.3d 1276, 1278 (11th Cir. 2001). In civil cases, Fed.R.App.P.4(a) and (c) set the following time limits:

   (a) **Fed.R.App.P. 4(a)(1)**: A notice of appeal in compliance with the requirements set forth in Fed.R.App.P. 3 must be filed in the district court within 30 days after the entry of the order or judgment appealed from. However, if the United States or an officer or agency thereof is a party, the notice of appeal must be filed in the district court within 60 days after such entry. **THE NOTICE MUST BE RECEIVED AND FILED IN THE DISTRICT COURT NO LATER THAN THE LAST DAY OF THE APPEAL PERIOD - no additional days are provided for mailing.** Special filing provisions for inmates are discussed below.

   (b) **Fed.R.App.P. 4(a)(3)**: "If one party timely files a notice of appeal, any other party may file a notice of appeal within 14 days after the date when the first notice was filed, or within the time otherwise prescribed by this Rule 4(a), whichever period ends later."

   (c) **Fed.R.App.P.4(a)(4)**: If any party makes a timely motion in the district court under the Federal Rules of Civil Procedure of a type specified in this rule, the time for appeal for all parties runs from the date of entry of the order disposing of the last such timely filed motion.

   (d) **Fed.R.App.P.4(a)(5) and 4(a)(6)**: Under certain limited circumstances, the district court may extend the time to file a notice of appeal. Under Rule 4(a)(5), the time may be extended if a motion for an extension is filed within 30 days after expiration of the time otherwise provided to file a notice of appeal, upon a showing of excusable neglect or good cause. Under Rule 4(a)(6), the time may be extended if the district court finds upon motion that a party did not timely receive notice of the entry of the judgment or order, and that no party would be prejudiced by an extension.

   (e) **Fed.R.App.P.4(c)**: If an inmate confined to an institution files a notice of appeal in either a civil case or a criminal case, the notice of appeal is timely if it is deposited in the institution's internal mail system on or before the last day for filing. Timely filing may be shown by a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid.

3. **Format of the notice of appeal**: Form 1, Appendix of Forms to the Federal Rules of Appellate Procedure, is a suitable format. See also Fed.R.App.P. 3(c). A pro se notice of appeal must be signed by the appellant.

4. **Effect of a notice of appeal**: A district court loses jurisdiction (authority) to act after the filing of a timely notice of appeal, except for actions in aid of appellate jurisdiction or to rule on a timely motion of the type specified in Fed.R.App.P. 4(a)(4).

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Melanie Moore,                                    Case No. 8 :20-CV-02184MSS-SPF

    Plaintiff,

v.

Luis Marquez and

Pooches of Largo, Inc.,

    Defendants,

_____/

## <u>PLAINTIFF'S NOTICE OF APPEAL</u>

Plaintiff-Appellant Melanie Moore hereby appeals to the United States Court of

Appeals for the Eleventh Circuit from the final judgement entered in this action

on September 26, 2023.

                       Respectfully submitted,

                       (s) Melanie Moore
                       vettechmnm@gmail.com
                       727 241-9199
                       15519 Darien Way
                       Clearwater, Florida 33764

**Certificate of Service**

Plaintiff hereby certifies that on October 25, 2023, a copy of the foregoing

NOTICE OF APPEAL was sent to counsel for Defendants through the Court's

electronic filing system.

Matthew Sarelson

Dhillon Law Group, Inc.

1601 Forum Place, Suite 403

West Palm Beach, Florida 33401

305-773-1952

msarelson@dhillonlaw.com